IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 30  A 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Calvin Alphonse Lee #152056
_____
Full name and prison number
of plaintiff(s)

v.

Ala. Dept. of Corr. ET. AL , Paul Whatley
Kathy Holt, Carolyn Gibson, Debra Martin ET. AL.
Warden Thomas ET AL , F.L.Y.C.
Ala. Bd. of Pardon And Paroles , ET. AL
Prison Healthcare Ser. ET. AL
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:07CV973-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Calvin Alphonse Lee #152056
            _____

            _____

            Defendant(s) Warden John Cummins, ET. AL
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) Middle
            _____

THE MIDDLE DISTRICT OF ALABAMA

CALVIN ALPHONSE LEE #152056
FULL NAME AND PRISON NUMBER
OF PLAINTIFF

v.

ALA. DEPT. OF CORR. CLASSIFICATION DIV.

KATHY HOLT, CAROLYN GOLSON, DEBRA MARTIN ET. AL.

ALA. BD. OF PARDON AND PAROLES

WILLIAM C. SEGREST CAROLYN HACK CYNTHIA DILLARD ET AL

PRISON HEALTH SERVICES, INC

DR. CORBER ET. AL.

FRANK LEE YOUTH CENTER, ENTIRE CORRECTIONAL STAFF

WARDEN THOMAS ET. AL.

CAPTAIN HORACE BURTON

CLASSIFICATION DEBRA MARTIN

LT. JANET HICKS

LT. McCRAY

LT. LACEY

EX- WARDEN JOHN CUMMINS II

CIVIL ACTION NO.

(TO BE SUPPLIED BY CLERK OF
U.S. DISTRICT COURT)

3. Docket number _2:07 - CV- 82 MHT_

4. Name of judge to whom case was assigned _CHarles S. Coody_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

6. Approximate date of filing lawsuit _01-2006_

7. Approximate date of disposition _unknown_

II. PLACE OF PRESENT CONFINEMENT _Frank Lee Youth Center, P. O. Box 220410, DeaTsville, Alabama 36022_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Frank Lee Youth Center, P. O. Box 220410, DeaTsville, Alabama 36022_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|

1. _KaThy HolT, AssisTanT Dir._   _P. O. Box 301501, 1400 Lloyd ST. MonTg. AL 3613_

2. _Carolyn Golson, "    " P. O. Box 301501, 1400 Lloyd ST. MonTg. AL 36130_

3. _Debra MarTin- ClassificaTion SpecialisT, 5375 Ingram Rd. DeaTsville, AL 36022_

Parole Bd → 4. _Sidney Williams- CHairman P. O. Box 302405, MonTgomery, AL 36130_
Member's

5. _Carolyn Hack, P. O. Box 302405, MonTgomery, Al 36130_

6. _CynThia Dillard, P. O. Box 302405, MonTgomery, AL 36130_
    (conTinue)

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _From June 12th 2006 - Thru PresenT_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Discrimination As To Classifying This PlainTiff To Lesser RestricTive CusTody And Discrimination Because Of Crime CommitTed._

2

III. Name And Address, of Individual(s) You Allege violated Your Constitutional Rights.

| | Name | Address |
|---|---|---|
| 1. | Kathy Holt, Assistant Dir., | P.O. Box 301501, 1400 Lloyd St. Montgomery Al 36130 |
| 2. | Carolyn Golson " | ", P.O. Box 301501, 1400 Lloyd St. Montgomery, Al 36130 |
| 3. | Debra Martin, Classification Specialist, | 5375 Ingram Rd. Deatsville, Al 36022 |
| 4. | William C. Segrest, Chairman, | P.O. Box 302405, Montgomery, Al 36130 |
| 5. | Carolyn Flack, | P.O. Box 302405, Montgomery, Al 36130 |
| 6. | Cynthia Dillard, | P.O. Box 302405, Montgomery, Al 36130 |
| 7. | Dr. Corber Et. Al | Staton Medical Unit |
| 8. | Warden Thomas Et Al | 5375 Ingram Rd Deatsville, Al 36022 |
| 9. | Captain Horace Burton, | 5375 Ingram Rd. Deatsville, Al 36022 |
| 10. | Lt. Janet Hicks, | 5375 Ingram Rd. Deatsville, Al 36022 |
| 11. | Lt. McCary, | 5375 Ingram Rd, Deatsville, Al 36022 |
| 12. | Lt. Lacey, | 5375 Ingram Rd., Deatsville, Al 36022 |
| 13. | Ex-Warden John Cummins II | Bullock Corr. Facility |

