THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Calvin Alphonse Lee #152036
Plaintiff

v.                                    Civil Action No. 2:07-CV-973-MEF
                                      [WO]
Alabama Dept. of Corrections, ET AL;

Defendants

## OBJECTIONS TO THE RECOMMENDATION

In this 42 U.S.C. § 1983 action, the Plaintiff Calvin Alphonse Lee, a state inmate challenges actions taken against him and conditions of confinement at Frank Lee Work-Release.

Upon Review of the Recommendation of The Magistrate Judge's Recommendation. The Plaintiff Objects to the Recommendation that the Alabama Dept of Corr. and the Alabama Board of Pardon and Paroles be summarily dismissed from this Action.

## DISCUSSION

The Alabama Dept. of Correction And The Alabama Board of Pardon And Paroles. Are Being held Accountable, because they are the Employer of the Accused Personnel. And the Personnel that has violated the Plaintiff Rights. Has done so, from a Position within, the ALA. D.O.C. and the ALA. Bd. Of Pardon and Paroles. While performing there job description's and function', which are supposely to be done Equally and Non-discriminatory in regards to Race, Sex, Social status. And these Agencies were listed in hope that if the correct Administrative Personnel would be included

By the Courts, since the plaintiff is not trained in Law. The Plaintiff included a copy of the personnel involved by name. And also the Agencies they are employed by, Since the Court is unable to understand the Plaintiff Complaint, Would the the Court, Appoint Counsel for the Plaintiff, one whom is trained in Law. Because the issue's that the Plaintiff is attempting to present are true and serious.

Done this the 12th day of November, 2007.

Respectfully Submitted

Calvin G. Lee #152056, A21A

Frank Lee Work-Release

P.O. Box 220410

Deatsville, Alabama 36022

## Certificate of Service

I Calvin Alphonse Lee do hereby certify that a copy of the foregoing: OBJECTION TO THE RECOMMENDATION has been served upon the Clerk of the United States District Court for the Middle District by placing said same in U.S. Mail postage prepaid at Frank Lee Work-Release this the 12th Day of November, 2007.

Calvin A. Lee #152056, A21-A
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022



Legal Mail
MONTGOMERY AL 361
15 NOV 2007 PM 4 L

Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711