IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In his complaint, the plaintiff names the "Frank Lee You Center, Entire Correctional Staff" as defendants in this cause of action. This listing fails to properly identify a person or persons for purposes of service of process and does not provide sufficient notice of the claim(s) plaintiff seeks to allege against these individuals. Moreover, the plaintiff asserts several general conclusions of law insufficient to support an action filed under 42 U.S.C. § 1983. Accordingly, it is

ORDERED that on or before December 4, 2007 the plaintiff shall file an amendment to his complaint which:

1. Names those members of the staff at the Frank Lee Youth Center who have committed alleged violations of his constitutional rights.

2. Specifically describes how each of these named defendants violated his constitutional rights.


3. Presents a factual basis to support his claims that the defendants have discriminated against him in violation of his equal protection rights.

4. Contains facts in support of his claim that he has been denied adequate medical treatment.

In responding to this order, the plaintiff is advised that he should set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 19th day of November, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE