In THE District Court of THE United States Middle District of ALABAMA

Calvin A. Lee #152056

vs.

Warden Thomas, LT. Janet Hicks et Al

Case No. 2:07-CV-973-MEF

2007 NOV 28 A 9:35

Notification of Change of Address

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

This is a Letter to the Courts, notifying the Clerk of the Courts that the Petitioner has been transferred to another Institution as of November 19th 2007. And Request that all legal mail pertaining to him or any other legal issue be sent to the below listed address. Also this case 2:07-CV-82-MHT + 2:07-CV-973-MEF

Calvin A. Lee 152056, B58-A
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057

Respectfully Submitted,
Calvin G. Lee

Certificate of Service

I do hereby certify that I Calvin A. Lee has served a copy of the foregoing Notification of Address Change has been served on the Clerk of the District Court of the United States, Middle District of Alabama this the 20th Day of November 2007. By placing said same in the U.S. Mail properly addressed and postage prepaid this was done at Kilby Corr. Fac.

Calvin A. Lee, 152056, B58-A
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057



MONTGOMERY AL 361
27 NOV 2007 PM 4 L

LEGAL MAIL
"This correspondence is forwarded from an Alabama . The contents have not been Alabama Department responsible for the of the communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711