IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension from December 4, 2007 to and including December 19, 2007 to file an amendment to his complaint in compliance with the directives of the order entered on November 19, 2007 (Court Doc. No. 6). To aid the plaintiff in filing his amendment to the complaint, the Clerk is DIRECTED to provide him with a copy of the November 19, 2007 order (Court Doc. No. 6) at his current address.

Done this 29th day of November, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE