In The District Court of The United States

Calvin Alphonse Lee, 152056
    Plaintiff

v.                                    Civil Action No. 2:07-cv-973-MEF

Ala. Dept. of Corr et al
    Defendants

Request for Extension of Time

Comes Now the Plaintiff Calvin A. Lee in the above style case Makes this Request to the Court, for an Extension of Time to comply with the Court order Rendered November 19th 2007. Reason for Request being. The date that the Court issued the order Nov. 19, 2007. The Plaintiff was transferred to Kilby Corr. Fac. A form of retaliation by the defendant, for the plaintiff filing several lawsuits. By the time plaintiff had sent the Court a change of address request. The letter from the Court had already been sent to the old address. The Plaintiff received the letter from the Court here at Kilby about 9:00 pm Friday night November 30th. And rushed to prepared a response. That he hopes complies with the Court order. The Defendant have plotted an scheme to harass the plaintiff. Have succeeded, the plaintiff is expecting to be beaten in the near future, for filing this complaint.

                                                Sincerely,
                                              Calvin G. Lee 152056

Calvin A. Lee, 132056, B58A
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057

ATTN: MONTGOMERY AL 361
This Letter Must be
Mailed by 12-03-07
In order to meet it's
deadline 12-04-07



Clerk of the Court
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711