THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Full Name and Prison Number
if Plaintiff

2001 DEC -4 A 9:44

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Civil Action No.
( To Be supplied by Clerk of
U.S. District Court )

V.

AL Dept. of Corr. - Classification Division

Kathy Holt, Carolyn Gibson, Debra Martin et al

AL. Bd. of Pardon and Paroles

Sidney Williams, Carolyn Hack, Cynthia Dillard ET. AL

Prison Health Service, Inc

Dr. Paul Corbier M.D. ET. AL.

Frank Lee Youth Center, or Work-Release

Warden Thomas ET. AL.

Captain Horace Burton

LT. Janet Hicks

LT. McCray

LT. Lacey

Ex-Warden John Cummins II
Name of Person(s) who violated
your Constitutional Rights.
(List the names of all the
persons.)

These are the Names of the Individual(s) I allege violated, My Constitutional Right's I entered these Names on the original 1983 Complaint. Also I indicated how they had violated my Right's Did the Courts received those document, also, I sent documents as exhibits of Fact's to support my allegations. These document's that I sent to the Courts were the only copies that I had, to verify my allegations. Could the Court Respond as to whither or not, they Received this paper work. If not the Defendants must have taken, this information out of the mail

Here Is A Copy of That exact Document


III. Name And Address of Individual(s) you Allege violated your Constitutional Right's.

| NAME | ADDRESS |
|---|---|
| 1. Staff Members at F.L.W.R | 5375 Ingram Rd, Bentsville, Al 36032 |
| Warden Thomas | ,, |
| Ex-Warden John Cummins II | ,, |
| Captain Horace Burton | ,, |
| Lt. Janet Hicks | ,, |
| Lt. McCray | ,, |
| Lt. Lacey | |
| Debra Martin | 5375 Ingram Rd, Bentsville Al 36032 |
| 2. Classification Member's Al.D.O.C. | P.O. Box 301501, 1400 Lloyd St. Montgomery, Ala. 36130 |
| Kathy Hilt, Assistant Director | ,, |
| Carolyn Golson, Assistant Director, | ,, |
| Debra Martin, Classification Specialist | 5375 Ingram Rd. Bentsville Al 36032 |
| 3. Ala. Bd. of Pardon And Paroles | P.O. Box 302405, Montgomery, Al 36130 |
| Sidney Williams - Chairman | ,, |
| Carolyn Flack - co-chairman | ,, |
| Cynthia Dillard - co-chairman | ,, |

(Next Page Continuation)

III Name and ADDRESS of Individual(s) Plaintiff Allege Deprive him
(cont.) of His Constitutional Rights.

NAME                                             ADDRESS

4. Prison Health Services, Inc.
   Dr. Paul Corbier et.al          Staton Corr Fac., Staton Medical Unit

2. Specifically describes how each of these Named defendants violated his Constitutional Rights.

WARDEN Thomas has violated my Constitutional Rights. By Retaliating against, the plaintiff. For filing several lawsuit's, to which he is Named also his Commanding Officer's, Which are LT. Janet Hick's, Captain Horace Burton, LT. McCray, LT. Lacey. WARDEN Thomas has retaliated against the plaintiff also, by ordering LT. Hick's to write a disciplinary on the plaintiff, for Inciting to Riot, Then conspired with his officer's to find the plaintiff guilty, as charged. Then transferring the plaintiff to a higher Level of custody. Other violation's of his Constitutional Rights are the endangering of plaintiff life, though the exposure to excessive cigarette's and drug smoke. Which is uncontrolled at the Institution, Even through the state building are surpose to be non-smoking facilities. This non-smoking policy of the state has never been adequately enforced. Not within the 19 months that I have been incarcerated there. Plaintiff has a asthma and other upper Respiratory problem's. And has been to healthcare numerous times, concerning irritated eyes, severe conjection and other. The plaintiff has been singled-out and harmed for complaining about the inadequate execution of Regulations and Policies at Frank Lee Youth Center. Also for speak-out to the warden, Requesting a transfer,. Within the last three months no other Inmate. That has been transferred to Kilby from Frank Lee, With a disciplinary Pending, has been called up for a disciplinary hearing. But the plaintiff was singled-out, found guilty and awaiting sanctions. This is Unequal treatment and can be proven by the Subpoena- zing of all disciplinaries. From the Institution in the last 6 months. The disciplinary hearing violated the plaintiff due process, because it was not done as to Regulation's established by Ala. D.O.C. and was descreminatory to the plaintiff

Specifically describe how each of the named defendants violated his Constitutional Rights.

