In THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Calvin ALPHONSE LEE, #152056,
        Plaintiff,

v.                                      Civil Action No. 2:07-CV-973-MEF

ALABAMA DEPT. OF CORRECTIONS, ET, AL
WARDEN THOMAS, LT. JANET HICKS
        Defendants.

## AMENDMENT TO THE COMPLAINT

In this 42 U.S.C. § 1983 Action, Calvin ALPHONSE LEE ("LEE") a State inmate, Challenges actions taken against him and conditions of confinement at the FRANK LEE Youth Center, now FRANK LEE WORK-RELEASE. As LEE stated in this Civil Action and Civil Action No. 2:07-CV-82-MHT. That the Defendants would Retaliate against the Plaintiff. Because of the Plaintiff filing of these Complaints and Other's in State Court. The Plaintiff warned the Court in advance, that he feared for his safety. Because the Institution he was confined at, it's Correctional Staff Officer's had a history and a pattern of practice. Of Manipulating and disguising it's procedures, in order to violate inmates Right's. Once these Inmates have have brought Legitimate Legal Allegations against. The ALABAMA DEPARTMENT OF CORRECTIONS, It's Warden's and Staff. And in an Attempt to, Cover-up and Correct the Classification Discrimination proceeding. Before the Civil Action Can be heard in open Court, THE Classification Specialist. Is Calling, in all the Inmates with Murder Conviction's in their files. Calling them off of Community Job's and placing them back on state property Job's. In Order to dispute the discrimination Lawsuit pending in Federal Court against them. (Example) Inmate Tracey Lacey #180282 was taken off Millbrook Police Department. And placed in the Institution Kitchen. About the 2nd or 3rd week of November, this switch occurred.

Warden Thomas and Lt. Janet Hicks, have conspired and had the Petitioner Calvin A. Lee transferred to Kilby Corr. Fac. In retaliation for filing several Civil Action Complaint's, Both Federal and State. Also the defendants transferred the petitioner to an Institution. That is under the control of A Warden John Cummins II An other Officer's from Frank Lee whose office is Nearby. Who could have a role in the Disciplinary hearing, it is to be held here at Kilby. Relating to the false Institutional Violations, that the Petitioner has been accused of committing. Which is Inciting to Riot A violation of D.O.C. 403 Regulation's Considered a Major Security Violation. That Could Result in the Petitioner's prison sentence being extended. The Petitioner has the Warden John Cummins II and Sgt. Vivian Langford as defendants in previous pending Civil Action's, 1983 Complaint's. and also State of Alabama Lawsuits. Currently pending, for verification Case No. 2:07-CV-82-MHT, and Case No. 2:07-CV-973-MEF. Petitioner has not Received Case Number's for the State Cases pending as of this date. The Petitioner should be able to serve the sentence imposed by the State Court. Without having to fear for his safety from Peace Officer's. And other authorities, sworn to uphold the laws of the Land. Neither should the petitioner be Coerced and deprived of his Freedom. By Officer's who through a planned pattern of practice of pending allegation on Inmates. And other illegal techniques, they have manipulated the Justice system. In order to obtain whatever, control they see fit to administer. The Officer's have their own personal, rules for controlling inmates, even to the point of torturing inmates to death. They these's Officer are quick to say, and express through their action's. The message that they are above the law or any other authority. Because of the position they hold with the Department of Corrections. And will let you know by example that no other AL. D.O.C. Officer is going to believe the petitioner or any other inmate. That has a disciplinary or other action's pending against them By other D.O.C. Officer's. The petitioner is already guilty in the eye's and opinion's of D.O.C. hearing officer's. Especially when they have worked with the officer initiating the charges. They Control by physically beating or threatening to inflict physical punishment for any infraction. Whether done purposely or through mistake [Note to the Court The Petitioner is in extreme fear for his safety. While these Disciplinary Proceeding are active. This is likely to trigger a negative reaction from

