IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for extension of time filed by the plaintiff on December 4, 2007 (Court Doc. No. 11), and in light of the order entered by the court on November 29, 2007 (Court Doc. No. 10) allowing such an extension, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 5th day of December, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE