---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Lt. Janet Hicks
Frank Lee Work Release
5305 Ingram Road
Deatsville, AL 36022

:07cv973-MEF cmplamdcmps\order

Article Number
(Transfer from service label)   7007 1490 0000 0026 5520

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Dean           ☐ Agent  ☐ Addressee

B. Received by (Printed Name): P. Dean    C. Date of Delivery: 12/4/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Lt. McCray
Frank Lee Work Release
5305 Ingram Road
Deatsville, AL 36022

2:07cv973-MEF cmplamdcmps\order

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5537

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Dean           ☐ Agent  ☐ Addressee

B. Received by (Printed Name): P. Dean    C. Date of Delivery: 12/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Horace Burton, Captain
Frank Lee Work Release
5305 Ingram Road
Deatsville, AL 36022

2:07cv973-MEF cmplamdcmps\order

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5513

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Dean           ☐ Agent  ☐ Addressee

B. Received by (Printed Name): P. Dean    C. Date of Delivery: 12/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Dr. Corber
Staton Medical Unit
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Angela Thornell ☐ Agent ☐ Addressee
B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 12/7/07
D. Is address different from item 1? ☐ Yes   delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv973mEF cmplamdcmpl order

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5483

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

John Cummins, Ex-Warden
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Gwendolyn Babers ☐ Agent ☐ Addressee
B. Received by (Printed Name): Gwendolyn Babers
C. Date of Delivery: 12/7/07
D. Is address different from item 1? ☐ Yes   delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv973mEF cmplamdcmpl order

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5551

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Cynthia Dillard
The Alabama Board of Pardons and Paroles, Central Office
PO Box 302405
Montgomery, Alabama 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Cornell Long ☐ Agent ☐ Addressee
B. Received by (Printed Name): 
C. Date of Delivery: 12/7/07
D. Is address different from item 1? ☐ Yes   delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv973 cmplamdcmpl order

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5469

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Sidney Williams
Chairman
The Alabama Board of Pardons and Paroles, Central Office
PO Box 302405
Montgomery, Alabama 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Dory*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  12/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:07cv973-MEF cmp1amdcmps1auder

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5568

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

William C. Segrest
Chairman
The Alabama Board of Pardons and Paroles, Central Office
PO Box 302405
Montgomery, Alabama 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Dory*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  12/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:07cv973 cmp1amdcmps1auder

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5445

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Carolyn Flack
The Alabama Board of Pardons and Paroles, Central Office
PO Box 302405
Montgomery, Alabama 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Dory*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  12/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:07cv973-MEF cmp1amdcmp1auder

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5452

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Frank Lee Youth Center
(entire Correctional Staff)
P.O. Box 220410
Deatsville, AL 36022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X G. Dean — ☐ Agent ☐ Addressee
B. Received by (Printed Name): P. Dean
C. Date of Delivery: 12/7/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv973-MEF cmplamdcmpslorder

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5490

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Lt. Lacey
Frank Lee Work Release
5305 Ingram Road
Deatsville, AL 36022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X G. Dean — ☐ Agent ☐ Addressee
B. Received by (Printed Name): P. Dean
C. Date of Delivery: 12/7/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv913-MEF cmplamdcmpslorder

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5544

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Warden Thomas
Frank Lee Work Release
5305 Ingram Road
Deatsville, AL 36022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X G. Dean — ☐ Agent ☐ Addressee
B. Received by (Printed Name): P. Dean
C. Date of Delivery: 12/7/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2:07cv913-MEF cmplamdcmpslorder

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5506