| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Shew   C. Date of Delivery 12-10-07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| Prison Health Services, Inc.<br>105 Westpark Drive<br>Suite 200<br>Brentwood, TN 37027 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2:07cv973-mef cmplamdemplo&u<br>2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 5476 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540