| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X _G/G Hoof_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Kathy Holt<br>Assistant Director<br>Alabama Department of Corrections<br>P. O. Box 301501<br>Montgomery, AL 36130-1501 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:07cv973-MEF Cmp/and cmpsl order | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 5414 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540