**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Carolyn Holson_

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

Carolyn Golson
Assistant Director
Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130-1501

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )      ☐ Yes

2:07cv 973-mEF cmplamdcmp|order

2. Article Number
   ( *Transfer from service label* )      7007 1490 0000 0026 5421

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540