IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Plaintiff

v.                                    Civil Action No. 2:07-CV-973-MEF-CSC

Paul Whatley, et al                            2:07-CV-82-MHT

Defendants   2007 DEC 27  A 9:21

## NOTICE OF CHANGE OF ADDRESS

This Notice of Change of Address is being filed in compliance to the Federal Rules of Civil Procedure. As to informing the Clerk of the Courts. And the Defendants in both of the civil actions above. The Defendant are to be notified by the Clerk of the Courts. Because the Plaintiff hasn't Received the Attorney's name and Address as of the present time. The Plaintiff address has changed from (1) Frank Lee Work-Release, P.O. Box 220410, Deatsville, AL 36022 And also from (2) Kilby Corr. Facility, P.O. Box 150 Mt. Meigs, AL 36057 To The current address below:

Calvin Alphonse Lee #152056, B2-11B
Draper Corr. Fac.
P.O. Box 1107
Elmore, Alabama 36025

Respectfully Submitted,
Calvin G. Lee

## CERTIFICATE OF SERVICE

I Calvin A. Lee do hereby certify that a copy of the foregoing has been serve upon the Clerk of the Courts. Notice of Change of Address In that A copy will be forwarded to the Defendants Attorney. Properly addressed and postage pre paid this the 19 Day of December 2007.

Calvin A. Lee 152056, B-211B
Draper Corr. Fac.
P.O. Box 1107
Elmore, Alabama 36037

MONTGOMERY AL 361

21 DEC 2007 PM 4 T



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

**LEGAL MAIL**
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711