IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #182056,
        Plaintiff

vs                                          Civil Action No. 2:07-cv-973-MeF

WARDEN Levan Thomas ET Al
        Defendants

2007 DEC 27   A  9:17

DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRICT ALA.

## MOTION TO AMEND

Complaintant or Plaintiff in this 1983 Complaint or the above styled Cause. Serve Notice upon the Court, that he Requests to Amend to his Complaint in Compliance with the Federal Rules or Court Wishes at this time to amend allegation that the defendants have violated the Constitutional Rights of the Plaintiff by Retaliating Against the Plaintiff for asserting his Rights. And Have conspired and is Now conspiring. To violated the plaintiff Civil Right. And in violation of the 1965 Civil Rights Act. By devising schemes to Cause harm to the Plaintiff. And has already brought illegal charges against the Plaintiff and funded the Plaintiff guilty. In their Court and proceeded and had the plaintiff Removed from Frank Lee Work-Release. And transferred to a higher level of security, In hopes of having the plaintiff assaulted by D.O.C. officials, for the charge that he has been charged, with. Also having the Plaintiff stripped of his Custody and his E.O.S. date extended. Plaintiff Request that the Court, grant his Motion to Amend to the Complaint. Also Allow the plaintiff to Amend the exact other names of the responsible persons, at a later date.

                                    Calvin A. Lee #182056, Pro Se.
                                    DCC, P.O. Box 1107, Elmore Al 36025

### CERTIFICATE OF SERVICE

I do hereby certify that A Copy of the foregoing: Motion to Amend has been served upon the Court. By way of the Clerk And A Copy is included for the Clerk to serve the defendants Attorneys. By placing said same in the U.S. mail properly addressed and postage prepaid this the 23rd Day, of December 2007.

Calvin A. Lee, #152056, B3 11B
DRAPER Corr. Fac.
P.O. Box 1107
Elmore, AL 36027

 

MAILED FROM ZIP CODE 36025

$ 00.17⁰

DEC 26 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin ALPHONSE LEE, #152056
        Plaintiff

vs.                                    Case Civil Action No. 2:07-LV-973-MEF

LEVAN THomas Warden ET AL.
        Defendants.

---

## AMENDMENT TO THE COMPLAINT

Now Comes plaintiff Calvin A. LEE Pro Se, and for this class action complaint against defendants, alleges and states as follows: Pursuant to Rules of Federal Rules of Civil Procedures

Defendants at FRANK LEE WORK-RELEASE have violated the plaintiff outside of STATE and FEDERAL Laws. By Retaliating against the plaintiff for asserting his rights. Through the filing of several complaint's, and Lawsuits, in which the defendants were included in the complaint and Lawsuits. THE Plaintiff is serving the CourT ADVANCE NoTice, of the Defendants Malicious and intended methods of achieveing control And REMIND the CourT that as long as the plaintiff is incarcerated in this area. At either one of these named Institutions. Draper, STaTon, Elmore, Bullock Frank Lee Work Release. The Plaintiff Life is in Grave Danger, of being taken or being assaulted by STATE of ALABAMA Correctional Officer's. The Defendants Warden THomas, LT Hicks and the other named defendants in the complaint from Frank Lee WORK-RELEASE. Have numerous close ties with other Correctional Officer's. Whom are loyal to them when it comes to covering-up or disquising Officer's assaults on inmates. This is a pattern of practice that the Courts has allowed to go on for years. Now the ALABAMA D.O.C. Official's have gotten Comfortable, that the Courts will Rule in favor with them, On any Excessive use of force Lawsuit or Complaint. THE Plaintiff is extremely, fearful for his Life by being detained here. And Request that the Courts issue and emergency Mandamus ordering that the defendant be transferred immediately from Draper Corr. Inc. Also that he be allowed to Carry with him, Every single Document that he arrived at Draper with. Reason being Plaintiff has Documentation of veriable proof. As to some of the issues addressed in the initial complaint. THe Defendant have begun their initial Entrapment

Plan to gain Control after they Conspired among themselves and proceeding and finding the plaintiff guilty as charged. And transferred the Plaintiff to another Institution Of a greater level of security, Stripping the plaintiff of his Minimum Custody. And Reclassing the plaintiff, and extending his previous E.O.S. date or discharge date. All which was done in retalization for the plaintiff filing Complaints and Lawsuits. But disguised to look as results of something else. The defendant are Reluctant to here the truth and, feel as they are above the Laws. The warden at Draper [ Corr. Fac. is going to go along with, whatever demand the Frank Lee Work-Release Warden and Correctional Staff. Want done to the plaintiff. Thing's are conspired as it, they are in a fraternal Order or Organization. Also most of the Officer's are either, Connected some how Marriye whither Common-Law or other. I remind the Courts again, that being Violently assualted and other Malicious treatment is simply not part of the penalty that the plaintiff should have to pay for his offense against society. Plaintiff Request to Amend to this Complaint at a later time.

RESPECTFULLY SUBMITTED,
Cal. G. Lee #152056, Pro Se.
DRAPER CORR. FAC.
P. O. BOX 1107
ELMORE, AL 36025

CERTIFICATE OF SERVICE

I Calvin A. Lee #152056 do hereby certify that a copy of the foregoing: Amendment To THE Complaint has been served upon the Clerd of Court for the United States District Court. Middle District of ALABAMA. Also a copy is included for the Court to serve upon the defendents Attorney's. by placing said same in the U.S. Mail. A True Copy Properly addressed and postage prepaid this the 23rd Day of December 2007.