IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on December 27, 2007 (Court Doc. No. 22), in which the plaintiff seeks to name additional defendants and add claims for relief challenging his transfer from Frank Lee Youth Center, disputing the validity of disciplinary charges lodged against him and alleging new instances of retaliation, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on the claims referenced in his motion to amend he may do so by filing a separate 42 U.S.C. § 1983 action in this court.

Done this 8th day of January, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE