IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In his complaint, the plaintiff names Paul Whatley, former director of classification for the Alabama Department of Corrections, as a defendant. Service was attempted but unperfected on this individual because he is no longer employed by the Alabama Department of Corrections and, therefore, could not be properly served at the address provided by the plaintiff.[1] If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Paul Whatley, the plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that on or before January 23, 2008 the plaintiff shall furnish the clerk's office with the correct address of Paul Whatley. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant(s) he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is

---

[1]On the envelope returned to the court, this defendant is identified as Paul Whaley.

specifically cautioned that if service is not perfected on Paul Whatley he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Paul Whatley and this case will proceed only against the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 8th day of January, 2008.

 /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE