IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV-973-MEF |
| PAUL WHALEY, ET AL. | ) |
| | ) |
|     Defendant(s). | ) |
| | ) |
| | ) |

## MOTION FOR ENLARGMENT OF TIME

COME NOW the Defendants, Kathy Holt, Carolyn Golson, Debra Martin, Levan Thomas, Horace Burton, Janet Hicks, Harold McCray, Kenneth Lacey, and John Cummins, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and respectfully request an additional 45 (forty-five) days in which to file their Answer and Special Report and for grounds state as follows:

1. The Answer and the Special Report for the Defendants are due today, January 14, 2008.

2. The undersigned has contacted the Defendants and requested affidavits and other documents which are need to prepare a proper response to Plaintiff's allegations.

3. As of this date, the undersigned has received some, but not all of the requested information.

4. The undersigned respectfully requests an additional 45 (forty-five) days in which to file the Answer and Special Report of the Defendants.

5. No party will be prejudiced by the granting of this request.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 14th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by United States Mail, postage prepaid and properly addressed as follows:

Calvin Alphonse Lee
AIS 152056
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General