IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN ALPHONSE LEE, #152056, )
 )
   Plaintiff, )
 )
vs. )
 ) CIVIL ACTION NO. 2:07-CV-973-MEF
PAUL WHATLEY, KATHY HOLD, )
CAROLYN GOLSON, DEBRA MARTIN, )
WILLIAM C. SEGREST, CAROLYN )
FLACK, CYNTHIA DILLARD, PRISON )
HEALTH SERVICES, INC., DR. PAUL )
CORBIER, FRANK LEE YOUTH CENTER, )
WARDEN THOMAS, HORACE BURTON, )
JANET HICKS, LT. MCCRAY, LT. )
LACEY, JOHN CUMMINS AND SIDNEY )
WILLIAMS, )

   Defendants.

---

**SPECIAL REPORT AND ANSWER OF
DEFENDANTS PRISON HEALTH SERVICES, INC. AND DR. PAUL CORBIER**

---

COME NOW, Defendants PRISON HEALTH SERVICES, INC. ("PHS") and DR. PAUL CORBIER ("Dr. Corbier") in response to this Court's Order dated December 5, 2007, requiring PHS and Dr. Corbier to provide their Special Report and Answer, and submit the following Special Report and Answer addressing the allegations asserted in the Complaint filed by Plaintiff CALVIN ALPHONSE LEE ("Plaintiff"):

I. **INITIAL DISCLOSURES**

PHS makes the following initial disclosures as required by this Court's December 5, 2007, Order for Special Report:

  1. The sworn statement of Dr. Paul A Corbier[1]; and

---

[1] A true and correct copy of Dr. Paul Corbier's affidavit ("Corbier Aff.") is attached hereto as **Exhibit A** and incorporated herein by reference.

2.      The sworn statement of Catherine Stallworth with a true and correct copy of excerpts from Plaintiff's medical records attached thereto.[2]

## II.    NARRATIVE STATEMENT OF UNDISPUTED FACTS

### A.    Procedural History

Plaintiff, an inmate formerly incarcerated at the Frank Lee Work Release Facility ("FLWR") in Deatsville, Alabama, instituted this action on or about October 30, 2007. (See Complaint). In his Complaint, the actual parties whom Plaintiff intends to include in this suit is confusing given the inconsistencies between the style of his Complaint, the first listing of parties who allegedly "violated [his] constitutional rights" on page 2 of his Complaint and a separate list of parties who allegedly "violated [his] constitutional rights" on the page 3 of his Complaint. (Id.).  In addition to the more than 13 state officials named in his Complaint, Plaintiff also identifies "Dr. Corbier" with the "Staton Medical Unit." (Complaint at p. 3).  Though Plaintiff includes "PHS" or Prison Health Services, Inc. in the style of his Complaint, his eight-page narrative of allegations does not include any specific reference to PHS and/or any specific allegation of any act or omission of PHS. (See Complaint).

Plaintiff's allegations against Dr. Corbier and/or PHS are as elusive as the parties whom he wishes to identify as defendants in the case.  On page 3 of his Complaint, Plaintiff alleges he was "denied adequate medical treatment," though he does not allege the nature of the medical treatment required.   In large part, Plaintiff's allegations are limited to circumstances surrounding his "classification" and the denial of his requests for parole. (See Complaint).  On page 9 of Plaintiff's Complaint, he alleges that he "suffers from asthma and other [respiratory] problems," though he acknowledges being evaluated by the medical staff at FLWR "numerous times." (Id. at

---

[2]      A true and correct copy of Catherine Stallworth's affidavit ("Stallworth Affidavit") is attached hereto as **Exhibit B** and incorporated herein by reference.  For purposes of this Special

p. 9). In a separate allegation, Plaintiff complains, "[t]here is no trained medical personnel on the premises 24 hour's [sic]," and then notes that, in emergency circumstances, inmates are transported to "another facility at least 15 minutes away." (Id. at p. 10). Plaintiff later claims that "[t]he health care services provided is [sic] incompetent to deal with prisoner's needs." (Id. at p. 11).

On December 5, 2007, the Court entered its Order for Defendants to submit their respective Special Report and Answer. (Doc. 4).

### B.    FACTS RELEVANT TO PLAINTIFF'S MEDICAL TREATMENT AT FLWR.

Prison Health Services, Inc. contracted with the Alabama Department of Corrections ("ADOC") to provide medical services to individuals incarcerated in its facilities through October 31, 2007. (Corbier Aff .at ¶ 2). The contract between PHS and ADOC terminated on October 31, 2007, and, as such, PHS has not been responsible for any medical care requested or provided to Plaintiff since November 1, 2007. (Id.).

During the final months of PHS's contract with the ADOC, the ADOC utilized FLWR to house low acuity inmates who did not have a history of chronic medical conditions requiring regular medical attention. (Id. at ¶ 4). The ADOC adopted specific protocols for the assignment of inmates to FLWR, prohibiting inmates with chronic medical problems requiring regular medical attention, such as diabetic inmates, from being incarcerated at FLWR. (Id.). In the event that an inmate at FLWR developed a serious medical condition requiring regular medical treatment, then such inmate would be immediately transferred to a non-work release institution. (Id.).

---

Report and Answer, PHS will cite to and refer to portions of Plaintiff's medical records by Bates-number which begin with the prefix "PHS."

Dr. Corbier, a licensed physician who is board certified in internal medicine, has served as the Medical Director for Staton Correctional Facility ("Staton") in Elmore, Alabama since July of 2007. (Id. at ¶ 2). When Dr. Corbier took over as Staton's Medical Director, his responsibilities included providing assistance to the medical staff at FLWR. (Id. at ¶ 3). Because of the low medical acuity of the inmate population at FLWR, the medical staff at FLWR consisted of various medical personnel, including a certified registered nurse practitioner working with the assistance of Dr. Corbier. (Id. at ¶ 3). A certified registered nurse practitioner ("CRNP") working in collaboration with an attending physician can, for all practical purposes and in a very general sense, engage in almost every medical activity related to the treatment of a patient other than surgery. (Id. at ¶ 3). So, the CRNP at FLWR was and is equally qualified to evaluate any complaints voiced by the inmate population at FLWR, order diagnostic and/or lab testing, prescribe medication and/or order specialty consultation, if necessary. (Id. at ¶ 3). Based upon Dr. Corbier's experiences with the nurse practitioners assigned to FLWR since he began working at Staton, they routinely and properly addressed the medical complaints of the inmate population at FLWR. (Id. at ¶ 3).

The medical staff at FLWR conducted sick call, conducted physical examinations, administered medications and, if necessary, referred inmates for further evaluation by a physician. (Id. at ¶ 3). When Dr. Corbier first arrived at Staton, the CRNP would refer patients to Dr. Corbier for further evaluation, when necessary. (Id. at ¶ 3). Inmates referred to Dr. Corbier were transported from FLWR to Staton, which required only a ten (10) to fifteen (15) minute drive. (Id. at ¶ 3). Dr. Corbier eventually stopped seeing patients from FLWR when the ADOC and PHS formed a roving medical team, which included a physician, and this roving medical team assumed full responsibility for the care being provided to inmates at various facilities throughout the state which housed low acuity inmates, like FLWR. (Id. at ¶ 3).

- 4 -

During his incarceration at FLWR, Plaintiff received regular and consistent medical attention and treatment from the medical staff at FLWR. (Stallworth Aff. and PHS0001-100). Over the course of approximately four (4) months, Plaintiff submitted approximately twenty (20) sick call request forms dated August 9, 2007, August 17, 2007, August 24, 2007, August 31, 2007, September 7, 2007, September 9, 2007, September 18, 2007, September 27, 2007, September 29, 2007, October 3, 2007, October 7, 2007, October 8, 2007, October 17, 2007, October 21, 2007, November 2, 2007, November 8, 2007, November 15, 2007, November 16, 2007, November 27, 2007, and December 2, 2007, regarding various complaints and requests including allergies, sore throat, runny nose, asthma, insomnia, additional medication requests, a no-shaving profile allowing him to forego shaving, a pulled muscle, back pain, athlete's feet and knee pain. (Id. at PHS0013-14, 16, 18-44). On each occasion, Plaintiff submitted a sick call request form, he was evaluated by and often received treatment from a member of the medical staff at FLWR. (Id.). Between June 1, 2007 and December 4, 2007, Plaintiff was evaluated by a physician or CRNP on approximately twelve (12) occasions. (Id. at PHS0007-11).

With regard to Dr. Corbier, his interaction with Plaintiff was limited to one (1) evaluation of Plaintiff on August 3, 2007. (Corbier Aff. at ¶ 5). On this occasion, the medical staff at FLWR referred Plaintiff to Dr. Corbier for evaluation of Plaintiff's on-going sinus problems. (Id.). During the course of the evaluation of Plaintiff's complaints, Dr. Corbier ordered various tests and evaluations regarding Plaintiff's respiratory ability and/or capability and determined that Plaintiff's complaints of dizziness and sinus problems were associated with his nasal congestion. (Id.). Dr. Corbier ordered Plaintiff to continue his use of a saline nasal decongestant spray and refilled his prescription for Antivert, which is a antihistamine medication sometimes prescribed for the symptoms of motion sickness, but is also prescribed for lightheadedness caused by congestion affecting the inner ear. (Id.). No one ever notified Dr. Corbier of any

additional complaints of Plaintiff or that this treatment did not relieve his symptoms. (Id.). Following this evaluation, Dr. Corbier had no further interaction of any kind with Plaintiff. (Id.).

###### B.    THE GRIEVANCE PROCESS.

As evident from the grievances attached to Plaintiff's Complaint, Plaintiff was well-aware of and utilized the grievance process which is available at Staton and FLWR for inmates who wish to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Staton or FLWR. (Corbier Aff. at ¶ 6; Complaint, Attached Grievances). The initial orientation process with the ADOC correctional system includes educating inmates as to the availability of the grievance process. (Corbier Aff. at ¶ 6). The existence of this grievance procedure is well-known among the prison population, as indicated by the fact that the medical staff at Staton receives inmate requests and/or inmate grievances on a daily basis. (Id.). The physicians, nurse practitioners, nurses and other medical personnel at Staton and FLWR attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted. (Id.).

The grievance process is initiated when an inmate submits an informal Inmate Grievance form to me through the institutional mail system. (Id. at ¶ 7). After reviewing the Inmate Grievance, the medical staff then provides a written response within approximately five (5) days of receipt of the Inmate Grievance. (Id.). The written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. (Id.). Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A GRIEVANCE APPEAL FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

(Id.). As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with the medical staff, Health Services Administrator and/or the Director of Nursing. (Id.). A written response to a formal Grievance Appeal is provided within approximately five (5) days of receipt.

Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Staton and FLWR. (Id.). Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located throughout these facilities. (Id.). The medical staff reviews the Grievances daily, provides a written response within approximately five (5) days at the bottom of the form and returns a copy of the completed forms to the inmate. (Id.).

Plaintiff submits with his Complaint three (3) grievance forms submitted approximately five (5) to six (6) months prior to his institution of this lawsuit. All three of the grievance forms relay complaints regarding sinus problems and/or congestion as well as requests for additional medication. Though Plaintiff attaches these three (3) grievance forms, all three (3) forms clearly state that, if Plaintiff was dissatisfied with the response of the medical staff, then he should file an appeal. Plaintiff clearly fails to demonstrate that he engaged in this next step, a necessary part of completing the grievance process.

## III.    DISCUSSION

It is difficult, if not impossible, to decipher from Plaintiff's Complaint the exact basis of his claims against PHS and/or Dr. Corbier. While Plaintiff provides a lengthy factual recitation related to his claims against the state officials identified in his Complaint, he does not provide the same level of detail with regard to his purported claims against PHS and/or Dr. Corbier. As indicated through the attached medical records and affidavits, Plaintiff has repeatedly requested

and received medical attention and treatment from the medical staff at FLWR. Given that Plaintiff's claims cannot realistically relate to an absolute denial of treatment, his claims must therefore be limited to his disagreement with the course of treatment prescribed by the medical staff at FLWR. Plaintiff's disagreement with the type of medical treatment provided by PHS and/or its staff and the order in which treatment was provided does not automatically equate an Eighth Amendment claim brought pursuant to 42 U.S.C. § 1983. The evidence presented by PHS and Dr. Corbier demonstrate:

> (1)     Neither PHS nor Dr. Corbier violated Plaintiff's Eighth Amendment right to necessary medical treatment;
>
> (2)     Section 1983 does not permit any finding of liability against PHS on the basis of *respondeat superior*; and
>
> (3)     Plaintiff did not exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. §1997e(a).

Plaintiff's Complaint does not identify any specific instance when he requested medical treatment and neither PHS nor Dr. Corbier refused to provide him with any necessary medical treatment. In sum, Plaintiff simply claims that he was dissatisfied with the specific treatment prescribed for him and the manner in which such treatment was provided. For these reasons and the reasons stated below, Plaintiff is not entitled to assert a claim for deliberate indifference against PHS or Dr. Corbier. Even if Plaintiff's Complaint stated a claim against PHS or Dr. Corbier, such claims are precluded by the exhaustion requirement of the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

A.     NEITHER PHS NOR DR. CORBIER VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO NECESSARY MEDICAL TREATMENT.

Plaintiff's Complaint is devoid of any specific allegation as to the legal basis of his claim, but his allegation that he was "denied adequate medical treatment" indicates his intentions of bringing a claim against PHS and Dr. Corbier for alleged deliberate indifference to his serious

medical need, i.e. a purported violation of his Eighth Amendment rights to necessary medical treatment. (Complaint at p. 3). The Eighth Amendment[3] does not on its face reference in any way any medical care due to incarcerated persons. See e.g. Marsh v. Butler County, Ala., 268 F. 3d 1014, 1038 (11th Cir. 2001)(en banc). In Estelle v. Gamble, 429 U.S. 97(1976), the United States Supreme Court first inferred a prisoner's "right" to necessary medical care from the text of the Eighth Amendment. In reaching this conclusion, the Estelle Court held that the prohibition against cruel and unusual punishment in the Eighth Amendment prohibits prison officials from acting with "deliberate indifference" with regard to prisoners' serious medical needs. 429 U.S. at 104. Since Estelle, courts have routinely recognized that the Eighth Amendment[4] to the United States Constitution governs the conditions of confinement for prisoners and the treatment of these prisoners during the term of their incarceration. Farmer v. Brennan, 511 U.S. 825, 832 (1994) (quoting Helling v. McKinney, 509 U.S. 25, 31 (1993)); see also Whitley v. Albers, 475 U.S. 312, 327 (1986); Rhodes v. Chapman, 452 U.S. 337, 345-46 (1981).

An alleged claim of "deliberate indifference" under the Eighth Amendment may be actionable under 42 U.S.C. § 1983.[5] See Graham v. Connor, 490 U.S. 386, 393- 94

---

[3] The Eighth Amendment applies to the states by virtue of the Fourteenth Amendment's Due Process Clause. Robinson v. California, 370 U.S. 660, 666 (1962).

[4] Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . ." See Hamm v. DeKalb County, 774 F.2d 1567, 1573-74 (11th Cir. 1985). To the extent PHS relies upon any cases addressing the application of the Fourteenth Amendment in the prison context, such cases are equally applicable in this case.

[5] 42 U.S.C. § 1983 provides, in pertinent part,

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction

(1989)(recognizing that § 1983 is not a source of "any substantive right," but rather provides a means for "vindicating federal rights elsewhere conferred."). Every claim by a prisoner that he has not received adequate medical treatment does not state a violation of the Eighth Amendment. McElligott v. Foley, 182 F. 3d 1248, 1254 (11th Cir. 1999). Courts have devoted an extraordinary amount of time clearly defining the requirements for asserting and succeeding upon an Eighth Amendment claim under § 1983. Both the Supreme Court and Eleventh Circuit have described the Eighth Amendment standard of deliberate indifference as requiring allegations and evidence of both "objective" and "subjective" components. See e.g. Farmer, 511 U.S. 825 at 834, 837; Chandler v. Crosby, 379 F. 3d 1278, 1289-90 (11th Cir. 2004).

The "objective" component of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment. See Hudson v. McMillian, 503 U.S. 1, 8 (1992). The underlying conduct or condition must be "extreme" and pose "an unreasonable risk of serious damage to his future health," if left unchecked. Chandler, 379 F. 3d at 1289-90 (quoting Hudson, 503 U.S. at 9) (other citations omitted). At a minimum, a prisoner must allege and establish the existence of "a serious medical need." Chandler, 379 F. 3d at 1289-90; Farrow v. West, 320 F. 3d 1235, 1243 (11th Cir. 2003). The Eleventh Circuit's long-standing definition of "serious medical need" is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." See e.g. Farrow, 320 F. 3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F. 3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)). Additionally, the serious medical need must be such that, if left untreated, "pos[es] a substantial risk of serious harm." Farmer, 511 U.S. at 834.

---

thereof to the deprivations of any rights, privileges, or immunities
secured by the Constitution and laws, shall be liable to the party

The burden falls squarely upon Plaintiff to allege and ultimately establish the existence of a serious medical need.  See e.g. Hamm v. DeKalb County, 774 F. 2d 1567 (11th Cir. 1985).

If Plaintiff successfully identifies and establishes the existence of a "serious medical need," he must also establish the "subjective" component of an Eighth Amendment violation. Plaintiff must prove PHS acted with "deliberate indifference." See e.g. Farmer, 511 U.S. at 837. This subjective component requires evidence PHS possessed actual knowledge of "an excessive risk to inmate health or safety" and disregarded that risk. Id. at 837.  Evidence demonstrating PHS failed "to alleviate a significant risk that [they] should have perceived but did not, while no cause for commendation, cannot under our cases be condemned as the infliction of punishment" or serve as a basis for a claim of deliberate indifference. Burks v. Sikes, 169 F. 3d 1353, 1363-1364 (11th Cir. 1999)(other citations omitted); see also Cottrell v. Caldwell, 85 F.3d 1480, 1491 (11th Cir.1996) (holding, "[t]here is no liability for 'an official's failure to alleviate a significant risk that he should have perceived but did not ....'" (quoting Farmer, 511 U.S. at 838)). Courts summarize this component as requiring evidence of a "subjectively sufficiently culpable state of mind." Id. at 1491 (other citations and internal quotations omitted).

It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official.  See e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F.2d 1533, 1537-38 (11th Cir. 1990).  For example, a prisoner's § 1983 claim for inadequate medical treatment cannot survive summary judgment unless and until the inmate produces evidence "of the prison official's subjective awareness" of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F. 3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shah, 87 F. 3d

---

injured in an action at law, suit in equity, or other proper proceedings for redress . . . .

1266, 1269 (11th Cir. 1996)); Hill, 40 F. 3d at 1186).  Without evidence of this "specific intent," a prisoner's § 1983 claim cannot succeed.  Steele, 87 F. 3d at 1269.

Courts have devoted a significant amount of time identifying the specific types of allegations which do *not* give rise to the claim of "deliberate indifference."  In declaring the "deliberate indifference" standard for the first time, the Estelle Court wrote, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." 429 U.S. at 106.  The Eleventh Circuit in Chandler held a prisoner's discomfort does not give rise to an Eighth Amendment violation. 379 F. 3d at 1295 (citations omitted).  Applying Estelle, the Eleventh Circuit also noted that a complaint that prison medical staff should have done more to diagnose and/or treat a prisoner is "at most . . . medical malpractice." Campbell, 169 F. 3d at 1363.  Indeed, the Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice actionable under state law." Taylor v. Adams, 221 F. 3d 1254, 1258 (11th Cir. 2000) (quotations and citation omitted).  For this reason, medical decisions not to or when to provide certain types of medical treatment, such as an x-ray, are not actionable as a matter of law under the Eighth Amendment. Id.

