```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

                                )
                                )
CALVIN A. LEE,AIS# 152056       )
         Plaintiff,             )
                                )
         Vs.                    )    Case # 2:07-CV-973-MEF
                                )
PAUL WHATLEY, et al.,           )
                                )
         Defendants.            )
                                )
```

**MOTION FOR EXTENSION OF TIME**

Come now the Alabama Board of Pardons and Paroles (hereafter "the Parole Board") and its former Chairman, Sidney Williams; its Executive Director, Cynthia Dillard; its former Executive Director, William Segrest; its former Director of Operations, Carolyn Flack; moving the Court for and extension of time to respond to the Complaint and submits the following in support thereof:

1. Defendants need additional time to adequately respond to the complaint.

2. Defendants Sidney William, William Segrest, and Carolyn Flack are retired from the agency.

    Additional time is needed to secure necessary affidavits supporting Defendant's denial of Plaintiff's averments.

3. Plaintiff's complaint against these Defendants involves his denial of parole.

4. The Parole Board has total discretion to grant and deny parole and Plaintiff is not likely to prevail in this action.

5. The Plaintiff will not be prejudiced by a short delay in the Defendant's response.

6. The requested extension of time is not intended to frustrate the Court or Plaintiff, and requested in good faith.

7. Defendants move for a **14-day extension** of time making their response **due on January 28th, 2008.**

Considering the above the Defendants move the Court for the stated extension of time.

                                      Respectfully submitted,

                                      TROY KING.
                                      ATTORNEY GENERAL
                                      KIN047

                                      GREGORY O. GRIFFIN, SR.
                                      CHIEF COUNSEL
                                      GRI026

>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: None

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

>**Calvin A. Lee**
>**AIS # 152056**
>**Draper Correctional Facility**
>**P.O. Box 1107**
>**Elmore, Alabama 36025**

Done this 14th day of January, 2008.

>Respectfully submitted,
>
>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130

```
Telephone: (334) 242-8700
Fax: (334) 353-4423
```
Steve.Sirmon@alabpp.gov