IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Segrest, Dillard, Williams, and Flack[1] on January 14, 2008, and for good cause, it is ORDERED that:

1. The motion for extension of time (Court Doc. No. 28), be and is hereby GRANTED; and

2. The defendants are GRANTED an extension from January 14, 2008 to January 28, 2008 to file their answer and written report.

Done this 15th day of January, 2008.

                                            /s/ Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Although the motion for extension of time if also filed on behalf of the Alabama Board of Pardons and Paroles, the court notes that this defendant was dismissed as a party to the case by order entered November 28, 2007.  (*See* Court Doc. No. 8).