IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Calvin Alphonse Lee #152056
  Plaintiff,

v.

Paul Whatley, et al.,
  Defendants,

Civil Action No. 2:07-CV-973-MEF

## Notice of Change of Address

The Plaintiff Calvin A. Lee #152056, in the above styled cause. And complying with an Order of the Court, and the Federal Rules of Civil Procedure. Hereby gives Notice to the Clerk of the Courts, and the Defendants of this action. That after January 24, 2008 any correspondences, or pleading, motion's or anything pertaining to this civil action. Be sent to the Plaintiff at his new address, listed below.

Calvin Alphonse Lee #152056
7216 8th Street
Mobile, Alabama 36608

Also the Plaintiff request that the Clerk of the Courts, also send any corresponde from Civil Action No. 2:07-CV-22-MHT. to the above listed address, also. And the Plaintiff has just recently filed other 1983 Complaints. That he has not received Civil Action No. to the complaint as of the date of this letter. And request that the Clerk of the Court also forward those orders and responses to the Plaintiff at the address above.

Sincerely, Submitted
Calvin G. Lee #152056, B211B, Pro Se
Draper Corr. Fac.
P.O. Box 1107
Elmore, Alabama 36025

# CERTIFICATE OF SERVICE

I do HEREBY CERTIFY that I have on this day the 09 day of January 2008, I Calvin Alphonse Lee has served a copy of the foregoing Notice of Change of Address. Upon the Clerk of the Courts, with a copy included also to be served upon the Attorney's for the Defendants. A true copy of the foregoing was placed in the U.S. Mail properly addressed and postage prepaid this the 09th day of January 2008.

Calvin A. Lee #152056, B211B
Draper Corr. Fac.
P.O. Box 1107
Elmore, Alabama 36025



Office of the Clerk
United States District Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"