**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CALVIN ALPHONSE LEE** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 2:07-CV-973-MEF** |
| **PAUL WHALEY, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Kathy Holt, Carolyn Golson, Debra Martin, Levan Thomas, Horace Burton, Janet Hicks, Harold McCray, Kenneth Lacey, and John Cummins, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of January, 2008, electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have

served a copy of the same upon the Plaintiff by United States Mail, postage prepaid and properly

addressed as follows:

Calvin Alphonse Lee
AIS 152056
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General