IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

CALVIN ALPHONSE LEE  )
_____, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:07-CV-973-MEF
)
PAUL WHALEY, et al. )
_____, )
)
    Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Prison Health Services, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent Company |
| Correctional Health Services, Inc. | Subsidiary of Same Parent Company |

1/15/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Prison Health Services, Inc. and Dr. Paul Corbier
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

CALVIN ALPHONSE LEE
_____,  )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    CASE NO. 2:07-CV-973-MEF
                                     )
PAUL WHALEY, et al.                  )
_____,  )
                                     )
    Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW __Dr. Paul Corbier__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1/15/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Prison Health Services, Inc. and Dr. Paul Corbier
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail / CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15th day of January 20 08, to:

Calvin Alphonse Lee, AIS 152056, 7216 8th Street, Mobile, AL 36608 (via U.S. Mail)

Jeffery H. Long, Office of the Attorney General, 11 South Union Street, Montgomery, AL 36130 (via CM/ECF)

1/15/2008                                           /s/ William R. Lunsford
Date                                                    Signature