

MONTGOMERY AL 361

23 JAN 2008 PM 1 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Calvin A. Lee #153056, B311B
Draper Corr. Fac.
P.O. Box 1107
Elmore, Alabama 36025

LEGAL USE ONLY

The correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

36101+0711