IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #152056
    Plaintiff

v.

Civil Action No. 2:07-cv-973-MEF

Paul Whatley, ET AL
    Defendant

RECEIVED
2008 MAR -7 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Notice of Change of Address

Comes Now the Plaintiff in complying with the Honorable Court requirements serve's notice upon the Clerk of the Courts and hereby serve a copy of the foregoing Notice of Change of Address upon the Attorney's for the Defendants. That the Plaintiff address, has changed from 7216 8th St, Mobile Al 36608. (New Address) 1306 Brooke Ave, Mobile Al 36605. As of March 3rd 2008.

Sincerely Submitted
Calvin A. Lee Pro-Se
Calvin A. Lee #152056
1306 Brooke Ave
Mobile Al 36605

### Certificate of Service

I do hereby certify that a copy of the foregoing Notice of Change of Address has been served upon the Clerk of the Courts and the Attorney's for the defendants. Done this the 3rd Day of March, 2008. By placing said same in the U.S. Mail properly addressed and postage prepaid.

Calvin A. Lee
1306 Brooke Ave.
Mobile, Al 36605

MOBILE AL 366
05 MAR 2008 PM 1 T

"LET US DARE TO READ,
THINK, SPEAK
John Adams, 17..
powerofthele..."

3610140711-11 8007

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, ALA 36101-0711