IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #152056
Plaintiff

vs.

Paul Whatley, et al.,
Defendant

Civil Action No. 2:07-CV-973-MEF

RECEIVED
2008 MAR -7  A 9:46
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REQUEST FOR EXTENSION OF TIME

Comes Now, the plaintiff Calvin A. Lee respectfully request and additional 90 days to in which to file his response in opposition to the defendants pleading, ordered on or before March 11, 2008. Also additional time as to any other order from the court as to responding to the defendants reports or other.

Also plaintiff request that the court grant his request, due to the hardship that reintegrating back into society. Has placed on the plaintiff an additional financial, mental and emotional hardship upon the plaintiff. And due to the plaintiff being untrained in law. The plaintiff request that the honorable court. Grant plaintiff an attorney to represent him or allow for the plaintiff to seek employment. And aquire the service's of and experience attorney to represent him in the pending matter. Upon consideration of these's hardships and other circumstances not mentioned the plaintiff prays that the honorable court will grant this request for and extension of time to comply with its orders and other pleadings. And the fact that once the plaintiff receives these orders from the court there is only a couple of days before a reply is due.

Sincerely Submitted
Calvin G. Lee Pro.
Calvin A. Lee #152056
1306 Brooke Ave
Mobile, Al 36604

### Certificate of Service

I hereby certify that a copy of the foregoing has been served upon the defendants attorney by placing said same in the U.S. mail postage prepaid and properly addressed. This the 3rd day of March 2008.