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

Since June 12th 2007, upon Arrival of the Plaintiff at F.L.Y.C., This Plaintiff has been denied Parole, lesser Restrictive Custody, Discriminated in Job assignment and Placement at Other Institutions. All of which has been conspired by Ala. D.O.C. Personnel Kathy Hope, Carolyn Colson, Debra Martin, ET. AL., Denied Parole 4 time's since 2005, on Non-violent Offense. Denied Adequate Medical Treatment. Yet has been charged numerous time's for the same Condition. Plaintiff is being held Hostage, at current Institution, as Retaliation for Filing complaint's within the Ala. D.O.C. And Ala. States Courts. All of which has been a well-devised, Conspiracy to silence the Plaintiff. By Ala. D.O.C. Personnel, to inflict Additional unwarranted punishment upon the Plaintiff for his Offense Against society. By their personal opinion as to what penalty, This Plaintiff should pay society, All was done so as it wouldn't be detected, and if so treated as an oversight. or Department misstake. And it was all done by the named personnel in this complaint. Along with the help of Other's, Not named. But whom should be investigated. This is a pattern of Practice that these defendants are expert's in. And is a violation of the Civil Right's Act of 1964 Detailed fact's will be attached in the next page's. And nothing short of U.S. Marshals or U.S. Dept of Justice Official's sent to investigate these incident's will Correct these action's. Because it is being done not only to the Plaintiff but Other Prisoner's as well.

3

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. [STATE As best you can the time, place, and Manner and person involved.]

Plaintiff is being discriminated against, as to being classified according to Ala. Dept. of Corrections Regulations. Governing classification for Lesser restrictive Custody. This Discriminatory incident has been initiated by Carolyn Golson. An Ala. D.O.C. Classification Assistant Director. She is Responsible for Rendering the decision, to have a Restrictive Placement Notification. Placed in the plaintiff Administrative file. The process by which it was Accomplished is totally discriminatory, and it also Constitute gross disparities toward the plaintiff. As to other inmates whom have been convicted of More serious offenses. The Plaintiff was convicted of Criminal Mischief 1st And is being Confined, stricter than Murder's, Assault and Robbie's. For some personal Reason, Assistant Director of Classification Carolyn Golson. Has a personal interest in the plaintiff case. And has proceeded to intentionally violate the Plaintiff's Constitutional Rights. By conspiring, and issuing order's, to Classification Specialist, to deprive the plaintiff of rehabilitation effort's. This was done because of Plaintiff Color, and stature in society. And is not part of the penalty, that Criminal Offender's pay for their offense's against society. This Abuse of Authority by Carolyn Golson has initiated a trail of discrimination, toward the plaintiff. Since it was issued June 8th 2006.

Details:→
On March 28, 2006 the Plaintiff filed A Classification Appeal of An Ala. D.O.C. Classification CRB denial, of the plaintiff being placed in the Work-Release Program. Central Review Board (CRB) Reason for

The denial stated continued Domestic Violence and Assultive Behavior. On May 05, 2006 Assistant Director of Classification for the ALA. D.O.C. Classification Division. She Granted the Appeal for the plaintiff to be placed in A Minimum Camp. At that present time the plaintiff was already in A Minimum Camp. Which was Loxley Work Camp. But Carolyn Gibson through her Conspiracy and discriminitary intent. Emphasisized on the Appeal decision In an effort to cover-up an Classification Error. That the Plaintiff was Restricted from Lesser Restricted Custody, This was the discriminatory decision Rendered.