And thus deprived the plaintiff of a fair hearing. Because of the Retaliation against the plaintiff, it has caused the Plaintiff to become ineligible for the C.E.R.P. Program, Work-Release. Also it has increased the plaintiff security level. And this is simply not part of the penalthy that criminals should Pay for their offenses against society.

The other Officer's Captain Horace Burton, Lt. Janet Hick's Lt. McCary, Lt. Lacey. Failed to act in the face of known violations. By not stopping the excessive smoking in the building, this violated the plaintiff rights. To which he is entitled, concerning environmental conditions that do not pose serious risk to his health and safety. By being exposed to excessive Tobacco smoke for the last 19 months. Inmate's Constantly smoke in the building 24 hours a day. And Neither Commanding Officer, took the initiative to open the rear door's. Either allow the smoker's to go outside and smoke. The Institution is a Minimum Security facility and most inmates have Community Custody. On November 16th 2007 the plaintiff was written-up for refusing to exit the facility. When he had gotten soaking wet performing an Institutional Job. The temperature's were 32 degrees. Most Ala. Prisons have a policy, to let inmates stay indoor's when the temphture reaches that degree. Commanding Officer's observed, bad conditions, knew it existed but did nothing or attempted to correct these conditions.

3. Present a factual basis to support his claims that the defendants have discriminated against him in violation of his Equal Protection Rights.

(2nd Amend.)

3. Alabama Dept. of Correction, issued a Order in 2005, To return 211 inmates with Murder convictions in their File. Return them back from Community Custody or Work-Release, back on state property. Are back into Medium Custody. And stated that these classed inmates would no longer be allowed to work off of state property. And must be under D.O.C. supervision at 211 times. Frank Lee Work-Release has allowed the inmates mentioned above to work in the community un-supervised. This discriminates against the plaintiff because he has never been convicted of Murder. Or any other heinous crime. But has been restricted to State property, by Assistant Director Carolyn Golson. In retaliation for filing and appeal, of a classification decision. The Classification Division of the Al D.O.C. are in violation of their own policy as to classifying the plaintiff. The Plaintiff is in prison for probation violation. On a property crime from 1996, which is criminal Mischief 1st. Similiar situated inmates with crimes worst than the plaintiff, at Frank Lee have been allowed, out in the Community. But the plaintiff has been discriminated against. Plaintiff has been, deprived of the Rights to Rehabilitate himself by being held back deliberately. By the named defendants who abused their authority willfully and beyond her authority. Plaintiff has been deprived of an adequate Progress Review since, his arrive 19 months ago. Plaintiff has accomplished numerous achievements, but nothing has been mentioned. In order to show that he is, progressing, All D.O.C. official Reviewing the plaintiff records. Have treated the plaintiff harshly. This constitute unequal treatment and discriminates against the plaintiff.

4. Contains Facts in support of his Claim that he has been denied Adequate Medical treatment.

4. Plaintiff has constantly complained of painful sore and swollen Knees. The Plaintiff was scheduled for an x-ray, of his Knees almost 45 day's ago. That was when the x-ray was ordered by the Nurse Practainer at Frank Lee. The medical personnel would not prescribe, Any medication for pain or swelling, stated until the x-ray's had been viewed As of the 2nd of December no report has come back. The Plaintiff has since been transferred to Kilby Corr. Fac. Plaintiff has been incarcerated since 2004 an has been seeking, Medical treatment. At least once a month mainly for the same illness. The prescribed treatment is always the same, even it it is given by another Nurse Practainer. Plaintiff has been treated by several different Nurse Practainer's and hasn't. Received adequate relief since 2004, Plaintiff has several medical complaint's on file. But has yet to see a Doctor, has not been referred to another outside physician.

Plaintiff Request To Amend To This Amendment at a Later date.

Respectfully Submitted,

Cur G. Lee 152054, Pro Se
Kilby Corr. Fac., P.O. Box 150
MT. Meigs, AC 36057

CERTIFICATE OF SERVICE

I Calvin A. Lee do hereby certify that a copy of the foregoing Order To Amend To the Complaint has been served upon the Clerk of the U.S. District Court Middle District of Ala. by placing said same in the U.S. mail this the 2nd Day of December 2007