Authorities involved in these complaint's and lawsuit's, These ALA. D.O.C. Officer's have NO RESPECT. And will go to any limit outside of the Regulation's, that govern them. To make sure that the petitioner's get's additional time to serve. Also that while serving that time the petitioner is as miserable as possible. For challenging their method's of doing thing's or their job. Additionally the petitioner is Amending the other names of Inmates. At Frank Lee Work Release, that has Murder Conviction's or other Henious Conviction's in their file's or records. That have been allowed into the community unsupervised. Which constitutes discrimination against the petitioner. Below is the Names And prison Number's:

| | |
|---|---|
| Felton Matthews #166669 | Jerry Grimes #156125 |
| Tracy Lacey #180282 | Haywood Phillips #216977 |
| Jerry Seals #183471 | Berlie Moore #240553 |
| Marshal Holiday #105520 | Eddie Green #194885 |
| Phillip Bruno #173675 | Steven Walters #167890 |
| O.D. Gilbert #124952 | Micheal Shan Canaday #202964 |
| Robert Harper #234996 | Thaddeus Watson #234582 |
| | Kenneth Brantley #246919 |

The motive behind the transferring of the petitioner is motivated purposely because of. The petitioner informing the court of the discriminatory process, by which the Classification Division. And the Classification Specialist and other's. At Frank Lee Work Release, as to how they classify inmate's and the petitioner is to who is eligible. To work in the community unsupervised. And why the petitioner whom has never murdered or maimed a human before. Could be classed-up as a menace to society, by certain Classification Director's. The petitioner prays that the court would consider and receive. This Amendment to the Complaint as a grave and Serious addition's Take the appropriate action to ensure the petitioner safety. Request a complete file of the disciplinary hearing, On the Inciting to Riot Charge. Issue a Federal Writ of Mandamus to the AL. D.O.C. and the defendant's. Ordering them to stop Ret

IN THE DISTRICT COURT OF THE UNITED STATES

P-4

Copies of the Name(s) and Addresses of Individual(s) I allege violated my Constitutional Rights. That are defendant(s) to Class Action No. 2:07-CV-973-MEF

| Name | Address |
|---|---|
| Kathy Holt, Asst Dir. | P.O. Box 301501, 1400 Lloyd St. Mntg. AL 36130 |
| Carolyn Golson, Asst Dir | P.O. Box 301501, 1400 Lloyd St. Montgomery AL 36130 |
| Debra Marten, Class-Specist | 5375 Ingram Rd. Deatsville AL 36022 |
| Sidney Williams, Chairman | P.O. Box 302405, Montgomery, AL 36130 |
| Carolyn Flack Asst. Chairman | P.O. Box 302405, Montgomery, AL 36130 |
| Cynthia Dillard Asst. Chairman | P.O. Box 302405, Montgomery, AL 36130 |
| Dr. Corbier, ET.AL | Staton Medical Unit Staton Corr. Fac. |
| Warden Thomas ET.AL | 5375 Ingram Rd., Deatsville, AL 36022 |
| Captain Horace Burton, | 5375 Ingram Rd., Deatsville, AL 36022 |
| LT. Janet Hicks | 5375 Ingram Rd, Deatsville AL 36022 |
| LT. McCray | 5375 Ingram Rd, Deatsville, AL 36022 |
| LT. Lacey | 5375 Ingram Rd, Deatsville, AL 36022 |
| Ex-Warden John Cummins II | Kilby Corr. Fac. P.O. Box 150 Mt. Meigs AL 36057 |

This Amendment was written before the Disciplinary Hearing.

The other Amendment is Current, both should be Considered.

Respectfully Submitted

Calvin G. Lee #152056, B58A Pro Se
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs AL 36057

Certificate of Service

I Calvin A Lee do hereby certify that a copy of the foregoing: Amendment to the Complaint has been served upon the District Court of the United States, Clerk's office by placing said same in the U.S. Mail, properly addressed and postage prepaid this the 27th Day of November, 2007

Cajuza A. Lee #153056, B58-A
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057




04 DEC 2007

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711