In instances when inmates acknowledge treatment but contest the manner in which treatment is provided, courts have applied an altered analysis of claims involving requests for different or alternative types of medical treatment.  When an inmate claims "different treatment should have been provided," such a claim "is tantamount to a medical judgment call," not an Eighth Amendment violation. McElligott, 182 F. 3d at 1259.  In greater detail, the Eleventh Circuit explained in Hamm:

> Although Hamm may have desired different modes of treatment, the care the jail provided did not amount to deliberate indifference. See Bass v. Sullivan, 550 F.2d 229, 231-32 (5th Cir.), cert. denied, 434 U.S. 864, 98 S.Ct. 195, 54 L.Ed.2d 138 (1977); accord,

> Westlake v. Lucas, 537 F.2d 857, 860 n. 5 (1st Cir. 1981) ("***Where a prisoner has received ... medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments and to constitutionalize claims that sound in tort law***.").

774 F. 2d at 1575 (emphasis supplied).

The second broad category of cases in which courts have historically mandated limitations upon the liability of prison officials under the Eighth Amendment constitute cases of alleged delayed medical treatment. In cases when a prisoner actually receives medical treatment, courts employ an altered analysis of deliberate indifference. As to claims of delayed medical treatment, the Eleventh Circuit has instructed courts to be hesitant to find an Eighth Amendment violation when officials provide medical care to prison inmates. McElligott, 182 F. 3d at 1259 (11th Cir. 1999) (citing Waldrup v. Evans, 871 F. 2d 1030, 1035 (11th Cir. 1989)). In fact, a prisoner alleging delayed medical treatment must show that the official acted with deliberate indifference, meaning the official knew of the serious medical condition and "intentionally or with reckless disregarded, delayed treatment." Hinson v. Edmond, 192 F. 3d 1342, 1348 (11th Cir. 1999). In Hill, the Eleventh Circuit added:

> Cases stating a constitutional claim for immediate or emergency medical attention have concerned medical needs that are obvious even to a lay person because they involve life-threatening conditions or situations where it is apparent that delay would detrimentally exacerbate the medical problem. In contrast, delay or even denial of medical treatment for superficial, nonserious physical conditions does not constitute an Eighth Amendment violation. * * * Consequently, delay in medical treatment must be interpreted in the context of the seriousness of the medical need, deciding whether the delay worsened the condition, and considering the reason for the delay.

40 F. 3d 1176, 1188-89 (11th Cir. 1994) (emphasis added). Whether a claim arises from delayed treatment depends upon "the nature of the medical need and the reason for the delay." Harris v. Coweta County, 21 F. 3d 388, 393-94 (11th Cir. 1994). Accordingly, in instances where

prisoners complain of delays in medical treatment or request different medical treatment, prisoners must overcome a much greater threshold in order to state and/or succeed upon such a §1983 claim.

In this instance, Plaintiff's Complaint does not even approach the level of detail or specificity required in order for PHS or Dr. Corbier to identify any basis for his claim. (Complaint at p. 3).[6] Reading Plaintiff's Complaint liberally, he does not even identify a "serious medical need." Even assuming that Plaintiff's Complaint relates to his sinus problems, there is no allegation or evidence of any kind that this complaint rose to the level of a "serious medical need," mandating treatment by the medical staff. Making matters more difficult, Plaintiff does not differentiate between and/or specify the purported acts and/or omissions of any specific agent, employee and/or representative of PHS which serve as the alleged basis of his claims. Though Plaintiff identifies both Dr. Corbier and PHS in his Complaint, his Complaint lacks any specific allegation as to any act or omission of either of these parties which gives rise to his purported claim.

The evidence submitted in conjunction with this Special Report demonstrates that Plaintiff has consistently received medical attention and treatment from the medical staff during his incarceration at FLWR. (Stallworth Aff. and PHS0001-100). The medical records demonstrate that the FLWR medical staff did not ignore Plaintiff's medical complaints but evaluated Plaintiff on each occasion that he submitted sick call request forms and requested medical attention. (Id. at PHS0013-14, 16, 18-44). Over the six-month period leading up to the

---

[6] PHS and Dr. Corbier will not devote an extraordinary amount of time to Plaintiff's allegation of inadequate staffing at FLWR since it is nothing more than an empty allegation without any evidentiary basis. Though Plaintiff complains that this staffing pattern causes inmates to be transported to another facility in emergency situations, he does not present any evidence that (1) there has ever been any medical emergency at FLWR; (2) that any inmate was harmed in any way as a result of this staffing pattern; (3) that Plaintiff has ever experienced a medical emergency at FLWR, or (4) that the staffing pattern has impacted Plaintiff in any way. In the end, absent allegation or evidence that there is any causal connection between the staffing pattern at FLWR and a verifiable constitutional deprivation, this claim must fail. Jones v. Preuit & Mauldin, 851 F. 2d 1321 (11th Cir. 1988).

filing of this action, Plaintiff was evaluated by a physician or CRNP on approximately twelve (12) occasions. (Id. at PHS0007-11). This evidence directly disproves any suggestion on the part of Plaintiff that the medical staff at FLWR acted with deliberate indifference to even those complaints which did not rise to the level of a serious medical need.

Plaintiff's inclusion of Dr. Corbier in this action is perplexing given his limited interaction with Dr. Corbier. On the singular occasion that Dr. Corbier recalls examining Plaintiff, he provided the medically-appropriate level of care based upon his medical complaints at that time. (Corbier Aff. at ¶ 8). Dr. Corbier did not refuse Plaintiff any type of treatment, tell Plaintiff not to request treatment or otherwise deprive Plaintiff of any necessary medical treatment of any kind. (Id.). Dr. Corbier is not aware of any instance when any member of the medical staff at Staton or FLWR ignored any of Plaintiff's medical requests or complaints or refused in any way to provide him with any necessary medical treatment. (Id.). Plaintiff did not voice any complaints to Dr. Corbier regarding the medical care he received at FLWR during his appointment with Dr. Corbier. (Id.). Accordingly, there is simply no basis to conclude or ever allege that Dr. Corbier or any agent, employee or representative of PHS intentionally acted in any way to deprive Plaintiff of any necessary medical care.

**B.    Section 1983 does not permit any finding of liability against PHS on the basis of _respondeat superior_.**

Given the absence of any specific factual allegations pertaining to PHS, PHS is left to assume Plaintiff's claims against PHS are based upon the conduct of the medical staff at FLWR. Any reliance by Plaintiff upon a theory of _respondeat superior_ in attempting to pursue a claim against PHS is also fatal. It is well-established in the Eleventh Circuit that liability under § 1983 "must be based on something more than a theory of _respondeat superior_." H.C. by Hewett v. Jarrard, 786 F. 2d 1080, 1086 (11th Cir. 1986) (citing Monell v. Department of Social Servs., 436 U.S. 658, 691, 98 S. Ct. 2018, 2036, 56 L. Ed. 2d 611 (1978)); see also Polk County v.

Dodson, 454 U.S. 312, 325, 102 S. Ct. 445, 70 L. Ed. 2d 509 (1981) ("Section 1983 will not support a claim based on a respondeat superior theory of liability."); Marsh v. Butler County, 268 F.3d 1014, 1035 (11th Cir. 2001); Washington v. Dugger, 860 F. 2d 1018, 1021 (11th Cir. 1988) ("[the inmate's] complaint against [certain defendants] is not supported by any evidence which would permit a fact finder to find their participation in any deliberate indifference to his medical needs.  Of course, these persons cannot be held liable under Section 1983 on the basis of respondeat superior."); Jetter v. Beard, 130 Fed. Appx. 523, 525 (3rd Cir. 2005) (unpubl.) (panel featuring Justice Alito) (dismissing Eighth Amendment claims against supervisory defendants because "liability under Section 1983 cannot be imposed on a supervisor on the basis of *respondeat superior*.  Personal involvement must be alleged and is only present where the supervisor knew of the actions and acquiesced in them.  [The inmate] simply has not alleged any facts to support a conclusion that the supervisory defendants had personal involvement in the medical treatment [the inmate] received at [the prison].").  The Eleventh Circuit has applied this principle in various contexts, precluding claims against various kinds of supervisors and/or employing entities. See  Farrow, 320 F. 3d at 1238 (holding that a supervising physician was not liable under § 1983 for the acts and/or omissions of a physician acting under his supervision); Buckner v. Toro, 116 F. 3d 450, 452-53 (11th Cir. 1997)(recognizing that the principle that *respondeat superior* liability does not exist under § 1983 has been expanded to included private medical contractors employed to perform governmental functions).

Given this black letter law, Plaintiff's claims against PHS must fail to the extent he relies upon any alleged acts and/or omissions of any member of the FLWR medical staff as a basis for his claim against PHS.

C.    PLAINTIFF'S COMPLAINT IS BARRED BY THE PRISON LITIGATION
      REFORM ACT.

42 U.S.C. §1997e(a) of the Prison Litigation Reform Act ("PLRA") mandates that "[n]o action may be brought with respect to prison conditions[7] under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. §1997e(a).[8]    Any remedy available under § 1983 before this Court is not available unless and until Plaintiff utilizes the grievance process available within the correctional system.    See e.g. Brown v. Sikes, 212 F. 3d 1205, 1207 (11th Cir. 2000); Miller v. Tanner, 196 F. 3d 1190, 1193 (11th Cir. 1999); Alexander v. Hawk, 159 F. 3d 1321, 1325 (11th Cir. 1998); see also Higginbottom v. Carter, 223 F. 3d 1259, 1261 (11th Cir. 2000) (holding that invoking the grievance process is "a precondition to filing an action in federal court."); A.N.R. v. Caldwell, 111 F. Supp. 2d 1294, 1297-99 (M.D. Ala. 2000) (dismissing prisoner's complaint for failure to exhaust administrative remedies through the available grievance process).    The Supreme Court wrote in Porter v.

---

[7]    The PLRA does not define "prison conditions." See 42 U.S.C. § 1997e. Nevertheless, 18 U.S.C. §3626(g)(2) defines a "civil action with respect to prison conditions" as any civil action arising under federal law "with respect to the conditions of confinement or the effects of actions by government officials on the lives of persons confined in prison." The Eleventh Circuit has relied upon this definition of "prison conditions" in applying the PLRA to cases before it. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000).  It is incontrovertible that Plaintiff's allegations in this case relate solely to the "conditions of [her] confinement" at Bullock and, as such, trigger the application of the PLRA.

[8]    The PLRA's exhaustion requirement applies to all prisoner suits filed after April 26, 1996. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000); Alexander v. Hawk, 159 F. 3d 1321 (11th Cir. 1998).  This requirement was specifically intended to :

> afford[ ] corrections officials time and opportunity to address complaints internally before allowing the initiation of a federal case . . . [because i]n some instances, corrective action taken in response to an inmate's grievance might improve prison administration and satisfy the inmate, thereby obviating the need for litigation . . . [and i]n other instances, the internal review might 'filter out some frivolous claims.'

Porter v. Nussle, 534 U.S. 516, 524-525 (2002)(citations omitted).

<u>Nussle</u>, "exhaustion is now required for all 'action [s] ... brought with respect to prison conditions,' whether under § 1983 or 'any other Federal law.'" 534 U.S. 516, 524, (2002).

In <u>Alexander v. Hawk</u>, 159 F. 3d 1321, 1328 (11th Cir. 1998) the Court noted:

> In summary we conclude that Section 1997 e(a) requires Alexander to submit his claims for monetary and injunctive relief to the [Federal Bureau of Prisons] available prison grievance program, even if the relief offered by the program does not appear to be "plain, speedy, and effective," before filing those claims in federal court. The judicially created futility and inadequacy doctrines do not survive the PLRA's mandatory exhaustion requirement.

According to the Eleventh Circuit, a prisoner's claims must be dismissed under Rule 12(b)(1) or Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u> if he has failed to exhaust his administrative remedies. <u>Chandler</u>, 379 F. 3d at 1286.

There can be no dispute that PHS maintained a well-established, widely publicized grievance process within the correctional facilities in Alabama, including FLWR. (Corbier Aff. at ¶¶ 6-7). Likewise, there can be no dispute that Plaintiff was aware the availability of this administrative grievance process. (<u>See</u> Complaint, Attached Grievances). More importantly, there can be no dispute that Plaintiff failed to demonstrate that he availed himself of the full grievance process or pursued his complaints through the entire grievance process at FLWR. (<u>Id</u>.). By failing to utilize procedures available to him at FLWR, of which he was aware, Plaintiff failed to exhaust the administrative remedies available to him as required by the PLRA. As such, Plaintiff's Complaint is premature.

## VI.  <u>CONCLUSION</u>

Based on the foregoing facts and legal arguments, the Complaint filed by Plaintiff is not entitled to maintain any claim against PHS and Dr. Corbier based upon the facts alleged in the Complaint.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO. 2:07-CV-973-MEF |
| PAUL WHATLEY, KATHY HOLD, | ) | |
| CAROLYN GOLSON, DEBRA MARTIN, | ) | |
| WILLIAM C. SEGREST, CAROLYN | ) | |
| FLACK, CYNTHIA DILLARD, PRISON | ) | |
| HEALTH SERVICES, INC., DR. PAUL | ) | |
| CORBIER, FRANK LEE YOUTH CENTER, | ) | |
| WARDEN THOMAS, HORACE BURTON, | ) | |
| JANET HICKS, LT. MCCRAY, LT. | ) | |
| LACEY, JOHN CUMMINS AND SIDNEY | ) | |
| WILLIAMS, | | |
| | | |
| Defendants. | | |

---

## ANSWER OF DEFENDANTS
## PRISON HEALTH SERVICES, INC. AND DR. PAUL CORBIER

---

COME NOW, Defendants PRISON HEALTH SERVICES, INC. ("PHS") and DR. PAUL CORBIER ("Dr. Corbier") and for their Answer to the Complaint filed by Plaintiff ROBERT D. KRAUSE ("Plaintiff"), state as follows:

### FACTUAL ALLEGATIONS

1.      In response to the statements made by Plaintiff in section I of his Complaint regarding "PREVIOUS LAWSUITS," PHS and Dr. Corbier deny the allegations in this section and demand strict proof thereof.

2.      In response to section II of Plaintiff's Complaint, PHS and Dr. Corbier admit Plaintiff was incarcerated at the Frank Lee Youth Center, also known as the "Frank Lee Work Release Facility ("FLWR")" at the time of the filing of this action.  Except as admitted above,

PHS and Dr. Corbier denied each and every remaining allegation in section II of Plaintiff's Complaint and demand strict proof thereof.

3.    In response to section III of Plaintiff's Complaint, PHS and Dr. Corbier deny that any of the named Defendants violated Plaintiff's constitutional rights based upon any medical condition suffered by Plaintiff during his incarceration at FLWR.

4.    PHS and Dr. Corbier deny the allegations asserted in section IV of Plaintiff's Complaint and demand strict proof thereof.

5.    In response to the allegations asserted in section V of Plaintiff's Complaint:

a.    To the extent that Plaintiff asserts any claims and/or makes any allegations against the other defendants (i.e. other than PHS and Dr. Corbier) regarding the terms and conditions of his confinement which do not relate to medical care sought and/or received by him, including, without limitation, any allegations regarding the denial of parole, discrimination related to his assignment to various correctional facilities, his classification and/or decisions pertaining to his classification by the Alabama Department of Corrections and/or any other term or condition of his incarceration, no response is required on the part of either PHS or Dr. Corbier. To the extent that Plaintiff intends to assert claims based upon these purported allegations against PHS and/or Dr. Corbier, PHS and Dr. Corbier deny these allegations and demand strict proof thereof.

b.    PHS and Dr. Corbier deny that they have discriminated and/or retaliated against Plaintiff in any fashion.

c.    PHS and Dr. Corbier deny Plaintiff's allegation that he was "denied adequate treatment" or denied access to any necessary medical treatment of any kind.

d.    PHS and Dr. Corbier deny that the medical staff at FLWR was improperly or inadequately staffed, as alleged by Plaintiff.

       e.       PHS and Dr. Corbier deny that Plaintiff was injured in any way as a result of the alleged acts and/or omissions in section V of his Complaint.

      6.      PHS and Dr. Corbier deny Plaintiff is entitled to any relief including any relief alleged in his Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of contributory negligence and/or last clear chance.

### Third Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the statute of limitations.

### Sixth Defense

Plaintiff's claims are barred by the doctrine of waiver.

### Seventh Defense

The Court lacks subject matter jurisdiction over this dispute.

### Eighth Defense

This Court is the improper venue in which to assert this action.

### Ninth Defense

Plaintiff lacks standing to bring this action.

## Tenth Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

## Eleventh Defense

Plaintiff's claims are barred by the doctrine of qualified immunity.

## Twelfth Defense

Plaintiff's claims are barred by the doctrine of sovereign immunity.

## Thirteenth Defense

Plaintiff's claims are barred by the doctrine of estoppel.

## Fourteenth Defense

Plaintiff's claims are barred by the doctrine of *res judicata* and/or collateral estoppel.

## Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because of his failure to mitigate damages.

## Sixteenth Defense

PHS and Dr. Corbier aver that the wrongs and damages alleged by Plaintiff were caused solely by the acts and/or omissions of person and/or entities for whom or which PHS and/or Dr. Corbier are not responsible.

## Seventeenth Defense

Plaintiff's claims are barred because PHS and Dr. Corbier did not breach any duty allegedly owed to Plaintiff.

## Eighteenth Defense

Plaintiff's claims are barred because there is no casual relationship, legal or proximate, between any actions or failures to act by PHS and/or Dr. Corbier and the Plaintiff's alleged injuries and damages.

**Nineteenth Defense**

Plaintiff's claims are barred because of the existence of superseding, intervening causes.

**Twentieth Defense**

Plaintiff's claims are barred because of the lack of damages suffered due to any of the alleged wrongs asserted against PHS.

**Twenty-First Defense**

Plaintiff has failed to exhaust or attempt to exhaust administrative remedies. 42 U.S.C. § 1997e (a) (2005).

**Twenty-Second Defense**

Plaintiff's claims are barred because the action asserted is "frivolous, malicious, and fails to state a claim upon which relief can be granted." 42 U.S.C. § 1997e(c)(1) (2005).

**Twenty-Third Defense**

Plaintiff's claims are barred because the injunctive relief sought is not sufficiently narrowly drawn. 18 U.S.C. § 3626(a)(1)(A) (2005).

**Twenty-Fourth Defense**

Plaintiff's claims are barred because PHS and Dr. Corbier did not act with deliberate indifference. Estelle v. Gamble, 429 U.S. 97 (1976).

**Twenty-Fifth Defense**

Plaintiff's claims are barred because he is seeking to question a medical judgment via 42 U.S.C. § 1983.

**Twenty-Sixth Defense**

To the extent Plaintiff seeks to recover any attorneys' fees, PHS and Dr. Corbier object to any and all such requests for fees that are not asserted in the Complaint or otherwise approved by court order.

**Twenty-Seventh Defense**

Plaintiff's claims for punitive damages violate PHS's and Dr. Corbier's United States and Alabama constitutional protections from, including without limitation, excessive fines, cruel and unusual punishment, denial of due process and denial of equal protection of the law.

**Twenty-Eighth Defense**

PHS and Dr. Corbier reserve the right to assert other defenses as discovery proceeds.

s/ William R. Lunsford
One of the Attorneys for Prison Health Services, Inc. and Dr. Paul A. Corbier

**OF COUNSEL:**
William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

Calvin Alphonse Lee
AIS 152056
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

Jeffery Harris Long (via electronic mail)
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

s/ William R. Lunsford
Of Counsel

# Exhibit "A"
Dr. Paul Corbier's Affidavit

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN ALPHONSE LEE, #152056,    )
    )
    Plaintiff,    )
    )
vs.    )
    )    CIVIL ACTION NO. 2:07-CV-973-MEF
PAUL WHATLEY, KATHY HOLD,    )
CAROLYN GOLSON, DEBRA MARTIN,    )
WILLIAM C. SEGREST, CAROLYN    )
FLACK, CYNTHIA DILLARD, PRISON    )
HEALTH SERVICES, INC., DR. PAUL    )
CORBIER, FRANK LEE YOUTH CENTER,    )
WARDEN THOMAS, HORACE BURTON,    )
JANET HICKS, LT. MCCRAY, LT.    )
LACEY, JOHN CUMMINS AND SIDNEY    )
WILLIAMS,    )
    )
    Defendants.    )

## AFFIDAVIT OF PAUL A. CORBIER, M.D.

STATE OF ALABAMA    )
    )
COUNTY OF ELMORE    )

Before me, the undersigned Notary Public, personally appeared PAUL A. CORBIER,

M.D., who, after being duly sworn, states as follows:

1.    My name is Paul A. Corbier, MD. I am over the age of nineteen (19) years and

have personal knowledge of the information contained in this affidavit.