    Under No Circumstances should Calvin A. Lee [Plaintiff] be assigned South of Montgomery [Restrictive Comments] Calvin A. Lee is extremely violent in female Relationships, Last conduct has been good. But is a Program Risk for Work-Release placement although he has been there before. [Quote] Plaintiff Job assignment should not permit contact with/females in free Society

Plaintiff was at Loxley Work-Release, Mrs. Gibson had plaintiff Re-Moved from that center. Because that center is south of Montgomery. And closer to the plaintiff home town. [Mobile, AL] Under Ala. D.O.C. Regulations for classifying Convicts. Convicts are confined closer to home, so as not to create a hardship one them and Family member's. Durrning their period of confinement, as to visitation purposes. These decision's are discriminatory in every intent. And it has caused the plaintiff undue hardship When in Actual reality the plaintiff hasn't even been convicted by a Court of Law. for the crimes that the decision was based upon. The Information that classification used to render its decision is erroneous and not factual. They say that the plaintiff is in prison

For Assualt, when the plaintiff is in prison for Criminal Mis-cheif 1st. And for this charge, I have been treated as a HEINOUS Offender. While other Convicts that have taken Innocent citizen's Live's. Enjoy the priviliage's of working in the community, without supervision of Prison Guards. For which the plaintiff is also basing his Complaint. Being Restricted from Placement in Work Release, Institutional Squad Job's., Being Restricted from around females in the institution. The purpose for this I don't understand, Since I had a few domestic dispute's. And any victim that I have every harm-ed. We Now have a great friendship, that's something that the Prison system Could Never do. The Action's by Ala. D.O.C. Officials has Actually hindered the plaintiff, from Rehabilitating himself, This is the sole purpose of Convicts being given privileges. This has been the case for the last 17 months that the plaintiff has been incarcerated at Frank Lee Youth Center. DEBRA MARTIN the Classification Specialist here of Frank Lee Youth Center. Has refused to Recommend the plaintiff for any changes, Because of her fear of Senior Supervisors. This Action Constitute discrimination, And has Resulted in the plaintiff being held hostage Rather than incarcerated Plaintiff has made Numerous Acheivements. And because of the Plaintiff Challenging, the Opinion's of Ala. D.O.C. Personnel. Plaintiff has been discriminated against by the parole Board of Ala. The Board has denied the plaintiff Parole Considerations [3] time's since 2004. On a non-violent Crime. But while the plaintiff is being discriminated against Several other inmates here at the same institution with far servere Crimes including Murder, Arson, Double Murder, Robbery 1st 1st Assault have gone on to Less Restrictive custody. Plaintiff has neither disfigured or impaired any of his victim's, Or Assaulted Police officer's.

To name a few of the convicts whom have convictions where a human life has been lost as a result of their criminal activity, that have been allowed to work in the community unsupervised Jerry Seals #183471, Haywood Phillip #216977, Felton Matthews #166069. And their are numerous other's that the plaintiff can provide if the need be. This shows disparities, and is a violation of equal protection laws. The Ala. D.O.C. Classification Service Official have abused their own policies, as to classifying convict's. And has done the plaintiff an injustice, This has been a pattern of practice. And since the plaintiff has challenged their authority as to their bias decisions. They have and will continue to retailiate against the plaintiff. Debra Morton, the Classification Specialist here at the Institution, has discriminated against the plaintiff, by failing to preform her job description effectively. And failure to act in the face of known violations, of supervisory staff. Which has resulted in the plaintiff being discriminated against by essential equality of opportunity in programs. Being denied equal access to available programs. Through classification decision making process. Soley relying on information from sources that reported incidents. From which the plaintiff had never been convicted by a court of law.

The Alabama Board of Pardon and Paroles has discriminated against the plaintiff. By exceeding it's authority under section 15-22-26 Ala Code of 1975. Board members have treated the plaintiff arbitrarily and capriciously. And by violation of plaintiff Due process And relying on information from a non-conviction and other. The plaintiff is serving a sentence of 13 year's. for a probation violation of a Criminal Mischeif conviction from August of 1996. Making the plaintiff serve over a period of (7) year's on the charge as of now.