2.    I am currently employed as the Medical Director for Staton Correctional Facility

("Staton") in Elmore, Alabama and have served in this position since July of 2007, when I was

initially hired for this position by Prison Health Services, Inc. ("PHS"). I received my medical

degree from Michigan State University in 1995. I have been licensed to practice medicine in the

State of Alabama since 2004 and am board certified in internal medicine. On October 31, 2007,

the contract between PHS and the Alabama Department of Corrections ("ADOC") ended and

PHS ceased providing medical services to inmates incarcerated in Alabama effective November 1, 2007.

3.    When I was initially hired as the Medical Director at Staton, I was also responsible for providing assistance to the medical staff at the Frank Lee Work Release Center ("FLWR") in Deatsville, Alabama.  At that time, the medical staff at FLWR consisted of various medical personnel, including a certified registered nurse practitioner working with my assistance. A nurse practitioner working in collaboration with an attending physician can, for all practical purposes and in a very general sense, engage in almost every medical activity related to the treatment of a patient other than surgery.  So, the nurse practitioner at FLWR was and is equally qualified to evaluate any complaints voiced by the inmate population at FLWR, order diagnostic and/or lab testing, prescribe medication and/or order specialty consultation, if necessary.  Based upon my experiences with the nurse practitioners assigned to FLWR since I began working at Staton, these individuals routinely and properly addressed the medical complaints of the inmate population at FLWR.  The medical staff at FLWR conducted sick call, conducted physical examinations, administered medications and, if necessary, referred inmates for further evaluation by a physician.  When I first arrived at Staton, inmates were often referred to me by the CRNP assigned to FLWR for further evaluation.  Inmates referred to me were transported from FLWR to Staton, which required only a ten (10) to fifteen (15) minute drive.  My involvement with the medical care provided to inmates at FLWR ended when the ADOC and PHS formed a roving medical team, which included a physician, assumed responsibility for the care being provided to inmates at various facilities throughout the state which housed low acuity inmates, like FLWR.

4.    Because no full-time physician was present on-site at FLWR, the ADOC adopted specific protocols for the assignment of inmates to this particular facility.  Inmates with chronic medical problems requiring regular medical attention, such as diabetic inmates, were prohibited

from being incarcerated at FLWR. In the event that an inmate at FLWR developed a serious medical condition requiring regular medical treatment, then such inmate would be immediately transferred to a non-work release facility.

5.    I only recall evaluating Mr. Calvin Lee on one (1) occasion, August 3, 2007. On this occasion, Mr. Lee was referred to me by the nurse practitioner at FLWR for evaluation of his continuing sinus problems. During the course of the evaluation of Mr. Lee's complaints, we conducted various tests and evaluations regarding his respiratory ability and/or capability and determined that Mr. Lee's complaints of dizziness and sinus problems were associated with his nasal congestion. I ordered Mr. Lee to continue his use of a saline nasal decongestant spray and refilled his prescription for Antivert, which is a antihistamine medication sometimes prescribed for the symptoms of motion sickness, but is also prescribed for lightheadedness caused by congestion affecting the inner ear. I was not notified of any additional complaints of Mr. Lee or that this treatment did not relieve his symptoms. Since August 3, 2007, I have not evaluated or examined Mr. Lee.

6.    As evident from the grievances attached to Mr. Lee's Complaint, Mr. Lee was well-aware of and utilized the grievance process which is available at Staton and FLWR for inmates who wish to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Staton or FLWR. The initial orientation process with the ADOC correctional system includes educating inmates as to the availability of the grievance process. The existence of this grievance procedure is well-known among the prison population, as indicated by the fact that the medical staff at Staton receives inmate requests and/or inmate grievances on a daily basis. The physicians, nurse practitioners, nurses and other medical personnel at Staton and FLWR attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.

- 3 -

7.    The grievance process is initiated when an inmate submits an informal Inmate Grievance form to me through the institutional mail system. After reviewing the Inmate Grievance, the medical staff then provides a written response within approximately five (5) days of receipt of the Inmate Grievance. The written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A GRIEVANCE APPEAL FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with the medical staff, Health Services Administrator and/or the Director of Nursing. A written response to a formal Grievance Appeal is provided within approximately five (5) days of receipt. Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Staton and FLWR. Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located throughout these facilities. The medical staff reviews the Grievances daily, provides a written response within approximately five (5) days at the bottom of the form and returns a copy of the completed forms to the inmate. I encourage inmates who have complaints about the medical care they have sought or received at Staton and FLWR to utilize this grievance process.

8.    On the singular occasion that I recall examining Mr. Lee, I provided the medically-appropriate level of care based upon his medical complaints at that time. I did not refuse him treatment, tell him not to request treatment or otherwise deprive him of any necessary

- 4 -

medical treatment of any kind. I am not aware of any instance when any member of the medical staff at Staton or FLWR ignored any of Mr. Lee's medical complaints or refused in any way to provide him with any necessary medical treatment. Mr. Lee did not voice any complaints to me regarding the medical care he received at FLWR during his appointment with me.

    Further affiant saith not.

                                  Paul A. Corbier, M.D.

**SWORN TO and SUBSCRIBED** before this the _11_ day of January, 2008.

                                  Notary Public

(SEAL)                    My Commission Expires: _12/06/2008_

- 5 -

# Exhibit "B"

Catherine Stallworth's Affidavit and Medical Records of Plaintiff

**A F F I D A V I T**

STATE OF ALABAMA          )
                          )
  Montgomery    **COUNTY**     )


     I, Catherine Stallworth _____, hereby certify and affirm that I am a

Medical Records Supv. _____, at _____ Kilby _____; that I am one

of the custodians of medical records at this institution; that the attached

documents are true, exact, and correct photocopies of certain medical records

maintained here in the institution medical file of

one  Calvin Lee _____, AIS#__152056____; and that I am over

the age of twenty-one years and am competent to testify to the aforesaid

documents and matters stated therein.

     I further certify and affirm that said documents are maintained in the usual

and ordinary course of business at _____ Kilby _____; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events, and transactions referred to therein are said to have occurred.

     This, I do hereby certify and affirm to on this the ___13th____ day of

December _____, 2007.

                   *Catherine Stallworth*


     SWORN TO AND SUBSCRIBED BEFORE ME THIS THE

_13th___ Day of _December_____, 2007.

*Cynthia R. Evans*
Notary Public
__6-15-08_____
My Commission Expires

**Correctional Medical Services**
**Physician's Orders**

| | | |
|---|---|---|
| **Name** Lee, Calvin | 1. | **Start Date & Time** 10/4/07 |
| **DOB** 05/16/56 | 2. | ① Tylenol 325 -- ††PO BID PRN pain x 30 day |
| **Location** KIF 152056 | 3. | |
| **Allergies** Demerol | 4. | |
| | 5. | |
| | 6. | |
| | 7. | Dispense As Written _____ M.D. |
| | 8. | Substitute Permitted _____ M.D. |
| 152056 | 9. | **Start Date & Time** 11/29/07 |
| **Name** Lee, Calvin | 10. | ⑮ Pt. can wear his soft knee braces x 60 days KOP |
| **DOB** 5/16/56 | 11. | ⑯ Cont. Motrin 600mg † PO BID PRN x 60 days |
| **Location** Kilby/OPC | 12. | ⑰ CCC in 3mo. Asthma, HTN, Hyperlipedemia |
| **Allergies** Demerol | 13. | |
| | 14. | |
| | 15. | Dispense As Written _____ M.D. |
| | 16. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 17. | **Start Date & Time** |
| **Name** Lee, Calvin | 18. | ⑩ ASA 81mg † PO QD x 180 days |
| **DOB** 5/16/56 | 19. | ⑪ Key lock Profile x 180 days |
| **Location** Kilby/OPC | 20. | ⑫ Bilateral knee X-rays - R/o abnormal |
| **Allergies** Demerol | 21. | ⑬ X-ray 2/u OPC 1 wk |
| | 22. | ⑭ BB Profile x 14 days - meal tray |
| | 23. | Dispense As Written _____ M.D. |
| | 24. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 25. | **Start Date & Time** 11/29/07 0930 |
| **Name** Lee, Calvin | 26. | ⑤ HCTZ 50mg † PO QD x 180 days |
| **DOB** 5/16/56 | 27. | ⑥ Lisinopril 10mg † PO QD x 180 days |
| **Location** Kilby/OPC | 28. | ⑦ Ranitidine 300mg PO BID x 180 days |
| **Allergies** Demerol | 29. | ⑧ Simvastatin 10mg † PO QHS x 180 days |
| | 30. | ⑨ Metoprolol 50mg † PO QD x 180 days |
| | 31. | Dispense As Written _____ M.D. |
| | 32. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 33. | **Start Date & Time** 11/29/07 0930 |
| **Name** Lee, Calvin | 34. | ① Liquifilm tears †† gtts Both eyes QD PRN x 180 days KOP |
| **DOB** 5/16/56 | 35. | ② Oben Nasal Spray † sprays each nostril BID PRN |
| **Location** Kilby/OPC | 36. | x 180 days KOP |
| **Allergies** Demerol | 37. | ③ Albuterol Inhaler † puffs QID PRN x 180 days KOP |
| | 38. | ④ QVar 8mg † puffs BID PRN x 180 days KOP |
| | 39. | Dispense As Written _____ M.D. |
| | 40. | Substitute Permitted Marianne Baker, M.D. CRNP |

CMS 7116 Rev 1/2003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Lee Calvin
152056

D.O.B. 5/16/66
ALLERGIES: Denied

Use Last    Date 10/29/07

DIAGNOSIS (If Chg'd) X-ray R Knee
QUAR 80 meg ī pp prn X 30 R Kp
Notheads s. workolation
10-29-07
9

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B.    /    /
ALLERGIES:

Use Second    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Lee Calvin
152056

D.O.B. 5/16/66
ALLERGIES: Denied

Use First    Date 11/2/07

DIAGNOSIS: Mot 600 Jw BID X 30
Nan Decogtil sp ? BID X 30
Nov 27

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)    **MEDICAL RECORDS COPY**

PHS0002



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee, Calvin<br>152056  FLYC<br><br>D.O.B. 5/16/66<br>ALLERGIES: Demerol<br><br>Use Last    Date 10/24/07 | DIAGNOSIS (If Chg'd)    10-29-07 dm<br>① Flu c̄ CRMP @ cramp on 10/29/07<br>(chronic knee pain)<br><br>noted M. Landrum 10/24/07 9P<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   B. Achnee CRNP |
| NAME: Lee, Calvin   FLYC<br>152056<br>Noted<br>guerin<br>D.O.B. 5/16/66<br>ALLERGIES: Demerol 10/23/07<br><br>Use Fourth   Date 10/23/07 | DIAGNOSIS (If Chg'd)<br>Motrin 600mg po BID prn x 5 days<br>Protocol / following<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin<br>152056<br>D.O.B. 5/16/66<br>ALLERGIES: Demerol 10/22/07<br><br>Use Third   Date 10/22/07 | DIAGNOSIS (If Chg'd)  Betali Soal ① FA BID<br>↑ Back   D/S ↑ po BID x 7 d<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin<br><br>D.O.B. /  /<br>ALLERGIES: Demerol<br><br>Use Second   Date 10/19/07 | DIAGNOSIS (If Chg'd)<br>① Flu c̄ CRMP @ cramp on 10/22/07<br>(Request for extended motrin Rx /<br>cold symptoms)<br>10/19/07  3PM<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin<br>FLYC<br>D.O.B. 5/16/66<br>ALLERGIES: Demerol<br><br>Use First   Date 10/19/07 | DIAGNOSIS<br>1) Motrin 600mg po BID<br>2) CTM 8mg po BID  3 x a day<br>noted 10/19/07 @ 2P R. Rogers<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                **MEDICAL RECORDS COPY**

PHS0003



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | Baci in D/S⟱ BID ×10ⱼ |
| D.O.B. 3/16/56 | Betadin BID×10ⱼ (LPN 9/17/C) |
| ALLERGIES: demerol | Suline to arm BID ×4ⱼ |
| Use Last   Date 10/15/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | AFC AAA BID ×9/ |
| D.O.B. 3/16/56 | Motrin 600mg ŧ po BID×5ⱼ |
| ALLERGIES: demerol | |
| | pp T. Jones, LPN |
| Use Fourth   Date 10/10/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | Nasal decongest spray 1 spray ea nostril |
| D.O.B. 3/16/56 | BID prn ×30ⱼ DC |
| ALLERGIES: Demerol | NTG 0.4 SL ŧ SL prn chest pain |
| | Albuterol inhaler 2 puffs BID prn ×9ⱼ |
| | Liq. tears prn ×9ⱼ |
| Use Third   Date 10/8/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
| | ① Flu ŧ CRNP C camp on 10/8/07 |
| D.O.B. / / | ×(Request for extended Rx's) |
| ALLERGIES: Demerol | |
| Use Second   Date 10/4/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin FLVC 152056 | DIAGNOSIS |
| | Benadryl 25mg ŧ PO BID × 5 days |
| D.O.B. 3/16/56 | Tylenol ES ŧ PO Bid × 5 days |
| ALLERGIES: Demerol | Razor Shave ×60 days |
| | Benzoyl H₂O₂ 10% TOP AAA Bid × 14 days |
| | pp S. Taylor LPN |
| Use First   Date 10/4/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)

PHS0004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee, Calvin FLYC 152056 | DIAGNOSIS (If Chg'd) Benadryl 25mg ↑ PO Bid X5 days <br> Tylenol ES ↑ PO Bid X5 days |
| D.O.B. 3/16/56 <br> ALLERGIES: Demerol <br> *noted 8:30am 9-28-07 1AM* | PHS Taylor LPN |
| Use Last   Date 9/28/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) ① Flu c̄ me @ camp @ next available appt. (allergic sinusitis) |
| D.O.B. / / <br> ALLERGIES: Demerol | V. Jones NP 9/26/07 <br> 10/8/07 noted 2 <br> Blw CRNP |
| Use Fourth   Date 9/26/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin 152056 | DIAGNOSIS (If Chg'd) CTM Hmg ↑ PO Bio x 3 days <br> Tylenol ES ↑ PO Bio x 3 days <br> per protocol |
| D.O.B. 3/16/56 <br> ALLERGIES: Derenol <br> *noted woodard 9-25-07 9 PM* | Blw CRNP |
| Use Third   Date 9/19/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) ① Flu c̄ CRNP @ camp on 9/12/07 (chronic LBP) <br> ② Motrin 600 mg po BID X 10d PRN |
| D.O.B. / / <br> ALLERGIES: Demerol | V. Jones NP 9/12/07 9:30 <br> Blw CRNP |
| Use Second   Date 9/12/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS Motrin 600 ↑ po BID PRN X 10d <br> Robotin 500 ↑ po BID X 10d <br> (HCTZ) 5G ↑ po Daily X def |
| D.O.B. 3/16/56 152056 <br> ALLERGIES: Derenol | |
| Use First   Date 8/27/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

1 (4/03)                    **MEDICAL RECORDS COPY**

PHS0005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Lee, Calvin

DIAGNOSIS (If Chg'd)

D.O.B. 5, 15, 56
ALLERGIES: Demerol

Antivert 12.5 mg ⊺ PO BID PRN x 30 days
HCU in 30 days → Evaluate, need for Antivert

Use Last    Date 7/9/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Lee, Calvin
152056

DIAGNOSIS (If Chg'd)

7/ Artificial Tear ICO Rx 30 days ✓
8/ Antivert 12.5 mg PO BID x 5 days PRN

D.O.B. 5/15/56
ALLERGIES: Demerol

Use Fourth    Date 6/25/07

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP

---

NAME: Lee Calvin
152056

DIAGNOSIS (If Chg'd)

1) Saline nasal spray ICO x 30 days
2) DC CTM
3) Bactrim DS ⊺ PO BID x 14 days
4) DC Motrin
5) Tylenol 650 mg PO BID PRN x 14 days

D.O.B. 5/15/56
ALLERGIES: Demerol

Use Third    Date 6/25/07

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP

---

NAME: Lee, Calvin
FYC
152056

DIAGNOSIS (If Chg'd)

① F/u ⊺ Mahood, CRNP @ camp
    on 6/25/07    (Sinuses / Profile Requests)

D.O.B. 5/15/56
ALLERGIES: Demerol

6-22-07
3 PM

Use Second    Date 6/22/07

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP

---

NAME: Lee, Calvin FYC
152056

DIAGNOSIS

CTM 4mg ⊺ PO Bid x5d

Motrin 600mg PO Bid x5d

D.O.B. 5/16/56
ALLERGIES: NKA Demerol

PO IS Taylor NP

Use First    Date 6/20/07

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP

---

60110 (4/03)

MEDICAL RECORDS COPY

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Lee, Calvin_    ID#: _158056_    Institution: _Kilby_

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 11/29/07 | 0935 | CC: Renew Meds | |
| | | HPI: 51 y/o BM presents to CPC c̄ request to have all medication Renewed c̄ No problems — Reports having severe bi-lateral knee pain. Multiple requests for profiles. | |
| | | PE: BR Reg ~ no edema | |
| | | Muscular: Little slow on rising — slow to start ambulating — | |
| | | Assess: ① Renew Meds | |
| | | ② Renew Profiles | |
| | | ③ Knee Pain — Prob. Arthritis | |
| | | Plan: ① Liquid tears / Ocean Nasal Spray / Albuterol / Alba / HCTZ / Lisinopril / Ranitidine / Simvastatin / Ketorolac / ASA / Keflex / Xray Knees / CPC / Motrin / Soft Knee brace | |
| | | Educ: ① Medication Safety | |
| | | _Marianne Baker, CRNP_ | |
| 12/4/07 | S: | Sick call. ⊕ Exacerbation of chronic knee pain. Denies new trauma. States h/o rigorous training while on "special forces military team" | |
| | O: | Alert/NAD  VSS | |
| | | Ambulating c̄ difficulty | |
| | | Knees ⊕ edema | |
| | | Ligaments stable | |
| | | Xray -- ⊕ mild degeneration ① | |
| | A/P | Lt/S Knee Pain / DJD ① - Continue Ibu. prn / MassHeat ② | |

7113 Rev 03/04



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin    152056    D.O.B.: 5 16 58 |
|-----------|--------------------------------------------------------------|
| 10-9-7 | VS T. 97.9    P79   SA98?   BP 140/90    wt 260 |

10-15-7   VS T. 98.2 - R20 - P78 - SATS 97? ISP 130/80    wt 260

Ⓢ leg much better tdy — has open wound Ⓛ PA
2.5 x 3.0 cm yellow center = yellow blood drng —
mild loose feet

Ⓐ wound Ⓛ PA
India

Ⓟ Bact DS tab po BID x 10 #
Ilenycte cream  BID x 14 #
RTC prn

10-22-7   VS T. 98.0   P 78   SATS - 98%  BP 130/60   R - 18   wt 261

Ⓢ 2.5 x 2.5 cm open area @ min open Ⓛ PA —
wound seems dry — redness with tmp —
slightly tend

Ⓟ open wound Ⓛ PA

Ⓟ ⒷBact DS tab po  BID x 7 #
Betadine soak  BID x 7 #
RTC prn

                                          Ⓒ 20 R - 102/50

10/29/07   VS T 97.9   P 69   SATS 98%   BP 92/64 R-18   wt 260

Ⓢ open wound 1.5 x 1.5 c ⒸⓁ PA - O sign infect
↓ from i prv Ⓡ knee

Ⓐ heal wound Ⓛ PA

Ⓑ    RTC prn





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin  152056 | D.O.B.: 5/16/56 |
|---|---|---|

6/2/07
1000

P: 1) Bactrim BID x14 dys
2) DC CTM
3) Saline nasal spry
   ↑ fluids
5) Antivert for dizziness x 5 days
6) Tyl PRN for H/A
7) Artifcl Tears
8) 2wk. F/U c̄ CRNP — ⊙ F/U will consist
   1 month of abx, addition of PO steroids
   at x-ray (sinus views) if d/symptomatic.
   _____ CRNP

P 8/3/07  Told CP re: Need for Antivert   WT 260  T 98.1  P 80  R 20  Sat 99%  BP 128/90
Peak flows - 200-200-280 _____    W/Chronic Care

Pt. c/o Dizziness (lightheadedness). This
is associated c̄ Nasal congestion & sinus
problems.
Pt. is on saline Nasal spray.