Discrimation As well as violation's of the plaintiff Eighth Amendment Rights, Has occurred, Since June 12th 2006, the Entire Connectional Staff, AT. Frank Lee youth Center has forced the plaintiff to be exposed to excessive second hand smoke. And Environmental conditions that pose Serious Risks to health and safety. The Warden As well as other Command Officer's have fail to Obey Regulation's. That Frank Lee youth Center Dorms and inside Area's, Are smoke-free. There has been no plan devised to deter smoking inside the building. And most of the time expecially at night, Convicts are not allowed outside to smoke. So they smoke inside. Forcing Non-smoker to be exposed, then Staff will not Approve of a Non-smoking dorm. Or either will they address the Issue. This is A don't care Administration, It addresses petty issues At what is surpose to be an Honor Camp. There is A Severe Lack of Leadership present here. The Institution Canteen sells tobacco products to Convicts. Who In turn Resell these products to the Minor under Age Convicts. Who Are not Legally of Age to purchase tobacco products. Staff member's and Correctional Officer's, are In the present of those Minor's, Abusing themselves with their tobacco products, but fail to take any Action They Are un-professional In their Job task Plaintiff sutter's from Asmatho and Other Respiratory problem's. But can't complain because it's no Authority to complain to. Plaintiff has numerous times been screened by the nurse, for Allergy problem's and Other's Related to this excessive smoke. And since the Correctional Staff has endangered the plaintiff health. Plaintiff would like to file suit for monentary and Compensatory Damages. To cover the Cost of past and present medical Cost, Incurred because of the prolong exposer and intentionally infliction of pain, discomfort and Risk of harm, As punishment for past conduct.

Plaintiff Rights have been violated, where he is forced to be incarcerated at said Institution. That has Numerous deficiencies that place the plaintiff health and safety at risk daily. Endangering the plaintiff as well as other Convicts. There is No Trained Medical Personnel on the premises 24 hours. If serious emergency occurs the inmate has to be taken, to another facility, at least 15 minutes or better away. Any Medical personnel has to come from another Institution. Plaintiff as well as other convicts, are treated as a Nuisance rather than a patient. Plaintiff as well as others has been Denied Access to health Care staff Qualified to Address Prisoner's problems. There is a Lack of drinkable water, Ice is rationed out Exposure to Toxic and Noxious fumes from the Sewage Lines are present. The ventilation is Inadequate in the dorm's. Plaintiff and other Convicts are Constantly denied Access to Adequate toilots. The facility is Constantly Locked-down. Morning and Night, with 72 Convicts left to use one toilet at night. And the outdoor bushes in the Morning. further Creating a unhealthy and dangerous conditions. The Correctional Staff Constantly verbally abuses the convicts, Calling them Bitches and whores. There is No systematic program to receive Adequate mental screening without the Mental Health staff being instructed by prison officer as to Convicts conditions. The Correctional officer enter ter with treatment. This Institution is a time bomb for the plaintiff and only breeds hate into the plaintiff and other Convicts. Plaintiff has been Rehabilitated but not in the way Society intended for him to be. Being in prison at Frank Lee youth Center is simply not part of the penalty that criminals offenders pay for their offense against society. There has been a sysmatic failure of any Ala. D.O.C. Dept Director to made an Adequate professional Judgement, they only Ignore the issues.

The Health Care Service provided, is incompetent to deal with prisoner needs. And every department conspires with each other to intentionally deprive the prisoner's of their Constitutional Rights, and each officer fail to Act in the face of known violations, of it's written policies and Regulations. Nothing short of sending Federal Marshals into this Institution will correct the problems. Plaintiff Request that the Court notify the U.S. Justice Department. So that he and other prisoner's can file an complaint And that the Justice Department Investigate the Pattern of Practice of Prisoner Discrimination. Plaintiff Request that the Court Allow him to Amend to this Complaint at a later date. Also that the Court Issue A Writ of Mandamus Compelling the Ala. D.O.C. to not retaliate against the Plaintiff as to filing this complaint. Also issue a Writ of Mandamus ordering the Ala. D.O.C. Classification Division to transfer plaintiff to another Institution. The Plaintiff is mentally and physically exhausted from being incarcerated under stressful Conditions. When there is no purpose for this case. But to intentionally inflict torment upon Prisoner's [Exhibit's are attached] as proof of Discrimination. The Accused were, suppose to be doing their Job's. But we instead Lying to the Plaintiff. Which was Retaliation, because of prior complaints, that the plaintiff had filed. The Ala. Dept of Corr. has overlook the plaintiff in every aspect.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

For CorrecTive Action to be taken immediately, Make sure this
Never occur's again. Also that the plaintiff be transferred to
another Institution, If it has to be back to Receiving at Kilby
And Menetary And Compensationatory Damages be awarded.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on  10/23/07 _____.
                    (Date)

_____
Signature of plaintiff(s)

4



Glenn, A. Lee, #135152 A1B
Frank Lee Youth Center
P.P. Box P0410
Deatsville, Al 36022

LEGAL MAIL

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPT. OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS HEREIN.