_Plan_
Renewer Saline decongestant spray.
May not need to refill Antivert
when it runs out.

_____

PHS0010

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

A:  1)  HTN
    2)  CP
        a) ? W/o CAD
        b) Records from cardiac cath 2003 pey
    3) Hyperlipidemia
    4) Asthma

P:  1) conto current BP meds
    2) conto NTG SL — x anately recalls
    3) DC Mevacor — Δ to Zocor 10 mg tab QHS
        a) goal LDL-C <100
    4) conto CCB
    5) Add nasal decong. spray x 3 d... to satins nasal
        spy
    6) Artificial tears
    7) 2wk RN c CRNP

                    [signature] CRNP

6-20-7  VS. T 98.2 - R 20 - P 65 - sATs 97% - BP 110/70 wt. 255

1000  S: Pt to HCU to RN sc 6/21/02 still c/o "sinus
problems" described as (B)otalgia, nasal stuffiness &
yellow nasal charge, PND w/ chronic cough, b/ole
c/ maxillary pain c H/A (L) maxilly & (R)maxilly pain
c/ itchy/watery eyes. No relief w/ OTC nasal decong. spy.
SX x 2 months. Records re: cath 2008 @ believes

O:  VS & NAD a febrile. HEENT: @fiall/macrt deres. (B)
TM's intact w/ ↓ cone of light. Pharynx & nonerth. (B)ca bods
(B)nares w/ eryth al edema, but patent. PND lymphAd
lys: c/ A&B  COR: S1 S2 (R)m/r/g  Abd: Abd s/fl/s BT+
A:  1) Chronic sinus (T) exac. by seasonal allergies
    2) Asthma      3) HTN

                        cry
                    [signature] CRNP

PHS0011



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin          D.O.B.: 5 16 56 |
|-----------|-----------------------------------------------------|

4/19/07
T 98³ P 70 R-18 BP 135/81

Pt. c/o chronic ® knee pain.
Requests percogesic & soft knee

® Knees - FROM ; amb/ sits/stands ē ease ;
Ø edema or effusion ; no acute
injury or trauma

1) Chronic ® knee pain
- Percogesic
- Large soft knee
- Ø indication for profiles @ prest
Rtn ī mo / PRN

ē Tx prn

5/7/07   pt Scheduled for Ekg 5/14/07            (Dr. Wal
5/21/07  Temp. 98.4-82-24 97090 140/84 wt 189
6905     S: Pt to HW to F/N Bp & Cp. Records 2 yr
Kevil re: Cardiac cath 2002 Cp still occasslly all
active/ w/ SOB (since 2003) -- △ this x. NTG SL helps.
Also still c/o seasal allergies -- CTM helps -- c/o PND, ®
ear fullness w/ dizziness, itchy/watry eyes. General arthra-
lgias.
O: VSS. HEENT: ® Tm's Sore & light ØPND Nose
eryth/atm & edema w/ clear nasl drainage. Ø lymphadp
Lungs: CTAB Cor: S1S2 ØM/G/r/r. Abd: Bow Ext:
Ødpulses Ødema

111 (5/85) 1/2
        Complete Both Sides Before Using Another Sheet

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Date Received: 12/4/07

Time Received: 645A

Print Name: _Calvin AlPHonse LE_   Date of Request: _12-02-07_

ID #: _152056_   Date of Birth: _05-16-1956_  Housing Location: _B-58A_

Nature of problem or request: _I am having major problems with both knees they are locking up, and throbbing like a toothache. Can't rest when laying down, sitting or standing, facial Area tender_

I consent to be treated by health staff for the condition described.

_Calvin G. Lee_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _____   Referred to: (Circle ONE)
       Initials        NSC   (Mid-level SC)   Physician SC   MH   Dental
                 Other: _____

## HEALTH CARE DOCUMENTATION

Subjective: _Knee pain, knees locking ↑ x 7 months_

_51 y/o Bm c̄ Hx HTN, Orthoscopic Surgery both knees 2001_

Objective: BP _140/72_ T _98.5_ P _86_ R _18_ Wt _260_

_A+O x 3. Resp. Reg c̄ ease. VS WNL NAD_

_X-Ray show mild degenerative changes._

Assessment: _Alt. in Comfort r/t Abnml_

Plan: _See PP_

☐   Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _Burns, LPN_   Date: _12/4/07_   Time: _645A_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Print Name: _Calvin A Lee_    Date of Request: _11-27-07_

ID #: _152056_    Date of Birth: _3-16-56_    Housing Location: _B-58A_

Nature of problem or request: _Need prescribed Medication Renewed_

I consent to be treated by health staff for the condition described.

_Calvin Lee_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: ___    Referred to: (Circle ONE)
Initials                     NSC   (Mid-level SC)   Physician SC   MH   Dental
                             Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _Need my meds renewed. Came back from FLYC_

_S/40 bsm̄ Hx HTN, Hyperlipidemia, Asthma, InH therapy - last ⊕ PPD_
_Dizziness                                    Completed._

Objective: BP _140/82_  T _98.3_  P _76_  R _18_  Wt _260_
_A+O X3. Resp. Reg c̄ ease VS WnL NAD._

Assessment: _Alt. in comfort r/t above statement_

Plan: _See NP_

☐   Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable) (Mid-level)   Physician   MH   Dental   Other: _____

Signature & Title: _Graves, LPN_    Date: _1-28-07_   Time: _630A_

PHS0014

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: _Demerol_ |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: _Kilby_

Date: _11/19/07_ Time: _9:00_ AM/**PM**

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_Frank Lee_

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary    [ ] Segregation
- [ ] Population    [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [ ] DOC    [ ] Infirmary    [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: _Demerol_

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading _____

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | | [x] | |
| CBC | _____ | [ ] | [ ] | Dental Prosthesis | | [x] | |
| Urinalysis | _____ | [ ] | [ ] | Hearing Aide | | [ ] | |
| | | [ ] | [ ] | Other Prosthesis | | [x] | _Pam Blackburn RN_ |
| | | | | | | | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_HTN_
_Hyperlipidemia_              _Dizziness_
_Asthma_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_QVAR 80mg ii puffs Bid KOP_
_Motrin 600mg i po Bid x 30d thru 12/2/07_
_Albuterol Inhaler ii puffs Qid thru 1/8/07_
_NTG 0.4mg SL i tab q 5min x 3 dose PRN chest pain thru 1/8/08_
_Nasal Decongestant spray Qid PRN x 30 days thru 12/2/07_

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [x] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [x] Received | [ ] Not Received |
| CHART REVIEWED | [x] YES | [ ] NO |

Received by: _Pam Blackburn RN_
Signature of Receiving Nurse

Date: _11/19/07_ Time: _9:00_ AM/**PM**

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical    [ ] Dental
- [ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

HISTORY

| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

STATUS

| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

SKIN

| | Yes | No |
|---|---|---|
| Open Sores | [x] | |
| Lice | [x] | |
| Edema | [x] | |
| Warm & Dry | [x] | |
| Cool & Moist | [x] | |

CONDITION

| | | |
|---|---|---|
| Alert | [x] | |
| Oriented | [x] | |
| Uncooperative | | [x] |
| Depressed | | [x] |

INTAKE

Sick Call Procedures Explained _yes_
Height _5'11"_
Weight _260 lbs_
Blood Pressure _135/86_
Temperature _98.6_
Pulse Resp. _98/20_
Other _____

_Knees_

_Pam Blackburn RN_
Signature of Nurse Completing Assessment (Sending Nurse)

_11/19/07_
Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)

_____
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Lee, Calvin_ | _152056_ | _5/16/66_ | _BM_ | _Kilby_ |

PHS-MD-70009

(White - Medical Jacket  Yellow - Transfer Coordinator)

PHS0015

**Prison Health Services**
## Inmate Informal Grievance

NAME _Calvin A. Lee 152056_          UNIT _F.L.W.R._          DATE _11-08-07_

**PART A—Inmate Complainant**

KNEES ARE EXSTREMELY WORSEN I have filed medical complaint about them, (3) week's ago. Only to be told that nothing can be done until they are x-rayed. I can hardly get up and down I need to be seen immediately. Ane taken to and outside phsician.

Cpt. ____ 11/8/07

_Calvin Lee_
INMATE SIGNATURE

**PART B —RESPONSE**          DATE RECEIVED _11/12/07_

He ordered a (R) Knee Xray on 10/29/07. Fee Xray has never been done. Will Fue Station try to see why Xray not done yet

_____
MEDICAL STAFF SIGNATURE

_11/12/07_
DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | | ☐ | ☐ |

11/03 - Alabama

PHS0016

**Correctional Medical Services**

**Inmate Transfer Out of System**

Transferred From: _DRAPER_

Transferred to: _Kilby_

| Inmate Name _Lee Calvin_ | ID Number _152 056_ |
|---|---|
| Date of Birth _5-16-56_ | |

Acute Problems: ☐ None Known ☐ List

Chronic Problems: ☐ None Known ☐ List _HTN, Hyperlipidemia, Asthma, Dizziness_

Acute Mental Health Problems ☐ None Known ☐ List

Chronic Mental Health Problems ☐ None Known ☐ List

Acute Dental Health Problems ☐ None Known ☐ List

Chronic Dental Health Problems ☐ None Known ☐ List

Date last TB Screening and results

Following up _9/18/07 0mm_     ☐ None Indicated ☐ List

Known suicide attempts or ideation     ☐ None Indicated ☐ List

**Current Medications**

Medication Allergies: ☐ None Indicated ☐ List _Demerol_

| Medication/Dose | Frequency/Duration | Last time taken | # of pills sent |
|---|---|---|---|
| Motrin 600mg PO | BID x 30 days | | |
| NASA 1 deponce starts spray x 30 days | | | |
| NTG 0.4 SL | x 40 days | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Prepared by (Signature and Title) _M Sanderson APN_

| Date _11/14/07_ | Time _6:30p_ |
|---|---|

6/03



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_     Date of Request: _11-16-07_
ID # _182056_     Date of Birth: _05-16-56_  Location: _F.L.W.R_
Nature of problem or request: _____
_X-Ray_ _that was scheduled 1month ago. Need Refill on prescribed_ _Knee problem worsen haven't had_
_medication._

_Calvin Lee_
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:** Had X-ray today 11-19-07 Needs meds renewed ct B/P meds Nasal spray

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                 Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_         Date of Request: _11/15/07_
ID # _152056_         Date of Birth: _05/10/56_ Location: _F.L.W.C._
Nature of problem or request: _Need all Medication Renewed. Prescribed and_
_other. Liqui Tears, 12 Hour Nasal Decongestant spray, Hydrochlorothiazide 50mg_
_Lisinopril 10mg, Ranitidine HCl 300mg, Simvastatin 10mg, Metoprolol_
_Tartrate 50mg, Nitro-Quick, Proventhol Inhaler, Motrin, Need x-ray on knees_
_Shaving profile - Renewal,_                    _Cal A. Lee_
                                                      Signature

### DO NOT WRITE BELOW THIS LINE

Date: _11/16/07_
Time: _____ 5 AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: _11/15/07_ |
| Time: _915P_ |
| Receiving Nurse Intials _SM_ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                              CIRCLE ONE
Check One:   ROUTINE ( )       EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_          Date of Request: _Nov. 02, 2007_
ID # _152056_          Date of Birth: _05-16-56_ Location: _F.L.4.C._
Nature of problem or request: _Right Knee is weak and very sore, Also_
_it is Locking-up. Causing me to limp when walking, and the knee_
_is going out causing me to trip and fall. It has been in this condition_
_for the past 10 day's_

                                                        _Calvin Lee_
                                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _11 / 6 /07_
Time: _____ AM PM
Allergies: _____

```
                    RECEIVED
            Date:   11/2/07
            Time:    10p
            Receiving Nurse Intials  J
```

(S)ubjective:   _waiting for_
_x-ray to be_
_taken - Does not_
_want to see doctor yet_

(O)bjective   (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002   (1/4)

PHS0020

## Nursing Evaluation Tool:                                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee + Calvin_
Inmate Number: _152056_ <sub>Last</sub>   First
Date of Birth: _5_ _16_ _56_
                  MM  DD  YYYY   MI
Date of Report: _10_,_23_,_07_
                  MM  DD  YYYY
Time Seen: _7:50_ AM/**PM** Circle One

**Subjective:**  Chief Complaint(s): Rt. Knee Pain

Onset: 4-5 days ago

Brief History: Never Had arthroscope on knee
(Continue on back if necessary)   in 2001 - Told had meniscus tear
Now with flare up of discomfort

**Objective:**  Vital Signs: (As Indicated) T: 97.6 P: 84 RR: 18 B/P: 108 /70   ☐ Check Here if additional notes on back

Examination Findings: No swelling noted - flexion
(Continue on back if necessary)  + extension ŝ difficulty -
Stated

**Assessment: (Referral Status)**   Preliminary Determination(s): Alt Comfort   ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

10/24/07
See orders

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: Motrin 600mg po Bid prn x 5 days
(Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): CRNP   Date for referral: _10_ _23_ _07_
                                                                                         MM DD YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x C Gardner R___   Name: C Gardner RN
Nurses Signature              Printed

PHS0021



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_ ___ Date of Request: _10-21-07_
ID # _158056_ ___ Date of Birth: _05 16 56_ Location: _F.L. 4 C_
Nature of problem or request: _Severe knee pain Right knee Locking~up_
_very sore limp when walking_

_Cal Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 10/22/07 |
| Time: 9:51pm |
| Receiving Nurse Intials _AS_ |

**(S)ubjective:**   _See next tool Cqrdu_

**(O)bjective   (V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**
_10/24/07_
_See next_
_RSI_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin AlPHinse Lee_    Date of Request: _10-17-07_
ID # _152056_                       Date of Birth: _05-16-56_  Location: _F.L.Y.C._
Nature of problem or request: _Right knee very sore, Allergy Problem, need_
_Benityl and pain-Reliver, Rinny nise, Sneezing, sore throut, fever_
_sweuting, sore in nise._

_Calvin Lee_
                                   *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _10/19/07_
Time: _5:25_  (AM) PM
Allergies: _Demerol_

| RECEIVED |
|---|
| Date: _10-18-07_ |
| Time: _9:56_ |
| Receiving Nurse Intials _AB_ |

**(S)ubjective:** _Need reorder of Motrin and allergies_

**(O)bjective** (V/S): T: _97.3_    P:        R:        BP:        WT: _260_

**(A)ssessment:**

_10/19/07_
_See nxt_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                 Was MD/PA on call notified:   Yes ( )    No ( )

_____
                      *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0023

PHS

**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Lee_       _Calvin_
          Last            First

Inmate Number: _152 056_       Date of Birth: _05_ | _16_ | _1956_
                         MM | DD | YYYY

Date of Report: _10_ | _19_ | _2007_       Time Seen: _5:25_ (AM) PM Circle One
          MM | DD | YYYY

**Subjective:** Chief Complaint(s): _Need reorder of Motrin. My allergies are_
Onset _acting up._

Brief History:
(Continue on back if necessary)

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:_____ P: _70_ RR: _20_ B/P: ____ / _260_

Examination Findings: _C/O continuous pain to (R) knee. No swelling noted. No_
(Continue on back if necessary)
_prior injury. Was treated c̄ Motrin. Also c/o allergies runny nose,_
_sore throat, sneezing. Oredness noted to throat. No coughing, sneezing_
_or runny nose noted._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____
☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply) _____
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____ _10/19/07_
                                   _180_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
      (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List) _Motrin 600mg PO BID x 5 day CTM 8mg po BID x 5 day_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____ Date for referral: __/__/__
                                                       MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____ Time _____

x _A. Long LPN_       Name: _A. Long LPN_
    Nurse's Signature                        Printed

Facility: Staton Correctional Facility

| Patient Name: | _Lee_ | _Calvin_ | |
| --- | --- | --- | --- |
| | Last | First | MI |
| Inmate Number: | 152056 | | |
| Date of Report: | 10 9 07 | Date of Birth: | 5 16 56 |
| | MM DD YYYY | | MO DD YYYY |
| | | Time Seen: 800 | AM (PM) Circle One |

<u>Subjective:</u> Chief Complaint(s): _Inmate c/o backpain for 3 days / Athlek's foot._

Onset: _____

☑ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) _10_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant

Location of Pain: ② _Lower back_    Radiation of pain: ☑ No    ☐ Yes to: ____    Numbness: ☑No  ☐ Yes
(Neck / mid back / low back)

History: _Was lifting weak cars and hurt his back._
(Continue on back if necessary)

Associated symptoms: Pain on urination? ☑ No ☐ Yes    Nausea ☐ No ☑ Yes    Vomiting ☑ No ☐ Yes (x
Increased urination? ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes    ☐ Check Here if additional notes on back

<u>Objective:</u> Vital Signs: (If indicated) T: _97.6_ P: _65_    RR: _21_    B/P: _122 90_

Back Exam: ☐ Tender to touch    ☐ Contusion    ☐ Muscle spasms    ☑ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☑ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _Ambulate c steady gait. Able to flex both_
_knees up. Unable to bend from waist down. c/o tender to touch._

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _small break in skin under ⊕ foot_
Pedal pulses: ☑ Present    ☐ Absent    ☐ Check Here if ⊕ Abnormalities on back
_c white dry skin noted_

10/10/07    ☐ Additional Examination: _Skin warm/dry to touch. ∅ Edema. c/o nausea_
(M)        (Continue on back if necessary)    _able to dorsiflex and extend lower extremities. ∅ abnormalities_
_noted. c distress/non noted. standerect._

<u>Assessment:</u> (Referral Status)    Preliminary Determination(s): _____    ☐ Check Here if continued on back

☑ Referral <u>NOT Required</u>

☑ Referral <u>Required</u> due to the following: (Check all that apply)
☐ Loss of sensation        ☐ Presence of RBCs from dipstick
☐ Prior malignancy        ☐ Presence of WBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

<u>Plan:</u>

Check All That Apply: ☐ Work and recreation restrictions x 72 hours

☐ Education on avoiding back pain    ☐ Education about stretching and back exercises.    ☐ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)

☑ Cold Compress (Acute injury)    ☑ Warm Compress

☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List) _AthC cream & Motrin 600 mg B.I.D x 5 days_

Referal: ☑ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral _10 09 07_
                                                                              MM DD

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time: _8_

X _[signature]_    Name: _M. Sanders, LPN_
    Nurses Signature                 Printed