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPT. OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS HEREIN.

LEGAL MAIL

Office Of The Clerk
United States District Court
P.O Box 711
Montgomery, Alabama
36101-0711

### INMATE REQUEST SLIP

ne *Calvin A. Lee* _____ Quarters *A21A* ___ Date *10/03/07*

AIS # *152056*

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet          (✓) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

BUSINESS MANAGER - could you please inform me
as to how many Medical - Co-Payment I now owe
the Health Care Dept. Reason I am Requesting this in-
~~formation~~ is because I never Received a bill from them
after any visits. And I thought that some of the visit
were follow-ups. And I was under Chronic Care condition
I need some documentation; for verification, So I can
know what I am being charged for.

_Do_ Not Write Below This Line - For Reply Only

10/4/07

Health care do not send you a bill, once you
sign in. when you visit the healthcare
that's ~~when~~ how you are charged for a visit.

Mrs. Hollerquist

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden          ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor          ( ) Legal Officer - Notary Public          ( ) Record Office

176

ne _Calvin A. Lee_      Quarters _A21A_    Date _10/05/07_

AIS # _152056_

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem

( ) Special Visit      ( ) Time Sheet      (✓) Other _____

efly Outline Your Request - Then Drop In Mail Box

Mrs. Hollerquest: In Reference To the inmate Request
I sent you on 10/03/07. Could you give me a print-out
or some form of documentation as to how many health
care visit. I owe the Healthcare Dept. for and how
much. The Dates of these visit. Because I was under the
chronic-care status most of these visit. Anyway if you
could help me here, that will do.

                            THANK YOU!

Not Write Below This Line - For Reply Only

You receipt is your signature when
you sign in for sick call. You
can recieve a reciept one you pay
your medical visits. ©
                Mrs. Hollerquest

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

equest Directed To: (Check One)

( ) Warden      ( ) Deputy Warden      ( ) Captain

( ) Classification Supervisor      ( ) Legal Officer - Notary      ( ) Record Office
                            Public

176

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:   012
C8R716-3                INMATE SUMMARY AS OF 05/23/2007                CODE: CRSUM


****************************************************************************

AIS: 00152056A   INMATE: LEE, CALVIN ALPHONSE              RACE: B   SEX: M

INST: 012 - FRANK LEE YOUTH CENTER            DORM:  00   JAIL CR: 003Y 08M 10D

DOB: 05/16/1956  SSN: 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                    PREVIOUS AIS: P0044382

ALIAS: LEE, C ALPHONZA

ADM DT: 03/04/1997 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC     STAT: SPLIT SENTENCE - REVOKED

CURRENT CUST: MIN-2   CURRENT CUST DT: 02/28/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (2) TWO

SERVING UNDER ACT446 LAW IN CLASS I           CURRENT CLASS DATE:   11/01/2004
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT  CASE NO   CRIME                        JL-CR      TERM
MOBILE       11/01/04 N95004044 CRIMINAL MISCHIEF I          1345D 015Y 00M 00D CS

 TOTAL TERM      MIN REL DT     GOOD TIME BAL     GOOD TIME REV     LONG DATE
 015Y 00M 00D    01/24/2008     006Y 04M 25D      000Y 00M 00D      02/23/2016

INMATE LITERAL:
****************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
****************************************************************************