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name _Calvin A. Lee_          Date of Request: _10-08-07_
ID # _132056_          Date of Birth: _05-16-56_ Location: _F.L4.C._
Nature of problem or request: _Seasrelly pulled muscle on Left-side_
_Lower Back. Injuried lifting Waste cans. need bay-in and_
_something for pain and flexsiril. Can hardly got up and down in_
_bed turaning even is very painftul. Athelete feet, need fut cream._
                                    _Cal-9. Lee_
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 10-5-07
Time: 1940
Receiving Nurse Intials: _X_
```

(S)ubjective:

(O)bjective    (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

(A)ssessment:

(P)lan:

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                    Was MD/PA on call notified:    Yes ( )    No ( )

_____
                SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0026



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin AlPHonse Lee_    Date of Request: _10-07-07_
ID # _152056_    Date of Birth: _05-16-1956_ Location: _F.L.4.C_
Nature of problem or request: _Polled muscle in Left side, lower back_
_Athlete' feet need fungis Cream_

_Cal Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 10-8-07
Time: 9am
Receiving Nurse Intials ___

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0027



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Lee_ _Calvin_
                Last        First

Inmate Number: _152056_          Date of Birth: _5_ / _16_ / _56_
                                                MM   DD   YYYY

Date of Report: _10_ / _4_ / _07_    Time Seen: _805_    AM / PM Circle One
                MM   DD   YYYY

_Subjective:_ Chief Complaint(s): my face has gotten real irritated

Onset: One week

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _98.5_ P: _68_ RR: _20_ B/P: _138_ / _88_

Examination Findings: Bumps noted to face and neck,
(Continue on back if necessary)
Ø redness Ø edema , Ø drainage noted,
sneezing itchey throat , Ø redness Ø edema noted
Ø S/S of acute distress noted

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____

☑ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

10/4/07
QD

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
        (Describe)
OTC Medications given  ☐ NO  ☑ YES (If Yes) List: _All orders - renew Banady & Tylenol_

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                                                            MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

x _S. Taylor_          Name: _S Taylor, LPN_
    Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_     Date of Request: _09-29-07_
ID # _152056_     Date of Birth: _05-16-56_   Location: _F.L.Y.C._
Nature of problem or request: _Need No Shaving Profile face has become_
_infected with ingrown hairs, face is sore and irritated, Shaving with razor_
_worsen the problem, Cold Sore on upper Lip_

_Calvin G. Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _10/4/07_
Time: _2:05_   AM PM
Allergies: _None_

RECEIVED
Date: _10-2-07_
Time:
Receiving Nurse Intials _ly_

**(S)ubjective:**

**(O)bjective**   **(V/S):** T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

10/4/07
See next
(?)

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

PHS0029

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Calvin Alphonsus Lee_     Date of Request: _10/03/07_

ID # _152056_     Date of Birth: _05/16/56_     Location: _F.L.Y.C._

Nature of problem or request: _Would Like to Continue the Benedryl and Tylenol, Sore throat, sneezing, itching, running eyes, Also could I get something for Athlete's Foot_

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/4/07_
Time: _2:05_ AM (PM)
Allergies: _Demaal_

| RECEIVED |
|---|
| Date: _10/3/07_ |
| Time: _2020_ |
| Receiving Nurse Intials _X_ |

**(S)ubjective:**

**(O)bjective    (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____**

**(A)ssessment:**

**(P)lan:**                              _10/4/07_
_See next_
_(30)_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )     No ( )
Was MD/PA on call notified:    Yes ( )     No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0030

Upper Respiratory
Complaints

Facility: BBB

Patient Name: _Lee_ _Calvin_
                First

Inmate Number: _152056_          Date of Birth: _5_ / _16_ / _56_
                                                MM      DD      YR

Date of Report: _9_ / _28_ / _07_    Time Seen: _9:10_ AM/PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): ☒ Runny/Stuffy Nose ☒ Sneezing ☒ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check all That Apply)
Malaise ☐ Earache  Cough: ☐ No ☒ Yes: ☐ Non-productive ☒ Productive (sputum description): _____
☒ Other: "_Sputum chokes me_"
Onset: _1 week ago_
History: _HTN Hyperlipidemia, Asthma_                                           ☐ Check Here if additional notes on back
(Continue on back if necessary)

**History of Asthma:** ☐ No ☐ Yes   **Cardiac/CHF history:** ☐ No ☐ Yes   **History of HIV Disease:** ☐ No ☐ Yes

**Objective:** Vital Signs: (if indicated) T: _98_  P: _52_  RR: _20_  B/P: _136_ / _80_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red) Drainage: ☐ No ☐ Yes: _____
                                                                    Lung sounds:
                                                                    Right        Left
Nose: Congestion: ☐ No ☒ Yes  Drainage: ☐ No ☒ Yes: _____      Clear    ☐       ☐
Throat examination: ☒ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous  Diminished ☐   ☐
                                                                    Crackles  ☐      ☐
Neck: ☒ Normal ☐ Enlarged Lymph Nodes                               Rhonchi   ☐      ☐
                                                                    Wheezing  ☐      ☐

☒ Additional Examination: _∅ SOB noted, Nasal congestion noted_
(Continue on back if necessary) _Throat pink ∅ edema noted, Resp c̄ ease, ∅ S/S of_      _acute_
                                                                                      _distress_
                                                                          ☐ Check Here if continued on back  _noted_

**Assessment: (Referral Status)**                Preliminary Determination(s): _Has appt 10-8-07_
☒ Referral **NOT** Required

_noted on 9/6/07_  ☐ Referral **Required** referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs   ☐ Inability to swallow   ☐ Significant shortness of breath   ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Advise rest and oral fluid intake        ☐ Warm saline gargles PRN
☒ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _Request to refill Nasal Decongestant spray_
(Describe)

☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____          Date for referral: __ / __ / __
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____      Time _____

x _S. Taylor LPN_          Name: _S Taylor LPN_
   Nurses Signature                Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonso Lee_    Date of Request: _09-27-07_
ID # _152056_    Date of Birth: _06-16-56_ Location: _F.L.Y.C_
Nature of problem or request: _Very congested in head and nostril area, choking and can't breath out of nose. Has asmotha and can't sleep at night because of congestion. Problem has occurred over and over for the last 3 year's. Sneezing and sore throat vomiting_
_Calvin Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _9/28/07_
Time: _9:10_ (AM) PM
Allergies: _Demerol_

| RECEIVED | |
|---|---|
| Date: | 9/27/07 |
| Time: | 10:30 |
| Receiving Nurse Intials | _G_ |

✓

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
          Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0032

Nursing Evaluation Tool:                     Upper Respiratory
                                             Complaints

Facility: BBB

Patient Name: ___Lee_____ ___Calvin_____
                    Last                First              MI

Inmate Number: 150056           Date of Birth: 05 / 16 / 1956
                                                MM   DD   YYYY

Date of Report: 09 / 10 / 07    Time Seen: 5⁻⁻ AM / PM  Circle One
                MM  DD  YYYY                  HH  MM

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☑ Sneezing ☑ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache  Cough: ☐ No  ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description): _____

☐ Other: _____

Onset: _____

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☐ Yes    Cardiac/CHF history: ☐ No ☐ Yes    History of HIV Disease: ☐ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98 ` P: 80  RR: 18  B/P: 140 / 90

Eyes: ☐ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____

|  | | Lung sounds | |
|---|---|---|---|
| | | Right | Left |
| | Clear | ☑ | ☑ |
| | Diminished | ☐ | ☐ |
| | Crackles | ☐ | ☐ |
| | Rhonchi | ☐ | ☐ |
| | Wheezing | ☐ | ☐ |

Nose: Congestion: ☐ No ☑ Yes  Drainage: ☐ No ☑ Yes: _____

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☐ Normal ☐ Enlarged Lymph Nodes

☐ Additional Examination: muc membrane pinka moist  skin warm & dry
(Continue on back if necessary)
Sx Resp ē ease. ∅ s/s of acute distress.
☐ Check Here if continued on back

**Assessment: (Referral Status)**          Preliminary Determination(s): _____

☐ Referral NOT Required

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs   ☐ Inability to swallow   ☐ Significant shortness of breath   ☑ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake        ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

9/26 Lt
PM ē mo      ☐ Other: _____
@ next                (Describe)
appt.
☐ OTC Medications given ☐ NO ☑ YES (If Yes) List: CTm Tylenol X 3 days

(SO) Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Adams CRNP/ Burce  Date for referral: 9 / 19 / 2007
                                                                                     MM  DD  YYYY

Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x __J. Woodard  LPN__          Name: __S. Woodard_____
        Nurses Signature                    Printed

PHS0033



PRISON HEALTH SERVICES, INC.

SICK CALL REQUEST

Print Name: _Calvin A. Lee_ _____ Date of Request: _09-18-07_

ID # _152056_ _____ Date of Birth: _05-16-56_ Location: _F.L.4.C._

Nature of problem or request: _Stuffy Head, Running Nuse Zothing throat_
_Sneezing sure eyes. Need 12 Hour Nasal-spray and Benadryl_
_severe Headache,_ _____

_Cal G. Lee_ _____

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _____/_____/_____

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: _9.18.07_ |
| Time: _9:30_ |
| Receiving Nurse Intials _✗_ |

(S)ubjective:

_See_
_Next_
_100_
_9-19-07_

(O)bjective    (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0034

Back Pain

Facility: Staton Correctional Facility

Patient Name: Calvin, Alphonse Lee    Lee, Calvin Alphanso.
                                Last                     First

Inmate Number: #152056.                    Date of Birth: 05 , 16 , 56.
                                                        MM    DD    YR

Date of Report: 09 , 12 , 2007    Time Seen: 430    AM / PM Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): "I have been hurting in my back for awhile"

Onset: _____ "I also need my meds refilled."

☐ New onset   ☒ Chronic condition exacerbation

Pain Scale: (1-10) \ 10"    Type: ☒ Sharp ☐ Dull ☐ Intermittent ☒ Constant    Numbness ☒ No ☐ Yes

Location of Pain: lower back    Radiation of pain: ☒ No ☐ Yes to: _____
                  Neck / mid-back / low back

History: _____
(Continue on back if necessary)

☐ Check Here additional notes on back

Associated symptoms: Pain on urination?    ☒ No ☐ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes (x ___
            Increased urination?    ☒ No ☐ Yes   Pain with cough/breathing? ☒ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98.6  P: 80  RR: 20  B/P: 130 / 90

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☒ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: ROM limited unable to bed 30°

Lower extremities: ☒ Normal        ☐ Abnormal (Describe): _____    ☐ Check Here if abnormalities on back
Pedal pulses: ☒ Present    ☐ Absent

☐ Additional Examination: _____
    (Continue on back if necessary)

**Assessment: (Referral Status)**                    ☐ Check Here if continued on back

☐ Referral NOT Required    Preliminary Determination(s): _____

☒ Referral Required due to the following: (Check all that apply)
    ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Prior malignancy    ☐ Presence of WBCs from dipstick
    ☐ Other: _____

9/12 os
pm E
Cnhl P.
Cnhl
Bo

**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain ☐ Education about stretching and back exercises. ☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding that they should do as
    well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ F/U appt. needed.
        (Describe)
☐ Cold Compress (Acute injury)    ☒ Warm Compress
☒ OTC Medications given ☐ NO ☐ YES (If Yes List: motrin BID x 3 days.
                                        600mg.
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____ Dr. Corb.    Date for referral 9,13,2007.
                                                                                    MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                        Time

x __L. Baines, LPN.__        Name: I. Baines, LPN.
    Nurses Signature                    Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_ Date of Request: _09/09/07_
ID # _152056_ Date of Birth: _05-16-1956_ Location: _F. L. Y. C._
Nature of problem or request: _Continuing Problems with Right side and lower Back. Seems as if internal Organs are stopped-up are not functioning very painful, Laying down, turning over can hardly get-up, out of Bed get very stiff, when lying, sitting, standing. Myscle Relaxer aren't solving Problem constantly in Pain._

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/10/07_
Time: _4:20_ AM (PM)
Allergies: _NKDA_

| RECEIVED | |
|---|---|
| Date: | _9/9/07_ |
| Time: | _6:00 P_ |
| Receiving Nurse Initials | _S_ |

(S)ubjective: _"Ive been suffering with my back for awhile"_
_"I need my meds refilled"_

(O)bjective: (V/S): T: _98.6_ P: _80_ R: _20_ BP: _130/90_ WT: _260#_

(A)ssessment: _ROM limited unable to bed @ waist x 30°._

(P)lan: _MD to see pt. on F/u appt. 9/11/07 or 9/12/07._

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
      Was MD/PA on call notified:    Yes ( )    No ( )

_9/11/07 see not seen_

_E. Bires pr /PHS._
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON HEALTH

SERVICES

INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_  5/16/56   Date of Request: _05-02-07_
ID # _152056_                    Date of Birth: ~~05-16-56~~ Location: _F.L.4.C_
Nature of problem or request: _Need Refill on all Medication_
_12-Hour Nasal Decongestant, Liqui Tears, Nitroglycerin,_
_Lisinopril 10 mg, Simvastatin 10 mg, Aspren EC 81 mg, Reinitidine_
_HCI 300mg, Metoprolol Tartrate 50 mg  Also Need to reorder Back Medica_
_Also 2 Inhaler's Abuterol_         _Cal Lee_
_And proventrol_                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/10/07_
Time: _430 P_ AM (PM)
Allergies: ~~NKDA~~

| | |
|---|---|
| RECEIVED | |
| Date: _9/9/07_ | |
| Time: _6:00 P_ | |
| Receiving Nurse Initials _Ō_ | |

(S)ubjective: _"I Need refill"_

(O)bjective (V/S): T: _98.6_   P: _80_   R: _20_   BP: _130/90_   WT: _260_

(A)ssessment: _Need refill a meds._

(P)lan: _MD to assess. F/U Needa 9/11/07_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_L. Bies RN/PHS_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0037



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_          Date of Request: _8-31-07_
ID # _15-2056_          Date of Birth: _5-16-66_  Location: _F.L.4/C_
Nature of problem or request: _Severe Back Problems, Medication is not doing any Releif. Request to be returned to Specialist_

_____

                    _Calvin Lee_
                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 9-1-07                    │
│ Time: 726pm                     │
│ Receiving Nurse Intials   MS    │
└─────────────────────────────────┘
```

**(S)ubjective:**    _Please make appt for 9-10-07_

**(O)bjective**  **(V/S):** **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
              *SIGNATURE AND TITLE*

PHS0038

Facility: Staton Correctional Facility

Patient Name: _Leo_ (Last) _Calvin_ (First) ___ (MI)

Inmate Number: _152056_    Date of Birth: _5 / 16 / 56_ (MM/DD/YYYY)

Date of Report: _8 / 29 / 07_ (MM/DD/YYYY)    Time Seen: _1:55_ AM / **PM** (Circle One)

**Subjective:** Chief Complaint(s): _Lower back is locking up_

Onset: _2 weeks ago_    ☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _8_    Type: ☒ Sharp  ☐ Dull  ☐ Intermittent ☒ Constant    Numbness: ☐ No  ☒ Yes

Location of Pain: _mid & back_ (Neck / mid back / low back)    Radiation of pain: ☐ No  ☒ Yes to: (R) leg

History: _HTN, Back injury in 1980, Hyperlipedemea_ (Continue on back if necessary)    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☒ No  ☐ Yes    Nausea ☒ No  ☐ Yes    Vomiting ☒ No  ☐ Yes ☒
Increased urination?  ☒ No  ☐ Yes    Pain with cough/breathing?  ☒ No  ☐ Yes

**Objective:** Vital Signs: (If indicated)  T _98.9_   P _72_   RR _20_   B/P _138 / 86_

Back Exam:  ☐ Tender to touch   ☐ Contusion   ☐ Muscle spasms   ☒ Impaired range of motion
Additional Findings:  ☐ Numbness  ☐ Tingling  ☒ Abnormal gait  ☒ Weakness of extremities  ☐ Foot drop  ☐ Other:
Elaborate positive findings: _walks & slight limp to (R). Able to stand bend over and touch toes_    ☐ Check Here if abnormalities on back

Lower extremities: ☒ Normal    ☐ Abnormal (Describe): ___
Pedal pulses:  ☒ Present    ☐ Absent

☒ Additional Examination: _I/m walked & assistance to and from sick call_ (Continue on back if necessary)    ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): ___
☒ Referral **NOT** Required

☐ Referral **Required** due to the following: (Check all that apply)
   ☐ Loss of sensation    ☐ Presence of RBCs from dipstick
   ☐ Prior malignancy    ☐ Presence of WBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other:

**Plan:**
Check All That Apply:  ☐ Work and recreation restrictions x 72 hours
   ☒ Education on avoiding back pain  ☒ Education about stretching and back exercises.   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☒ Other: (Describe) _I/M is on Motrin_
   ☐ Cold Compress (Acute injury)   ☐ Warm Compress
   ☐ OTC Medications given ☒ NO   ☐ YES (If Yes List): ___

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): ___    Date for referral: _ / / _ (MM/DD/YYYY)
Referral Type:  ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): ___    Time ___

_8/29/07_
_RT_

X _S. Taylor_ (Nurses Signature)    Name: _S. Taylor, LPN_ (Printed)

PHS0039



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Calvin ALPHense LEE     Date of Request: 08-24-07
ID # 152056     Date of Birth: 05-16-56     Location: F.L 4.C
Nature of problem or request: Having Severe Back problems pain and numbness
in Legs. Can hardly get-up and down, very stiff, movement very
painful

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 8-29-07
Time: 1:55 AM (PM)
Allergies: Demarol

┌─────────────────────────────┐
│           RECEIVED          │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials     │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective     (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

see not
8/29/07

**(P)lan:**

Refer to:     MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

PHS0040

Facility: Staton Correctional Facility

Patient Name: _Lee_ (Last)    _Calvin_ (First)

Inmate Number: _152056_    Date of Birth: _5_/_16_/_57_ (MM DD YYYY)

Date of Report: _8_/_20_/_07_ (MM DD YYYY)    Time Seen: _12:50_ AM / **PM** Circle One

**Subjective:** Chief Complaint(s): _I aggravated an old back injury_

Onset: _5 days ago_

☒ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) _8_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant    Numbness ☒ No ☐ Yes

Location of Pain: ☒ L back (Neck / mid-back / low back)    Radiation of pain: ☒ No ☐ Yes to: _____

History: _HTN, back injury from fall in appr 1980_
(Continue on back if necessary)

Associated symptoms: Pain on urination?    ☐ No ☒ Yes    Nausea ☒ No ☐ Yes    Vomiting ☒ No ☐ Yes (x
Increased urination?    ☐ No ☒ Yes    Pain with cough/breathing? ☐ No ☒ Yes

**Objective:** Vital Signs: (If Indicated) T: _99.6_  P: _58_  RR: _20_  B/P: _118_/_70_

Back Exam: ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☒ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:
Elaborate positive findings: _abnormal gait, while sitting able_
_to raise legs_

Lower extremities: ☒ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present    ☐ Absent

☐ Additional Examination: _____
Continue on back if necessary

**Assessment:** (Referral Status)
☐ Referral NOT Required    Preliminary Determination(s): _____

☒ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation    ☐ Presence of RBCs from dipstick
☐ Prior malignancy    ☐ Presence of WBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: _Need appt. 8-21-07 @ HCU_

_8/20/07_

**Plan:**
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
☐ Cold Compress (Acute injury) ☒ Warm Compress
☐ OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP_    Date for referral _8/20/07_ (MM DD YYYY)
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____    Time _____

x _S. Taylor LPN_ (Nurse's Signature)    Name: _S. Taylor, LPN_ (Printed)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_   Date of Request: _08/17/07_
ID # _152056_     Date of Birth: _05/16/56_ Location: _F.L.Y.C._
Nature of problem or request: _Re-injury to Back, Lock-up Can hardly_
_get up and down. Severe pain to turn over in body, even with any_
_movement of Body. Had the same problem Previously._

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8-20-07_
Time: _12:50_ AM (PM)
Allergies: _Demeral_
_St_

```
RECEIVED
Date: 8-18-07
Time: 1:30 pm
Receiving Nurse Intials  NB
```
_next sick call_

**(S)ubjective:**

**(O)bjective**   **(V/S):**   **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**
_8/20/07_
_See next_
_RN_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                    Underline{General Sick Call}

Facility: Staton Correctional Facility

Patient Name: _____Lee_____Calvin_____
                        Last                        First

Inmate Number: ___152056_____    Date of Birth: _5_/_16_/_56_
                                                    MM  DD  YYYY

Date    on: _8_/_13_/_07_         Time Seen: _930_  (AM) PM  Circle One
            MM  DD  YYYY

Subjective: Chief Complaint(s): Has burns on chest and abd.
                                Need to be seen about my profiles and medication
          Onset: 30 days ago -

Brief History: HTN, Hyperlipedemia, Asthma, Chronic dizziness
(Continue on back if necessary)   and congestion

☐ Check Here if additional notes on back

Objective: Vital Signs: (As Indicated) T: 98.5  P: 64  RR: 18  B/P: 134 / 76

Examination Findings: Nasal congestion noted, Resp c ease +
(Continue on back if necessary)   nonlabored, several open sores noted to chest
arms and abd. drainage noted pink inside
c yellow/greenish color noted range in size
from 1cm to appx 4 cm

Assessment: (Referral Status)   Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
  ☐ Referral NOT REQUIRED

  ☑ Referral REQUIRED due to the following: (Check all that apply)
       ☑ Recurrent Complaint (More than 2 visits for the same complaint)
       ☑ Other: Burns to chest and abd (open areas)

  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
           the appropriate care to be given.