DISCIPLINARY/CITATION SUMMARY

    >> CITATION: 05/19/1999                      CUST FROM MINS TO MINS
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 057    RULE NUMBER: 56
      RETAINED DAYS: 0000    SEQ #: 01   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO
```

Bullock

[illegible] ([illegible]) [illegible] - PROGRESS REVIEW [illegible] - [illegible]

COUL22

AIS #: 00152054A SSN: 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 RACE/SEX: B/M DATE OF BIRTH: 05/16/1966
NAME: LEE, CALVIN ALPHONSE CUSTODY: MED2 SECURITY LEVEL: 4
INST: KILBY CORRECTIONAL FACILITY TIME SRVD: 04Y10M09 LAST DISC: 05/19/1999
CRME: CRIMINAL MISCHIEF [illegible] MIN REL DT: 0./24/2009 ACTIVE DET: [illegible]

[illegible]: FAIL TO OBEY A DIRECT ORDER OF PRL COMM: [illegible]/2006 EDUCAT LEV: [illegible]

WORK: [illegible] PRIM OCCUP: JANITOR

RECOMMENDED INSTITUTION: [illegible] RECOMMENDED CUSTODY: [illegible]

JUSTIFICATION: [illegible]

I VERIFY THAT [illegible] LIST WAS REVIEWED AND UPDATED. [illegible]

[illegible] 1/24/06 [illegible]

CLASSIFICATION SPECIALIST DATE WARDEN OR DESIGNEE DATE

[illegible] 1/24/06 [illegible]

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION [illegible]

APPROVED X DENIED; DIVERTED TO: [illegible] REASONS: [illegible]

[illegible]

CRB MEMBER DATE

APPROVED X DENIED; DIVERTED TO: [illegible] REASONS: Continued DU and Assaultive Behavior

CRB MEMBER DATE

APPROVED DENIED; DIVERTED TO: [illegible] REASONS: [illegible]

Elmore / DD After Bullock Add/DU

CRB MEMBER

FINAL DECISION: INST [illegible] CUSTODY M.W DATE 2-23-06

DATE INMATE INFORMED: 1/24/06 INMATE'S SIGNATURE: [illegible]

March 2006 RECEIVED

[illegible]

## SOCIAL SERVICE ACTION

NAME _Lee, Calvin_ AIS _132056-B_ R & S _BM_

INSTITUTION _____ CUSTODY _____

ACTION:  Rescind: _____

Amend: _____

Transfer: From: _Alex Loxley CWR_ To: _Alex A.D._

Custody: From: _____ To: _____

REASON(S)

The above inmate was transferred to
Loxley CWR on 5-12-06 from Bullock
Con. Center.

The appeal form specifically stated that
he was not to be assigned to a facility.
This was due in part to the nature of the
offense.

Inmate should never have been assigned
to Loxley CWC.

DATE: _6-8-06_                APPROVED: _Hobson_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK COUNTY CORRECTIONAL FACILITY
P.O. BOX 5107
UNION SPRINGS, AL 36089



## Classification Appeal Form

NAME: *Calvin Alphonse Lee*        AIS # *152056A*        INSTITUTION *Bullock*

DATE: *03 / 28 / 2006*

I.   CLEARLY STATE THE DECISION THAT IS BEING APPEALED: *The Denial of Placement at Mobile Work-Release. Because of Continued D.V. and Assultive Behavior*

II.   BRIEFLY AND CLEARLY STATE YOUR REASONS FOR APPEALING:

[ *SEE ( ATTACHED PAPER's* ]

*Cal A Lee*
INMATE SIGNATURE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

III.   COMMENTS OF WARDEN/CLASSIFICATION PERSONNEL: *PR is attached — it was submitted at Kilby.*

*[Warden signature]* 3/28/06              *[Classification signature]* 3-28-06
WARDEN SIGNATURE/DATE                    CLASSIFICATION SIGNATURE/DATE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* DO NOT WRITE BELOW THIS LINE \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

APPEAL GRANTED: *Men Camp*              DENIED:

DATE: *5 / 3 / 06*

COMMENTS: *Extremely violent in female relationship. Last conduct has been good — Program risk for work release placement although he has been there before — Job assignment should not permit contact w/ females in free society —*

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -   JANUARY   4, 2007
====================================(COU122)====================================
AIS #: 00152056A    SSN: 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  RACE/SEX:  B/M   DATE OF BIRTH: 05/16/1956
NAME: LEE, CALVIN ALPHONSE              CUSTODY:  MIN2  SECURITY LEVEL: 2
INST: FRANK LEE YOUTH CENTER            TIME SRVD: 05Y10M10 LAST DISC: 05 19 1999
CRME: CRIMINAL MISCHIEF I               MIN REL DT: 01/24/2008 ACTIVE DET:  0

DISC: FAIL TO OBEY A DIRECT ORDER OF PRL CONS:   04/01/2007 EDUCAT LEV: 12

WL/PGM: _BATH_____      PRIM OCCUP:JANITOR

RECOMMENDED INSTITUTION: _FLYC_____   RECOMMENDED CUSTODY: _MIN_

JUSTIFICATION: _Lee is barred consideration of lesser_
_restrictive custody due due to excessive violence,_

I CERTIFY THE MY LIST WAS REVIEWED AND UPDATED:            APP. S/L:____

_[signature]_          _1-5-07_        _[signature] w/cas_ _1-5-07_