Plan: Check All That Apply:
     ☑ Instructions to return if condition worsens.
     ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
        should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
     ☐ Other: _____
              (Describe)
OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): CLINIC        Date for referral: 8/13/07
                                                                              MM DD YYYY
Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (If emergent who was contacted?): _____    Time _____

S. Taylor LPN

PHS0043



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_     Date of Request: _08/09/07_
ID # _152056_     Date of Birth: _05/16/1956_ Location: _F. L. Y. C._
Nature of problem or request: _Need to see Mo. Mahood on Monday coming-up_
_about profile and Medical Records. Also need some medication for_
_Job Rash_

_Calvin G. Lee_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _8 13 07_
Time: _9:30_ (AM) PM
Allergies: _Denoral_

RECEIVED
Date: _8/9/07_
Time: _10:40_
Receiving Nurse Intials ____

**(S)ubjective:**

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: ____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_8/13/07_
_see next_

_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CLE 1003   (1/1)

PHS0044

FLYC

## Request for Special Needs Medical Review

Name _Lee Calvin_      Fac._FLYC_ Date of request _7-26-07_

Provider's diagnosis related to request: _Body Equal liberty off_

Tests related to this diagnosis with results and dates: _Dizzy Due to sinus problem, Excess Drainage in ear's    (6-25-07 given Lay-in 1 hr am + 1 hr pm X 2 wks ) given Meclizine HCl (For Antivert_

Specific physical observations related to patient's request, (deformity, ROM, etc)
_Fluid in ear's, Constantly very nuseavated and light headed need profile so that when I am effected I can Lay-in I am 51 year's of age, I don't take illnesses_

Other pertinent diagnosis: _Request continuance of Lay-in until improvement Long history of sinus problems_

Potential consequences to the patient without restrictions or modification of activity:

_____

_____

Security staff observation regarding current activity if any:

_____

_____

Management options other than requested modification if any: _____

_____

Provider name _Megan Malhood_      Date _6-25-07_

DOC medical review and comments:

_____

_____

_____

Approved __ Disapproved __ DOC reviewer _____ Date _____

8/13/07
See next RSO

PHS0045





**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_ Date of Request: _07-25-07_
ID # _152056_ Date of Birth: _05-16-56_ Location: _F.L.Y.C_
Nature of problem or request: _Need Refill of pain medication. Need to check on Lay-in - profile And placed on Nurse Practioner list for Monday's. I have been to Court and missed follow-up for Sinus problem. Also need refill on Asmatha Inhaler's, Abutiil and Preventnol As Nited-Quick. Has been having chest Pains, Numbness in face and hands, blurred vision._ Signature _Calvin A. Lee_

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _See net fool_

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:  Yes ( )   No ( )
        Was MD/PA on call notified:  Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0046

Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_    _Calvin_
                                                First

Inmate Number: _152056_    Date of Birth: _5 | 16 | 57_
                                                        MM  DD  YYYY

Date of Report: _7 | 26 07_    Time Seen:    AM (PM)

Subjective:  Chief Complaint(s): _Requesting a Profile because he_
             Onset: _set a drips "Takes Antivert._
Brief History: _Takes Antivert. Requests Asthma_
(Continue on back if necessary) _Inhaler refill._

Objective:  Vital Signs: (As Indicated) T: _99²_ P: _96/60 Sat_ RR: _21_ B/P: _122 , 70_
                                                        _69_    _Skin warm & dry to_
Examination Findings: _touch. Ambulates c steady gait. Cap/lange fill_
(Continue on back if necessary) _PERL. Mucous membranes pink & moist. Rom_
_to all extremities present. 0 S/S of acute distress_
_noted. c/o pain. 0 nausea. 0 vomiting._
_(Clear lung sounds auscultated. 0 S/S)    0 diaphoresis._
                                                            0 cyanosis.
Assessment: (Referral Status)    Preliminary Determination(s):
☐ Referral NOT REQUIRED                                     Bilateral grip strength

☑ Referral REQUIRED due to the following: (Check all that apply)            present.
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _Requests for layin Profile_
   _Asthma inhaler and meds._
   _(Steady HR and rythm auscultated.)_
Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

Plan: Check All That Apply:
   ☐ Instructions to return if condition worsens
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow up visits)
   ☐ Other _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where) _____    Date for referral _7 26 07_
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?)            Time

X _M. Sanders LPN_        Name: _M Sanders_
    Nurse Signature

PHS0047

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_                    _Calvin_
                                        First
Inmate Number: _152056_                Date of Birth: _5_ / _16_ / _56_
                    Last                              DD   DD    YYYY

Date of Report: _7_ / _16_ / _07_       Time Seen: _8:10_   AM / PM  Circle One
                MM   DD    YYYY

**Subjective:** Chief Complaint(s): Need refill on nasal spray and profile request

Onset: 2 weeks

Brief History: continued sinus problems
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T _98_  P: _56_  RR: _20_  B/P: _120_ / _72_

Examination Findings: Nasal congestion noted, Resp. c ease +
(Continue on back if necessary)
non labored, Bil lung sounds clear all 4 lobes, ∅
S/S of acute distress noted, US wnl

**Assessment: (Referral Status)**      Preliminary Determination(s): _____
☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: Wants buy in Lhs in AM and PM renewed
   due to sinus drainage/congestion

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:                    7.23.07 nurs#23
   ☒ Instructions to return if condition worsens.
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up  ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP_            Date for referral: _7_ / _16_ / _07_
                                                                              MM   DD   YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____      Time

x _S. Taylor LPN_                    Name: _S. Taylor, LPN_
   Nurses Signature                         Printed



**PRISON HEALTH SERVICES, INC.**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## SICK CALL REQUEST

Print Name _Colvin A. Lee_    Date of Request: _07/13/07_
ID # _158056_    Date of Birth: _05/16/56_ Location: _F.L.4.C_
Nature of problem or request: _Need Refill on 1/2 Hour Nasal Decongestant_
_Spray oxymetazoline hydrochloride .0.05% Also need Log-in_
_profile Renewed. No Relief for sinus systems_

_Cal G. Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/16/07_
Time: _8.10_    (AM) PM
Allergies: _Demerol_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0049

**Nursing Evaluation Tool:**                          <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee_ _____ _Calvin_ _____ _A_
                        Last                    First              MI

Inmate Number: _152056_                Date of Birth: _5_ / _16_ / _56_
                                                                    MM   DD   YYYY

Date of Report: _7_ / _9_ / _07_         Time Seen: _1 ⁰⁰_   AM (PM) Circle One
                    MM   DD   YYYY

_**Subjective:**_ Chief Complaint(s): Needs antivert refilled - c/o dizziness

Onset: July 4th '07

Brief History: Been taking Antivert science June 07
(Continue on back if necessary)

☐ Check Here if additional notes on back

_**Objective:**_ Vital Signs: (As Indicated) T: _98.0_  P: _52_  RR: _18_  B/P: _118_ / _72_

Examination Findings: AOX3 Skin w/n to touch, Resp, c
(Continue on back if necessary)
ease + nonlabored c/o nausea, Ø vomiting
while @ S/C

☐ Check Here if additional notes on back

_**Assessment: (Referral Status)**_        **Preliminary Determination(s):** _____

☒ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

_(handwritten left margin: NDR on 7/9/07 see orders PJ)_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_**Plan:**_ Check All That Apply:
  ☒ Instructions to return if condition worsens.
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Other: Needs med refill
    (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: _/_/_
                                                                                                MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _S. Taylor LPN_          Name: _S. Taylor LPN_
  Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**

PRISON
HEALTH
SERVICES
INCORPORATED

**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_ Date of Request: _07/07/07_

ID # _152050_ Date of Birth: _05/14/56_ Location: _Frank Lee_

Nature of problem or request: _Need Refill on Meclizine HCI (for Antivert)_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _7/9/06_

Time: _100_ AM **PM**

Allergies: _Demerol_ _St_

```
RECEIVED
Date: 7-8-07
Time: 0300
Receiving Nurse Intials ___
```

**(S)ubjective:**

**(O)bjective     (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:     MD/PA     Mental Health     Dental     Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:     ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:     Yes ( )     No ( )

Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE

YELLOW:     INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0051

*Follow-up*

*FLYC*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name *Celvin A Lee* _____ Date of Request: *06/21/07*
ID # *152066* _____ Date of Birth: *05-16-56*  Location: *F.L.Y.C*
Nature of problem or request: *Sinus problem has intensified no relief.*
*Body Equal Liberty is off way badly. Can't hardly get up 24 times*
*stay laying down. Need sign-up. Need a profile to continue laying*
*in also no-standing profile, stronger Eyes Drops*

                                                        *Cal Lee*
                                                        *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: *6/22/07*
Time: *2⁰⁵* AM (PM)
Allergies: *NKDA*
        *SF*

| RECEIVED |
|---|
| Date: *6/21/07* |
| Time: *1016pm* |
| Receiving Nurse Intials *MS* |

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )        *6/22/07*
Was MD/PA on call notified:   Yes ( )   No ( )        *RM*

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0052

Nursing Evaluation Tool:                                    Upper Respiratory
                                                                  Complaints

Facility: BBB

Patient Name: _____Lee_____Calvin_____
                        Last                First                        MI

Inmate Number: __15205-6_____    Date of Birth: _5 | 16 | 56_
                                                         MM    DD    YYYY

Date of Report: _6 · 22 · 07_    Time Seen: _20⁰⁰_ AM / PM  Circle One
                 MM  DD  YYYY                          HH  MM

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☑ Sneezing ☐ Sore Throat ☐ Swollen Glands ☑ Headache ☐ Fever
*(Check All That Apply)*

☐ Malaise ☐ Earache Cough: ☑ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description): _____

☑ Other: _Dizzeness / light headed_____

Onset: ____2 months ago_____

History: _Hx of passing out spells_____
*(Continue on back if necessary)*

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☑ Yes    Cardiac/CHF history: ☐ No ☑ Yes _mitte_ History of HIV Disease: ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: _98.3_ P: _58_ RR: _20_ B/P: _128 / 82_

Eyes: ☑ Clear ☑ Watery ☐ Injected (red) Drainage: ☑ No ☐ Yes: _____

Nose: Congestion: ☐ No ☑ Yes    Drainage: ☑ No ☐ Yes: _____

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☑ Normal ☐ Enlarged Lymph Nodes

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☑ | ☑ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

☑ Additional Examination: _Needs nasal spray_____
*Continue on back if necessary*

☐ Check Here if continued on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
☐ Referral NOT Required

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs   ☐ Inability to swallow   ☐ Significant shortness of breath   ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake   ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
       (Describe)

☑ OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP_   Date for referral: _6·22·07_
                                                                         MM  DD  YYYY

Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

_Phu c P_
_CRNP CRNP_
_6/22/07_

X _S. Taylor_                    Name: _S. Taylor LPN_
   Nurses Signature                        Printed

PHS0053

| Facility Name: FLYE | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Nasal decogestant Spray X30
K O P
X Can Dee 152056
Start Date: 10-8-7     Prescriber: Whatley CRNP
Stop Date: 11-8-7     RX #:

NTG 0.4 SL X90
K O P
X Can Dee 152056
Start Date: 10-8-7     Prescriber: Whatley CRC
Stop Date: 1-8-7     RX #:

Albuteral MDI II puffs QID X90
K O P
X Can Dee 152056
Start Date: 10-8-7     Prescriber: Whatley CRNP
Stop Date: 1-8-7     RX #:

Liq. Tears X90
K O P
X Can Dee 152056
Start Date: 10-8-7     Prescriber: Whatley CRNP
Stop Date: 1-8-7     RX #:

Motrin 600mg PO BID x5days
Start Date: 10-10-07     Prescriber: Dr. Sanderson
Stop Date: 10-15-07     RX #:

Motrin 600mg PO BID x5day prn
See new order
Start Date: 10/19/07     Prescriber: Dr. Corbrey
Stop Date: 10/24/07     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | T. Pardue LPN | | 1. Discontinued Order |
| Allergies Demerol | Sanderson | | | | 2. Refused |
| | Chere | | Rawlinson | | 3. Patient out of facility |
| Housing Unit: 152056 | S. LePew | | Jackson | | 4. Charted in Error |
| Patient ID Number: | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | | Date of Birth: 3-16-56 | | 7. Medication out of Stock |
| | | | | | 8. Medication Hold |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0054

| Facility Name: FMC | | | | Month/Year of Charting: 10/17 |

**Motrin 600mg ½ po BID x 5d**
6A / 6P
Start Date: 10.11.07
Stop Date: 10.16.07
Prescriber: per protocol
RX #:

**AFC cream AAA BID x 30d**  KOP
6A / 6P
Start Date: 10.1.07
Stop Date: 11.1.07
Prescriber: per protocol
RX #:

**CTM 8mg po BID x 5 days**
6A / 6P
Start Date: 10/19/07
Stop Date: 10/24/07
Prescriber: Dr. Corbrer
RX #:

**Motrin 600mg po BID prn**
6A / 6P
Start Date: 10/24/07
Stop Date: 10/29/07
Prescriber: protocol
RX #:

**Quar 80mcg ī puffs BID x 30 days**  KOP
6A / 6P
Start Date: 10-30-07
Stop Date: 11-30-07
Prescriber: Whatley
RX #:

**Diagnosis**

**Allergies** NKA

Housing Unit:
Patient ID Number: 152056
Patient Name: Lee, Calvin

Date of Birth: 5-16-56

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

PHS0055

| Facility Name: *FLYC* | | Month/Year of Charting: *1907* |

**↑ Bactrim DS**
**īī PO BID**
**X 7**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: *10-22-7*    Prescriber: *Whatley CRWP*
Stop Date: *10-29-7*    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *J Lin* | *TS* | *J. Parker, LPN* | *JP* | 1. Discontinued Order |
| Allergies *Demerol* | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: *152056* | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| *Lee, Calvin* | | | Date of Birth: *5-16-65* | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0056

| Facility Name: | Frank Lee Youth Center | | | | | | | | | Month/Year of Charting: | | | | 10/07 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qvar 80MCG/ACT Aerosol Soln    1**

Inhale 2 puff(s) by mouth twice daily

*KOP*

given 9/16/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796152

---

**Simvastatin ( for Zocor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

*KOP*

#30 given 9/4/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796157

---

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*KOP*

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796162

---

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

*KOP*

#30 given 9/11/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796164

---

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

*KOP*

#58 given 9/11/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796166

---

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

*KOP*

#27 given 9/11/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796169

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | A | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | S. Taylor | | C. Jackson | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | Date of Birth: 05-16-1995 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | | Month/Year of Charting: | 10/07 | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitroglycerin 0.4MG SL Tab (Bottle) 1 | φ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dissolve one tablet under tongue as needed as directed | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KOP | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Stop Date: 11-05-2007  Prescriber: Mahood, Megan  RX #: 252796171

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide ( for HCTZ ) 50MG Tab    30.00 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth daily | | | | | | | | | | | | | 10/16/07 CMX | | | | | | | | | | | | | | | | | | | |
| KOP | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-19-2007  Stop Date: 12-17-2007  Prescriber: Whatley, Robert  RX #: 252903592

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~Benadryl~~ Benadryl 25mg ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-28-07  Stop Date: 10-3-07  Prescriber: PP  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-28-07  Stop Date: 10-3-07  Prescriber: PP  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-4-07  Stop Date: 10-9-07  Prescriber: PP  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 25mg ÷ PO Bid x 5 dgs | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-4-07  Stop Date: 10-9-07  Prescriber: PP  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | S. Parker, LPN | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused / 3. Patient out of facility |
| | S. Taylor LPN | | | | 4. Charted in Error / 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 152056 | | | Jackson | | 7. Medication out of Stock / 8. Medication Held |
| Patient Name: | | | | | 9. No Show / 10. Other |

**Lee, Calvin**    Date of Birth: 05-16-1986

| Facility Name: | | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bactrim DS
ī PO BID

X 10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |

Start Date: 10-15-7      Prescriber: Whitney Crews
Stop Date: 10-25-7       RX #:

Tolnaftate
cream
BID      X 14

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-15-7      Prescriber: Whitney Crews
Stop Date: 10-29-9       RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:       RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:       RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:       RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:       RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: demerol | | | K. Jones | | 1. Discontinued Order |
| | D. Parker LPN | JP | | | 2. Refused |
| | S. Taylor LPN | ST | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | Date of Birth: 3-16-56 | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | | | | | Month/Year of Charting: | | 09/07 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qvar 80MCG/ACT Aerosol Soln     1**

Inhale 2 puff(s) by mouth twice daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6ᴾ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1 given 8/9/07        9-6-07 X Cal Lee 152056

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796152 |

**Simvastatin ( for Zocor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴾ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# 30          9/14/07
#30 given 8/9/07        Cal Lee 1520

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796157 |

**Lisinopril 10MG Tab      30.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#30 given 8/9/07

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796162 |

**Aspirin EC 81MG EC Tab      30.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Cal Lee 152056
#30 given 8/9/07     given 30 9/11/07 NS

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796164 |

**Ranitidine HCl ( for Zantac ) 300MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6ᴾ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Cal Lee 152056
#60 given 8/9/07     given 58 9/11/07 NS

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796166 |

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Cal Lee 152056
#25 given 8/9/07     given 27 9/11/07 NS

| Start Date: 08-08-2007 | Prescriber: Mahood, Megan |
| Stop Date: 11-05-2007 | RX #: 252796169 |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | A | L. Cullom, LPN | JC | 2. Refused |
| Allergies | | | K. Jones | | 3. Patient out of facility |
| NKA | | NS | | | 4. Charted in Error |
| Demerol | N. Shandeay | NS | M Snyder | NB | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 152056 | C. Tyree | SO | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Lee, Calvin** | | | Date of Birth: | 05-16-1986 | 10. Other |

PHS0060

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | Month/Year of Charting: | 09/07 | | | | | | | | | | | | | | | | | | | | |

**Nitroglycerin 0.4MG SL Tab (Bottle) 1**

Dissolve one tablet under tongue as needed as directed

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*1 bottle given 8/9/07*

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796171

---

**Motrin 600mg PO BID PRN x 10 day**

Start Date: 8-27-07    Prescriber: N Whatley CRNP
Stop Date: 9-7-07    RX #:

---

**Robaxin 500mg PO BID x 10 day**

Start Date: 8-27-07    Prescriber: N Whatley CRNP
Stop Date: 9-7-07    RX #:

---

**Motrin 600mg PO BID x 10d PRN**

Start Date: 9-13-07    Prescriber: Adams
Stop Date: 9-22-07    RX #:

---

**CTM PO BID x 3 day**

Start Date: 9-20-07    Prescriber: Dr. Coclues
Stop Date: 9-22-07    RX #:

---

**HCTZ 25mg PO qd 50mg**

*KOP*

Start Date: 9-19-07    Prescriber: N Whatley CRNP
Stop Date: 12-17-07    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | A | J. Gilliam, LPN | TS | 1. Discontinued Order |
| Allergies NKA *Demerol* | | NB | K. Jones | | 2. Refused |
| | | | M. Montgomery | | 3. Patient out of facility |
| Housing Unit: Population | | | S. Packer, LPN | | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| **Lee, Calvin** | | | Date of Birth: 05-16-1986 | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Frank Lee

| Facility Name: | | | | | | | | | | | | | Month/Year of Charting: 9/07 | | | | | | | | | | | | | | | 3 of 3 | | | |