CLASSIFICATION SPECIALIST        DATE        WARDEN OR DESIGNEE        DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE        CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

                                        CRB MEMBER                DATE
____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

                                        CRB MEMBER                DATE
____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

                                        CRB MEMBER                DATE

FINAL DECISION: INST _FLYC_ CUSTODY _MIN_ DATE _1-5-07_

DATE INMATE INFORMED: _1-5-07_ INMATE'S SIGNATURE: _X [signature]_

# INMATE REQUEST SLIP

Name Calvin Alphonse Legg Quarters A212 Date 6/29/07

AIS # 159056

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Mrs. Martin - When the D.O.C. start doing lockdown
That you's been in June. Would you put me
on the one. I would like to transfer to
Decatur CBF

Do Not Write Below This Line - For Reply Only

APL 1/08

Armstrong 7/5/07

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden      ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office
                          Public

N176



### STATE OF ALABAMA
### DEPARTMENT OF CORRECTIONS
### FRANK LEE YOUTH CENTER

P.O. Box 220410                                          Telephone (334)285-5591
Deatsville, Alabama  36022

July 18, 2007


MEMORANDUM:

TO      Calvin Lee, B/M#152056A

FROM:  Debra Martin, Classification

REF:    Semi-Annual Review

You have been reviewed for you semi-annual review.  I am not recommending any changes at this time due to  you are barred work release based upon a ruling by CRB on a previous review.  I have submitted a transfer request to CRB for lateral transfer as you requested.
You will be reviewed again at your annual review in January 2008.


cc: inmate file





State of Alabama

Alabama Department of Corrections

Frank Lee Youth Center
P. O. Box 220410
Deatsville, Alabama 36022

**BOB RILEY**
GOVERNOR

**RICHARD F.
ALLEN**

August 27, 2007

FROM:  Debra Martin, Classification Specialist

TO:     Lee, Calvin Alphonse        B/M    152056A

REF:    Supervised Re-Entry Program

The purpose of this letter is to advise you that your application has been submitted for
acceptance into the Supervised Re-Entry Program.  You will be notified when a decision has
been made regarding your acceptance.  If you are denied acceptance into the Supervised Re-
Entry Program you will automatically be considered for work release placement on the same
application.  This notice will serve as an annual Classification review.

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE

01-19-2007


CALVIN ALPHONSE LEE
152056
FRANK LEE YOUTH CENTER
P O BOX 220410
DEATSVILLE  AL  36022


DEAR MR LEE

THE BOARD OF PARDONS AND PAROLES WILL CONSIDER YOU FOR PAROLE IN
AN OPEN PUBLIC MEETING AT 301 S. RIPLEY ST, MONTGOMERY, ALABAMA
ON 03-28-2007.NUMBERED SIGN-IN SHEETS ARE AVAILABLE WHEN THE
DOOR OPENS AT 7:30 A.M.   SIGN-IN SHEETS WILL BE COLLECTED IN
THE WAITING ROOM BEGINNING AT 7:30 A.M.   BEGINNING AT 9:00 A.M
CASES WILL BE HEARD IN ORDER OF REGISTRATION UNLESS SPECIAL
CIRCUMSTANCES EXIST. BOARD DECISIONS WILL BE RELEASED UPON
COMPLETION OF THE HEARING TO THOSE PRESENT, AND WILL BE AVAILABLE
BY TELEPHONE THE FOLLOWING FRIDAY AFTERNOON.
FRIDAY AFTERNOON.


AMERICAN DISABILITIES ACT ASSISTANCE (334)353-8067

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700
03-30-2007

CALVIN ALPHONSE LEE
152056
FRANK LEE YOUTH CENTER
P O BOX 220410
DEATSVILLE  AL  36022

YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT
AN OPEN PUBLIC MEETING.   YOU WERE DENIED PAROLE AND RESET FOR
FURTHER CONSIDERATION DURING THE MONTH OF NONE.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES
IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE
ACCORDED.

YOURS VERY TRULY,

CYNTHIA S. DILLARD
ACTING EXECUTIVE DIRECTOR

WCS/CRM

CC:   WARDEN
      CLASSIFICATION

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700
04-20-2006

CALVIN ALPHONSE LEE
152056
BULLOCK CORRECTIONAL FACI
P O BOX 5107
UNION SPRINGS  AL  36089

YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT
AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR
FURTHER CONSIDERATION DURING THE MONTH OF 04/2007.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES
IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE
ACCORDED.

YOURS VERY TRULY,

WILLIAM C. SEGREST