Benadryl 25mg ÷ PO
Bid X 5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St    Start Date: 9-28-07    Prescriber: PP
       Stop Date: 10-3-07    RX #:

Tylenol ES ÷ PO
Bid X 5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St    Start Date: 9-28-07    Prescriber: PP
       Stop Date: 10-3-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor LPN | St | K Jones | | 1. Discontinued Order |
| Allergies Demerol | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | | | 8. Medication Held |
| | | | Date of Birth: 3-16-52 | | 9. No Show |
| | | | | | 10. Other |

PHS0062

| Facility Name: FLYC | | Month/Year of Charting: 8/07 | |

**Quar 80mg Ṫ Puff BID** K90

K O P — Cal Order 8-9-06 10

Start Date: 8-6-7  Stop Date: 11-6-7  Prescriber: Mahood CRNP  RX #:

**Zocor 10mg Ṫ PO ghs** X90

S O P — # 30 given 8/9/07 ✓Cal Order

Start Date: 8-6-7  Stop Date: 11-6-7  Prescriber: Mahood CRNP  RX #:

**Lisinopril 10mg Ṫ PO qd** X90

K O P — # 30 given 8/9/07 ✓Cal Order

Start Date: 8-6-7  Stop Date: 11-6-7  Prescriber: Mahood CRNP  RX #:

**ECASA 81mg Ṫ PO qd** X90

K O P — # given 8/9/07 ✓Cal Order

Start Date: 8-6-7  Stop Date: 11-6-7  Prescriber: Mahood CRNP  RX #:

**Zantac 300mg Ṫ PO BID x 90 days**

K O P — #180 given ✓Cal Order

Start Date: 8/6/7  Stop Date: 11/6/7  Prescriber: Mahood crnp  RX #:

**Metoprolol 50mg Ṫ PO q d x 90 days**

K O P — #25 given 8/9/07 ✓Cal Order

Start Date: 8/6/07  Stop Date: 11/6/07  Prescriber: Mahood crnp  RX #:

Diagnosis: Demerol
Allergies: 152056
Housing Unit:
Patient ID Number:
Patient Name: Lee, Calvin

Nurse's Signature: S Taylor LPN  Initial: ST
Nurse's Signature: Jackson  Initial: SC
Date of Birth: 3/16/56

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

PHS0063

| Facility Name: PLYC | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 8/07

NTG 0.4 mg SL
PRN x 90 days

Start Date: 8/6/07   Prescriber: Mahrod, cnp
Stop Date: 11/6/07   RX #:

D/C HCTZ

Start Date: 8/6/07   Prescriber:
Stop Date:   RX #:

Bactrim DS 1 PO
Bid x 7d

Start Date: 8-13-07   Prescriber: Adams
Stop Date: 8-20-09   RX #:

Diagnosis
Allergies: Demerol
Housing Unit:
Patient ID Number: 152056
Patient Name: Lisk, Colvin

Date of Birth: 3/16/56

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

PHS0064

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | Month/Year of Charting: 08/07 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Simvastatin ( for Zocor ) 10MG Tab 30.00

Take 1 tablet(s) by mouth at bedtime

KOP St

Start Date: 05-22-2007  Stop Date: 08-19-2007  Prescriber: Mahood, Megan  RX #: 252601679  #30  7-17-07

Albuterol HFA puffs Tid/PRN X30days KOP

St  Start Date: 7-27-07  Stop Date: 8-27-07  Prescriber: Calix, MD

Nasal Decongestant Nasal Spray X30 days

KOP

Start Date: 8-3-07  Stop Date: 9-3-07  Prescriber: Corbier

Diagnosis

Allergies: Demerol  NKA

Housing Unit: Population
Patient ID Number: 152056
Patient Name:

Lee, Calvin

Nurse's Signature: S Taylor LPN / K Jones  Initial
Nurse's Signature: T Parker, LPN  Initial: TP
S Erickson

Date of Birth: 05-16-1986

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

PHS0065

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg
c̄ PO BID
PRN X10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6

6

Start Date: 8-27-7    Prescriber: Whatley crews

Stop Date: 9-7-7    RX #:

Robaxin 500mg
c̄ PO BID
X10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6

6

Start Date: 8-27-7    Prescriber: Whatley CRNP

Stop Date: 9-7-7    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | E. Ellis, RN | EE | | | 1. Discontinued Order |
| Allergies Demerol | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: 15-2056 | | | | | 4. Charted in Error |
| Patient ID Number: | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin. | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | Date of Birth: 3-16-56 | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 08/07 | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aspirin EC 81MG EC Tab    30.00<br><br>Take 1 tablet(s) by mouth every morning<br><br>**KOP** | 6A<br><br>St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ← | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 05-01-2007 | Prescriber: Guice, D. | #30 |
| Stop Date: 08-28-2007 | RX #: 252546111 | 7-17-07 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00<br><br>Take one-half (1/2) tablet(s) by mouth daily<br><br>**KOP** | 6A<br><br>St | | | | DC'd 8/6/07 | | | | | | | | | | | | | | | | | | | | | | | | | ← | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 05-01-2007 | Prescriber: Guice, D. | #30 |
| Stop Date: 08-28-2007 | RX #: 252546113 | 7-17-07 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lisinopril 10MG Tab    30.00<br><br>Take 1 tablet(s) by mouth daily<br><br>**KOP** | 6A<br><br>St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ← | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 05-01-2007 | Prescriber: Guice, D. | #29 |
| Stop Date: 08-28-2007 | RX #: 252546115 | 7-29-07 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine HCl ( for Zantac ) 300MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily<br><br>**KOP** | 6A<br>6P<br><br>St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ← | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 05-01-2007 | Prescriber: Guice, D. | |
| Stop Date: 08-28-2007 | RX #: 252546117 | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metoprolol Tartrate 50MG Tab 30.00<br><br>Take 1 tablet(s) by mouth daily<br><br>**KOP** | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ← | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 05-01-2007 | Prescriber: Guice, D. | |
| Stop Date: 08-28-2007 | RX #: 252546120 | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meclizine HCl ( for Antivert ) 12.5MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily as needed | 6A<br>6P<br><br>St | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date: 07-11-2007 | Prescriber: Corbier, Paul | |
| Stop Date: 08-09-2007 | RX #: 252724844 | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Allergies: Demerol<br>NKA | M Brown N | NB | | | |
| Housing Unit: Population<br>Patient ID Number: 152056<br>Patient Name:<br>**Lee, Calvin** | A. Jackson | AG | | | |
| | | | Date of Birth: | **05-16-1986** | |

PHS0067

Facility Name: Frankee     Month/Year of Charting: July 07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Antivert 12.5 mg
ī P.O BID/PRN X30days

Not KOP

| Hour 6A / 6P |
| 2B | Start Date: 7.10.07 | Prescriber: Dr. P. Corbier |
| | Stop Date: 8.7.07 | RX #: |

Albuterol HFA
# puffs TID/PRN
X 30d

| Hour 6A / 12N / 6P |
| 2B | Start Date: 7/27/07 | Prescriber: Corbier |
| | Stop Date: 8/27/07 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | T. Bauman RN | 2B | L. Parker, LPN | | 1. Discontinued Order |
| Allergies: Demerol | B. Davis | | S. Taylor RN | | 2. Refused |
| | N. Bhopal CP | NB | T. Harshey | NS | 3. Patient out of facility |
| Housing Unit: | L. Galloon LPN | | | | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | Date of Birth: 5.16.56 | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0068

# Facility Name: Frank Lee Youth Center

Month/Year of Charting: 07/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth every morning

KOP

6A  St

#30 given 6-18-07    7/17/07 (30) X

Start Date: 05-01-2007    Stop Date: 08-28-2007    Prescriber: Guice, D.    RX #: 252546111

---

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

KOP

6A  St

#30 gin 6-18-07    7/17/07 (15) X

Start Date: 05-01-2007    Stop Date: 08-28-2007    Prescriber: Guice, D.    RX #: 252546113

---

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

6A  St

#29 given 7-25-07 NB

Start Date: 05-01-2007    Stop Date: 08-28-2007    Prescriber: Guice, D.    RX #: 252546115

---

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

6A  6P  St

#60 gin 6-12-07    7/17/07 (60) J

Start Date: 05-01-2007    Stop Date: 08-28-2007    Prescriber: Guice, D.    RX #: 252546117

---

**Metoprolol Tartrate 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

6A  St

#30 gin 6-18-07    7-17-07 (30) X

Start Date: 05-01-2007    Stop Date: 08-28-2007    Prescriber: Guice, D.    RX #: 252546120

---

**Simvastatin ( for Zocor ) 10MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

KOP

6P  St

7/17/07 (30) X

Start Date: 05-22-2007    Stop Date: 08-19-2007    Prescriber: Mahood, Megan    RX #: 252601679

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor RN | St | K Jones | KJ | 1. Discontinued Order |
| | | | J Bowman | | 2. Refused |
| | | | N Baylea | NB | 3. Patient out of facility |
| | | | J Carlton | | 4. Charted in Error |

Allergies: NKA    Demerol

Housing Unit: Population
Patient ID Number: 152056
Patient Name:

**Lee, Calvin**

Date of Birth: 05-16-1986

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

PHS0069

Handlee

III of III

| Facility Name: | | | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | |

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Percogesic # PO Bid PRN x90d**
Hour: 6A / 6P
Start Date: 4-21-07  Prescriber: Atkins, S
Stop Date: 7-9-07  RX #:
Initial: St

**Artificial Tears 1 or 2 gtts (B) eyes X 30d PRN KOP**
Hour: K / O / P
P: 1 gtt 6-25-07
Start Date: 6-25-07  Prescriber: Mahood
Stop Date: 7-25-07  RX #:
Initial: St

**Saline Nasal spray X30d KOP**
Hour: K / O / P
P: 1 gtt 6-25-07
Start Date: 6-25-07  Prescriber: Mahood
Stop Date: 7-25-07  RX #:
Initial: St

**Bactrim DS # PO Bid X14d**
Hour: 6A / 6P
Start Date: 6-25-07  Prescriber: Mahood
Stop Date: 7-9-07  RX #:
Initial: St

**Tylenol 650mg # PO Bid PRN**
Hour: 6A / 6P
Start Date: 6-25-07  Prescriber: Mahood
Stop Date: 7-9-07  RX #:
Initial: St

**Antivert 12.5mg # PO BID/PRN x5 day**
Hour: 6A / 6P
Start Date: 6-25-07  Prescriber: Mahood
Stop Date: 7-3-07  RX #:
Initial: St

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Teodoro RN | St | S. Parker, LVN | JP | 1. Discontinued Order |
| Allergies: Demoral | D. Bowman LPN | DB | Jones | | 2. Refused |
| | E. Ellis, RN | EE | | | 3. Patient out of facility |
| Housing Unit: | Jackson | J | D. Jackson RN | JB | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | | Date of Birth: 5-16-86 | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0070

| Facility Name: FYC | | Month/Year of Charting: 6/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Artifical tears**

X30

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-25-7   RX #:

**Antivert 12.5mg
c̄ PO BID
PRN    X5d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Pm | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-3-7   RX #:

**Saline nasel spray**

X30

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-25-7   RX #:

**Bactrim DS
c̄ PO BID
X14**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Pm | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-9-7   RX #:

**Tylenol 650mg
c̄ PO BID
PRN**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Pm | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-9-7   RX #:

**DC IM 6-25-7
DC motrin 6-25-7**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | E. Ellis RN | EE | J. Parker LPN | JP | 1. Discontinued Order |
| Allergies | | | K. Jones | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | | | 8. Medication Held |
| | | | Date of Birth: 5-16-54 | | 9. No Show |
| | | | | | 10. Other |

PHS0071

Frank Lee

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: 8/07 | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg PO
Bid x5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-22-07  Prescriber: PP
Stop Date: 6-27-07  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Parker, CNA | | K Jones | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Allergies: Demoral | | | | | |
| Housing Unit: | | | | | |
| Patient ID Number: 152056 | | | | | |
| Patient Name: Lee, Calvin | | | Date of Birth: 5-16-56 | | |

PHS0072

| Facility Name: Frankle | | | Month/Year of Charting: 6/07 | |

**Albuteral MDI ҭ puffs Qid/PRN X 30d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | 1 given 5-2-07 | | | | | | | | | 6-21-07 H | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 4-25-07   Prescriber: Bruce
    Stop Date: 8-25-07    RX #:

**Quvar 80mg ҭ puffs Bid X 90d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | 1 given 5-1-07 | | | | | | | | | 6-13-07 X | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 4-30-07   Prescriber: Mayhood
    Stop Date: 7-30-07    RX #:

**NTG SL 0.4mg PRN KOP X 90d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | 1 bottle | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | given 5-21-07 | | | | | | | | | 1 bottle | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | given 6-25-07 | | | | | | | | | | | | | | | | | |

St  Start Date: 5-21-07   Prescriber: Mayhood
    Stop Date: 8-21-07    RX #:

**Artificial Tears KOP X 30d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | 1 bottle given error | | | | | | | | | | | | | | | | | |
| P | | given 5-21-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 5-21-07   Prescriber: Mayhood
    Stop Date: 6-21-07    RX #:

**Zocar 10mg ҭ PO Q HS X 90 days**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 5/21/07   Prescriber: Mayhood
    Stop Date: 8/21/07    RX #:

**CTM 4mg ҭ PO Bid X 5 days**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-22-07   Prescriber: PP
    Stop Date: 6-27-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | ST | S. Parker, LPN | SP | 1. Discontinued Order |
| Allergies: Demerol | A. Tipper RN | AT | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 15205b | | | | | 6. Self Administered |
| Patient Name: | | | Jackson | | 7. Medication out of Stock |
| Lee, Cailtin | | | Date of Birth: 5-16-56 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | | Month/Year of Charting: 06/07 | | | | | | | | | | | | | | | | |

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 05-01-2007
Stop Date: 08-28-2007
Prescriber: Guice, D.
RX #: 252546111

P    30-5-2-07

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

Start Date: 05-01-2007
Stop Date: 08-28-2007
Prescriber: Guice, D.
RX #: 252546113

P    30-5-2-07

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 05-01-2007
Stop Date: 08-28-2007
Prescriber: Guice, D.
RX #: 252546115

P    60-5-2-07

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 05-01-2007
Stop Date: 08-28-2007
Prescriber: Guice, D.
RX #: 252546117

P    84-5-2-07

**Metoprolol Tartrate 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 05-01-2007
Stop Date: 08-28-2007
Prescriber: Guice, D.
RX #: 252546120

P    5-2-07    #30

**Percogesic 30-325MG Tab    120.00**

Take 2 tablet(s) by mouth twice daily as needed

Start Date: 04-21-2007
Stop Date: 07-19-2007
Prescriber: Adams, Bradford
RX #: 252528132

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | E. Ellison | EE | 1. Discontinued Order |
| Allergies  Demerol | A. Rippmson RN | AT | G. Parker, LPN | HP | 2. Refused |
| NKA | | | Jones | | 3. Patient out of facility |
| | | | Jackson | | 4. Charted in Error |
| Housing Unit:  Population | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | | | | 8. Medication Held |
| | | | Date of Birth: 05-16-1986 | | 9. No Show |
| | | | | | 10. Other |

PHS0074



American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:   **LEE, CALVIN**                          DOB:   05/16/1956
PHYSICIAN: BAKER                                    DOS:   11/28/2007
LOCATION:  KILBY CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN

EXAM TYPE:   PORTABLE BILATERAL KNEES

FINDINGS:    AP and lateral views of both knees demonstrate no fracture, dislocation, or
             subluxation.  There is no joint effusion.  Alignment is excellent.  Bone
             density is normal and uniform.  There is mild degenerative change
             consistent with age but no unusual arthropathy.  The soft tissue planes are
             overpenetrated without radiopaque foreign body.  Degenerative change is
             slightly worse on the left than the right.

IMPRESSION:  MILD DEGENERATIVE CHANGE, WORSE ON THE LEFT THAN THE
             RIGHT.

ANNE GLASER MD

D: 11/28/2007 12:00:35 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Page 1 of 1

PHS0075



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 11/12/07

### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _neg_

pH _6_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _neg_

GLUCOSE _normal_

Bilirubin _neg_
HCG

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Lee | Calvin | 152056 | 5/16/56 | B/m | ?LYC |

PHS-MD-70012                **LABORATORY REPORTS**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 9/10/07

**URINALYSIS**

LEUKOCYTES _____ neg

NITRITE _____ Neg

UROBILINOGEN _____ 0.2

PROTEIN _____ Neg

pH _____ 5.0

BLOOD _____ neg

SPEC. GRAVITY _____ 1.030

KETONE _____ neg

GLUCOSE _____ neg

Bilirubin _____ neg

~~HCG~~

(Add: Final Labs Here)

OL
9/10/07

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee Calvin | 152056 | 5/16/56 | B/m | 7L4C |

PHS-MD-70012

**LABORATORY REPORTS**

PHS0077

PHS

DEPARTMENT OF CORRECTIONS

DATE: 8-6-7

### URINALYSIS

LEUKOCYTES     Neg                    BLOOD          Neg

NITRITE        Neg                    SPEC. GRAVITY  1.030

UROBILINOGEN   0.2                    KETONE         Neg

PROTEIN        Neg                    GLUCOSE        Neg

pH             5.0                    Neg  Bilirubin

(Add: Final Labs Here)

JR 8/6/7

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-56 | BM | F'/LC |

LABORATORY REPORTS

PHS-MD-70012

# BioReference
## LABORATORIES

| | |
|---|---|
| **D O C T O R**<br>KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507<br><br>(A0110-0)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-  Original Report 08/08/2007 |

| NAME<br>LEE, CALVIN | PATIENT I.D. / ROOM NO.<br>152056 | | DOCTOR / GROUP NAME<br>DR. MAHOOD | | |
|---|---|---|---|---|---|
| LAB I.D. NO.<br>105271742 | DATE COLLECTED<br>08/08/2007 | DATE RECEIVED<br>08/08/2007 13:41 | DATE OF REPORT<br>8/8/2007 03:57 | AGE<br>51 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : PANEL 2052, ,

Comment :
        FLYC

------------------------------* CHEMISTRY *------------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.3 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 83 | | 70-109 | mg/dL |
| Sodium | 142 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 103 | | 96-108 | mmol/L |
| CO2 | 24 | | 21-29 | mmol/L |
| BUN | 14 | | 7-25 | mg/dl |
| * Creatinine | 1.2 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11.7 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.9 | | 2.4-7.0 | mg/dl |
| Iron | 68 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 168 | | 94-250 | u/l |
| Alk Phos | 79 | | 39-120 | u/l |
| AST (SGOT) | 19 | | < 37 | u/l |
| Phosphorous | 3.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 18 | | < 40 | u/L |
| G-GTP | 33 | | 7-51 | u/L |

******************************************************************************
* GFR, Estimated = 67.73 mL/min/1.73m2

******************************************************************************

------------------------* CARDIOVASCULAR/LIPIDS *------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Cholesterol | 174 | | < 200 | mg/dl |
| Triglycerides | 109 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 51 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 29 | | % |
| Chol/HDL Ratio | | 3.41 | | |
| LDL/HDL Ratio | 2.00 | | 0-3.55 | |
| LDL Cholesterol | | 102 HI | < 100 | mg/dL |

Continued on Next Page

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

PHS0079

**BR** BioReference
LABORATORIES

| DOCTOR | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507<br><br>(A0110-0)  Bio-Net Print | BOOK/CASE:<br><br>-FINAL- Original Report 08/08/2007 |
|---|---|---|

| NAME<br>LEE, CALVIN | PATIENT I.D. / ROOM NO.<br>152056 | DOCTOR / GROUP NAME<br>DR. MAHOOD | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>105271742 | DATE COLLECTED<br>08/08/2007 | DATE RECEIVED<br>08/08/2007 13:41 | DATE OF REPORT<br>8/8/2007 03:57 | AGE<br>51 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

-----------------------------* HEMATOLOGY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 4.0 | | 3.40-11.80 | x10(3) |
| RBC | | 6.1 HI | 4.20-5.90 | x10(6) |
| HGB | 14.2 | | 12.3-17.0 | gm/dl |
| HCT | 48.2 | | 39.3-52.5 | % |
| MCV | | 79.3 LO | 80.0-100.0 | FL |
| MCH | | 23.4 LO | 25.0-34.1 | pg |
| MCHC | | 29.5 LO | 30.0-35.0 | gm/dl |
| RDW | | 18.0 HI | 10.9-16.9 | % |
| POLYS | | 34 LO | 36-78 | % |
| POLYS   - COUNT,ABS | 1360 | | 1224-9204 | |
| LYMPHS | | 50 HI | 12-48 | % |
| LYMPHS  - COUNT,ABS | 2000 | | 408-5664 | |
| EOS | 3 | | 0-8 | % |
| EOS     - COUNT,ABS | 120 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS   - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 13 | | 0-13 | % |
| MONOS   - COUNT,ABS | 520 | | 170-1416 | |
| Platelet Count | 211 | | 144-400 | x10(3) |

----------------------------* MISCELLANEOUS *----------------------------

| Test | Result | Abnormal | Reference Range |
|---|---|---|---|
| TSH | 1.730 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 5.3 | | 4.5-12.0 ug/dL |
| T3 UPTAKE | 29.4 | | 24.3-39.0% |
| FREE T4 INDEX | 1.6 | | 1.1-4.5 |

Final Report                              Page: 2





James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4256 Rev 1/05

PHS0080



**BioReference** LABORATORIES

| DOCTOR | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507 | BOOK/CASE: |
|---|---|---|

-FINAL- Original Report 08/08/2007

(A0110-0)  Bio-Net Print

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| HENDERSON, RANDALL | 238739 | DR. MAHOOD |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271744 | 08/06/2007 | 08/08/2007 13:32 | 8/8/2007 02:18 | 24 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CPK, ,

Comment :
       NON FASTING
---------------------------* MISCELLANEOUS *-----------------------------

CK(CPK,TOTAL)                    230 HI        38-174M/26-140F
                         Final Report                       Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

PHS0081



lee,calvin
ID:          152056

D.O.B.: 05/16/1956
MALE
Meds:
Class:
Dr:          mahood
Tech:        exum

51 YEARS

08/06/2007 8:35:50

| | | |
|---|---|---|
| Vent. Rate: | 53 | bpm |
| RR Interval: | 1131 | ms |
| PR Interval: | 186 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 420 | ms |
| QTc Interval: | 408 | ms |
| QT Dispersion: | 50 | ms |
| P-R-T AXIS: | 48° | 29° | 16° |

SINUS BRADYCARDIA
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE    * Unconfirmed Analysis

1)SB
2)No ∆ from prev.

CORRECTIONAL MEDICAL SERVICES
INFORMED CONSENT

_Calvin AlPHouse Lee_
Name of Inmate

_12-07-07_
Date

_152056     05-16-1956_
Inmate ID Number / Date of Birth

I hereby authorize Dr(s). _Andria P. Caldwell_ and Correctional Medical Services
employees and agents to perform the following procedure(s):
_Clean Teeth_

I understand the above procedure(s) is/are necessary to treat my condition and has/have been
fully explained.  I also understand the nature of any risks associated with this procedure(s),
which has/have been explained to me.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees
have been made as to the outcome of this procedure(s).

I sign this consent willingly and voluntarily in full understanding of the above.

_Calvin A. Lee_
Inmate Signature

_Andria P. Caldwell DDS_
Witness

_12-07-07     10:30 am_
Date / Time

_Ethel R. Gowdy DA_
Witness

CMS 7172  REV. 8/01/02

PHS0083

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: *Calvin Alphanse Lee*    ID#: *152056*    RACE: *BIK*    DOB: *05-16-1954*

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|
|  |  |

Date of Initial Examination: *2/7/07*

Initial Classification:

Oral Pathology:

   Gingivitis

   Vincent's Infection

   Stomatis

   Other Findings

Occlusion

Roentgenograms:

   Periapical

   Bitewing

   Panarex

| TOOTH | PRIORITY LIST |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | | ✓ |
| Anemia | | | Glaucoma | | ✓ |
| Asthma or other respiratory problems | ✓ | | Heart disease or murmur | | ✓ |
| Blood pressure conditions | ✓ | | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | |
| Fainting | ✓ | | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

CMS 7103 REV. 10/94

75

PHS0084

| SERVICES RENDERED | | | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
| 12/7/07 | | | Med Hx update, Signs Scale Supra+Sub ging generalized. Pt had heavy calculus Deposits c moderate bleeding upon probing. OHI given |
| | | | |
| | | | |

# HYPERTENSION CLINIC
## Q 3-6 months

Name _Lee, Calvin_ DOB: _5/16/56_ AIS#: _152056_ R/S _B/M_

*(margin notes: Asthma, Hyperlipidemia)*

## PATIENT HISTORY

Date of Diagnosis: _© 1989_

Current Meds: _HCTZ, Norvasc, ASA 81mg, metoprolol 50mg, Zantac, Lisinopril_    _NTG SL PRN_

Diet/exercise history: _diet / walks daily_    Compliant? _Yes_    No

*(margin note: allergic - general)*

### Risk factors (check all that apply)

___ Family History  ___ Smoker  ___ Diabetes  ___ Alcoholism  ✓ Drug Abuse  ___ Obesity  ___ CHF  ___ Hyperlipidemia  ___ Renal Disease

*(note: Mom, Dad)*

*(note: No PF meter @ todays visit - will rev next month  T-98.0)*

| VARIABLE | Date 4/30/07 | | | Date 8/6/07 T 98.9 | | | Date 11-12-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 124/73 | 256 | 54 | 118/62 | 260 | 61 | 110/60 | 200 | 74 |
| CP | No cardiac cath 2005 CP 1x/month | | | CP daily | | | ∅ | | |
| Exertional Dyspnea | ⊕ occasionally | | | ⊕ assoc dyspnea | | | ∅ | | |
| Orthopnea | | | | | | | ∅ | | |
| Fundi exam annually | 8/5/06 - ↑ in blurred vision | | | ord 8/6/07 | | | 8/6/07 | | |
| General Appearance | NAD, WD, WN | | | NAD, WD, WN | | | | | |
| Heart | S1, S2 σ/m/G/R/C | | | S1 S2 σ m/G/ rub | | | | | |
| JVD/Carotid Bruits | ⊖JVD / ⊖bruits | | | ⊖ on 45° ⊖ bruits | | | | | |
| Lungs | CTAB | | | CTAB | | | all ∅ | | |
| Abdomen | B/S/NT ⊕Bony ⊖ HSM | | | B/S/NT ⊕BSM | | | | | |
| Periph. Pulses/edema | +2 DP/PT ⊖ edema | | | +2 DP/PT ⊖ edema | | | 2+ / ∅ | | |

*(notes: 12 lead EKG SB & PVC 9/17/06    BUN 12 Creat 1.1    12 lead EKG: PF's 430/460/453)*

| | | | |
|---|---|---|---|
| BMP per MD/NP order | Na 141 K+4.2 | | |
| DPII annually 7/27/6 | LFTs WNL / LDL 100 | | §-8-07 |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| CXRAY | 9/1/06 ↑ interstitial lung marking | 3/8/07 : Neg | 3/07 |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | HTN, Hyperlipidemia, Asthma | HTN, Hyperlipidemia Asthma | glu. 11-12-7 |
| Completed Master Problem Sheet | Yes | Yes | |
| Next F/U | 3 mths cc | 3 mths cc | 9 |
| Signature | | | |

## SHORT TERM GOALS

1 Continue current BP meds
2 Continue albuterol PRN

## LONG TERM GOALS

1 prevent CAD
2 Wt loss

3 Add QVAR 80mg II puffs BID
4 No added salt diet
5 Obtain records cardiac cath 2005
6

7 will F/U prn 2wks re CP
8 report AMI

PHS0086

4/30/07
1030

S: Pt also here for SC w/ c/o dizziness/equilibrium off x 1wk. c̄ blurred vision. ~~orthostatic~~ PMH: HTN, asthma, hyperlipidemia, Seasonal allergies. c/o PND, ear fullness, itchy/watery eyes since 2/07. H/o new glasses. Last optometrist visit 8/25/06

O: See exam on reverse
orthostatic VS: — 138/86 (52) L 140/84 (57) ↑ 148/86 (58)
HEENT: Ⓑ TM's dull. Nares boggy w/ clear nasal d/c ⊕ PND. ⊝ lymphadenopathy. Conjunctival erythema (mild). PERRLA EOMI

A: 1) Seasonal allergy

P: 1) CTM 8 mg PO BID
2) Artificial Tears PRN
3) F/U PRN
4) Ref. optometrist 2° blurred vision

[signature], CRNP

8/6/07 Cardiac cath records received → will review.
↑ in freq of episodes of CP → Cardiac risk factors: Hyperlipidemia HTN. ⊝ smoker ⊝ family h/o CAD.
∆ in EKG from previous. Asthma improved on QVAR → also will use ↓ to 2x/dy. LDL goal <100 - will rev lipids today & ↑ zocor if needed to attain goal. Cont LF/LC diet / No added salt diet & exercise. Cont curr meds, but DC HCTZ. cc meds rev — will c/w Dr. Corbier re: ↑CP & cardiac cath records. Consult c̄ CRNP

[signature] CRNP

PHS
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

| I. HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | ✓ | | At times |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | ✓ | | Sometimes |
| Other Illnesses (Details) | ✓ | | HTN |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | Demerol |

Weight 200 Height 5'11 Temp 97.9 Pulse 46 Resp 18 Blood Presssure 138/100

Eye Exam: 20/40 OD 20/50 OS 20/40 OU wears glasses

**If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.**

II. TESTING – (LPN or RN)

| | RESULTS |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 9-15-7 Site LFA; Read on 9-18-7 Results 0 mm |
| Past Positive TB Skin Test → | **Survey Completed** |
| (Chest x-ray if clinical symptoms) | Date 9-10-7 Results |
| RPR (q 3 yrs) | Date 12-30-04 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | 8-6-07 |
| Cholesterol (at 35 then q 5 yrs) | 174 |
| Finger Stick Blood Sugar | Results 123 |
| *** If > than 200 repeat Finger Stick BS within 48 hours** | Results |
| Optometry Exam (@ 50 if not already seen) | |
| Mammogram (females @ 40, q 1 yr/other M.D. order) | Date Results |

III. PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

| | |
|---|---|
| Heart | RRR - [illegible] |
| Lungs | [illegible] |
| Breast Exam | neg |
| Rectal (yearly after 45) | Results |
| with Hemoccult | Results [illegible] |
| Pelvic and PAP (q 1 yr) | Date Results |

Facility FLYC Nurse Signature [signature] Date 9-10-7

M.D. or Mid-Level Signature [signature] Date 10/15/07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-54 | BM |

60513-AL 5/15/06

*Mental Health*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_    Date of Request: _11-08-07_
ID # _152056_    Date of Birth: _05-16-56_ Location: _F.L.Y.C._
Nature of problem or request: _Effect's from the shooting of Inmate_
_on the Institutional Grounds._

_Calvin A. Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0089

*Mental Health*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_    Date of Request: _11-06-07_
ID # _152056_    Date of Birth: _05-16-56_ Location: _F.L.4.C._
Nature of problem or request: _Effects from the shooting of inmate_
_on the Institutional Grounds_

_Calvin G. Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

+------------------------------------+
|            RECEIVED                |
| Date:                              |
| Time:                              |
| Receiving Nurse Intials _____    |
+------------------------------------+

**(S)ubjective:**

**(O)bjective    (V/S):  T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0090

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN**

Inmate's Housing Location: _____    Institution: *FLYC*
Treatment Coordinator: *Darrah*

Plan Application and Review Frequency:
Crisis Cell:____ MH Observation____ Suicide Watch (one time)    Outpatient: *X* (6 months)
RTU:____ (weekly, bimonthly, monthly)    SU:____ (weekly)

DSM IV Diagnosis:
Axis I: *Adjustment D/O ē Depressed mood*
Axis II: *deferred*
Axis III: *see medical hx.*
Axis IV: *Incarceration*
Axis V: GAF *→ 70*

| Problem # 1 *Im has excessive Anger built up* | Initiation Date: *4/17/07* |
|---|---|

Goal: *Eliminating Anger outburst*

Target Date for Resolution: *Six months*

Intervention: *1) Anger mangement training (Just completed 8 week group) 2) Exposure to emotional cues 3) Cognitive restructuring 4) TC to see monthly for 1:1 counseling*

Staff Member(s) Responsible: *TX TEAM*    Frequency: *monthly*

| Problem # 2 *Irritability* | Initiation Date: *4/17/07* |
|---|---|

Goal: *Increasing social contacts to three times a week*

Target Date for Resolution: *six months*

Intervention: *1) Activity Scheduling, support groups 2) Refer to problem solving group 3) continue 1:1 counseling c/ TC.*

Staff Member(s) Responsible: *TX TEAM*    Frequency: *monthly*

**Treatment Team Members**

Psychiatrist: *SBanerjee, MD.*    Date: _____
Supervising Psychologist: _____    Date: _____
Mental Health Nurse: _____    Date: *4/17/07*
Treatment Coordinator: _____    Date: _____
Inmate Agreement: *Calvin Lee*    Date: _____
Treatment Plan Review to be conducted by: *TX TEAM*    Review Date: *10/17/07*

| Inmate Name: *Calvin Lee* | Ais# *152056* |
|---|---|

Disposition: Medical File    Reference: AR ADOC 622,623, 630,632,633,635,638
ADOC Form MH-034 – June 28, 2004
Page____ of____

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_KILBY_

**INSTITUTION**

Lee, CALVIN                    152056    BM

**NAME**                       **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

KOP-Soft Knee Braces X 60 days

Keylock Profile X 180 days

Bottom Bunk Profile X 14 days

**Instructions:** KOP-Ocean Nasal Spray X 180d

KOP-Albuterol Inhaler X 180 days

KOP-Q-VAR 80mcg X 180d

KOP liquifilm Tears X 180 days

_Failure to follow the directions above may result in a disciplinary._

11-28-07                    VO M.Baller CRNP/

**Date Issued**             **Signature**

**F-53**

**Prison Health Services**

## REFUSAL OF TREATMENT FORM

Institution: _7 2 4 C_

Resident's Name: _Lee Calvin_     ID# _15 205 6_

D.O.B. _5/16/56_

I, _Calvin Lee_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _Rectal exam_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_____     _____
Patient Signature

Date _9/10/07_     Time _____

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

HS MD-70108



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10-22-7_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Lee, Calvin_          **ID#:** _152056_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_KOP Bandages + Gauze + X 10d_

_KOP Betadine X 10d_

_____

_____

**Date:** _10-22-7_   **MD Signature:** _____   **Time:** _____

60418

PHS0094



**PRISON HEALTH SERVICES INCORPORATED**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-4-07

**To:** Frank Lee

**From:** HCU

**Inmate Name:** Lee, Calvin          **ID#:** 152056

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Clipper shave profile x 60 days (10-4 to 11-4-07)

**Date:** 10-4-07    **MD Signature:** S. Tyler LPN    **Time:** 2¹⁰pm

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Elmore County Court_
(Agency)

_____
(Address)

From: _FLXC_
(Institution)

_____
(Address)

_334 567-1542_
(Telephone)

Inmate's Name: _Lee Colum_
a/k/a: _152056_
D.O.B.: _5/16/56_    SS #: _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_
**Person Completing Form**
Name: _A Clevery LPN_
Signature: _[signature]_
Date: _8/22/05_

---

**MEDICAL PROBLEM(S):**

HTN
Hyperlipidemia
Adjustment D/o c̄ Depressed Mood
(INremmission)
Asthma.

**TREATMENTS/MEDICATIONS:**

Zocor 10mg 1 po qHS
Lisinopril 10mg po qd
EC ASA 81mg po qd
Zantic 300mg 1 po Bid
Metoprolol 50mg 1 po qd
NTG 0.4mg SL PRN
Albuterol Inhaler 2puffs tid/PRN (HS?)
Qvar Inhaler 80mg 2 puffs Bid

---

**Allergies:** _Demerol_

**Pregnant:**    Yes    No    Unknown

**Other Lab Data:**

**TB Skin Test:**    NEG    POS 12/30/05    INH Tx complete
**CXR:**    NEG    POS    Date 5/18/0

**Test**
**RPR:** NEG POS    **Treated** Yes No    **Date** 12/30/04
**VDRL:** NEG POS    Yes No
**GC:** NEG POS    Yes No
**Other:** _____    Yes No

---

60109 (4/87)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _Cart_
(Agency)

_____
(Address)

_____

From: _Frank Lee_
(Institution)

_____
(Address)

(____)_____
(Telephone)

Inmate's Name: _Lee, Cahan_

a/k/a: _AIS 152056_

D.O.B.: _5/16/56_     SS #: _____

**Person Completing Form**

Name: _L Jackson LPN_

Signature: _L. Jackson LPN_

Date: _7/18/07_

---

**MEDICAL PROBLEM(S):**

HTN
Hyperlipidemia

**TREATMENTS/MEDICATIONS:**

Antivert 12.5mg ī P.O B.d
Aspirin EC 81mg ī po daily
HCTZ 25mg ɫ tab po daily
Lisinopril 10mg ī po daily
Zantac 300mg ī po bid
Lopressor 50mg g po daily
Zocor 10mg ī po @ h.s.

---

**Allergies:** Demerol

**Pregnant:** Yes (No) Unknown

**Other Lab Data:**

**TB Skin Test:** (NEG)  POS  Date _1/1/05 0mm_
**CXR:**  NEG  POS  Date _____

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | _____ |
| VDRL: | NEG | POS | Yes No | _____ |
| GC: | NEG | POS | Yes No | _____ |
| Other: | _____ | | Yes No | _____ |

---

60109 (4/87)

**WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE**

PHS0097



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Lee, Calvin_                     152056
  (Print Name)                        (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(X)   Other      describe _Knee brace_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Calvin Lee_                          _06/30/07_
(Inmate)                              (Date)

_Randall_                             _06/30/07_
(Witness)                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 5-16-56 | B/M | PLYC |

PHS-MD-70005

**(White – Medical File, Yellow – Security Property Officer)**

PHS0098



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## *Authorization for Release of Information*

To: _V. A. Medical Center_          From: _Megan Mahood CRNP_
_Dr. Ramsel_                              _FLYC_
_Mobile, AL_                              _Elmore, AL_


Patient: _Lee Calvin_            Inmate ID No.: _152·056_

Alias: _____           Social Security No: ___-___-___

Date of Birth: _5/16/56_         Date(s) of Service: _2002, 2003, 2004_

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[✓] Admission      [✓] Discharge      [✓] Operative Summary Reports

[✓] X-Ray      [✓] Special Studies Reports      [ ] HIV Test      [ ] T B Test

[✓] Laboratory Reports      [✓] Immunization History      [ ] Dental Treatment Records

[ ] Psychiatric Summary Report   [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records: _Cardiac Catheterization records 2003_
                          (Specify information requested)
_All records_

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Calvin A. Lee_ #152056               _6/4/07_
(Patient's Signature)                    (Date)

_Annie Nulling_                         _6/4/07_
(Witness' Signature)                     (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____          _____
(Signature and Title for PHS)                (Date)

60102  (11/02)

PHS0099

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _6-25-7_

To: _DOC_

From: _HCU_

Inmate Name: _Lee, Calvin_          ID#: _152056_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Lay in 1 hr Am + 1 hr PM X 2wks_

Date: _6-25-7_ MD Signature: _____ CRNP Time: _1000_

60418