EXECUTIVE DIRECTOR

WCS/CRM

CC:  WARDEN
     CLASSIFICATION

## Prison Health Services, Inc.

### Inmate Grievance

Calvin AlpHonse Lee  152056      F.L.U.C    05/09/07
NAME      AIS #        UNIT      DATE

**PART A – Inmate Grievance**

I have a severe sinus and allergy Problem the treatment I am now Receiving for it does No good. My Equal Liberty or Balence is off. I am very NauseaEd and feel very weak. My eyes are Red from Rubbing and I need some eye drops ANTIHistomine and Redness Reliever. I stay dizzy and have to stay laying down I am serious about this matter, and I am Requesting adequate attention to it. I have passes out due to this problem in the pass I am requesting that I be sent to a specialist so that I can Recieve and injection And Proper diagnosis. I can't continue to suffer like this. Also my sinuses are badly infected I have seen the Nurse and Doctor several times. I need proper paper work here to lay-in because of this condition.

_Calvin Lee_
**INMATE SIGNATURE**

---

**PART B – RESPONSE**          **DATE RECEIVED** _____

Medical record referred to provider on 5/11/07

_M. Saye_ HSA
**P.H.S. Department Head Signature**

5/11/07
**DATE**

**If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

**Committee Review of Data Collection**

11/03 – Alabama
Revised 5/16/05

60534-AL          White-Administration Copy      Yellow-Response Copy      Pink-Notary Copy

## Prison Health Services, Inc.

## Inmate Grievance

*Calvin Alphonse Lee* 152056        *F.L.4.C*        06/12/07
**NAME**                    **AIS #**              **UNIT**        **DATE**

---

**PART A – Inmate Grievance**
Need KOP Medication's - Aspirin EC, Simvastin, Motoprozol Tartaty, Lisinopril, Hydrochlorothiazide, Quar inhaler, Abboteral inhaler, Leggie Trans, Knee Brace, Nasal Spray Eye Glasses. Some of these prescribed items I have been waiting on for over 90 days such as Knee Brace Xlarge Eyer Glasses.

Also I have a severe Allergy Problem, And it causes my Equal Liberty to be off, At times and I need an injection and some phsitles to keg-in when I am under there systems

_C__ Lee_
**INMATE SIGNATURE**

---

**PART B – RESPONSE**                    **DATE RECEIVED** _____

Lisinopril 10mg + Zantac are both available @ pill call window. Your other medications were ordered 6/13/07.
you need to put in a sick call request for your allergy problem

_M. Daly HSA_
**P.H.S. Department Head Signature**

_6/13/07_
**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60534-AL                    White-Administration Copy        Yellow-Response Copy        Pink-Notary Copy

## Prison Health Services, Inc.

## Inmate Grievance

Calvin ALPHonse Lee    152056                    P.L.4.C.        06-19-07
NAME                   AIS #                     UNIT            DATE

**PART A – Inmate Grievance**

Again today Sinus are severely infected, either need to see Medical Specialist, ARE I am in need of an injection for this Problem. In the past I have passed-out for this problem if not treated properly. I am barely able to stay colicious, my Body equal libirty is out, I can't function, I am in grave need of professional medical treatment. I have Repeatly Requested Medical treatment of which, I am being denied. This experemental treatment is not sufficient. Would you please grant me Access to Qualified Medical Personel in this Area. I am very ill from this problem. I can barely get out of bed some day's This problem's comes and goes, I am in need of professional medical treatment immediately

                                        Calvin A. Lee
                                        **INMATE SIGNATURE**

**PART B – RESPONSE**        recvd                **DATE RECEIVED** _____

Medical referred to Provider
for review on 6/22/07

                                        M. Day, HSA
                                        **P.H.S. Department Head Signature**

                                        6/22/07
                                        **DATE**

**If you wish to appeal this review you may request a** Grievance Appeal **form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I    Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV   Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V    Conduct of Healthcare Staff | ☐ | ☐ | X    Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60534-AL                    White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy