In The United States District Court
For The Middle District of Alabama

Calvin Alphonse Lee #152056
  Plaintiff

v.                                  Civil Action No. 2:07-CV-973-MEF

Paul Whatley et al
  Defendant

RECEIVED
2008 MAR -7 A 9:45
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Response To Court Order

In Response to the order, that the Honorable Court issued, January 08, 2008 Recommending that the plaintiff furnish the Clerks office with the correct address for the individual, before January 23, 2008. Sir this request represent a very unusual circumstances. Because if you were unable to serve the defendant (1) He is purposely avoiding the server (2) The Ala. D.O.C. is concealing his whereabouts. The defendant has been employed at the position of Director for a decade. Being employed through the State of Alabama Personnel Board. Assuming he retired, standard practice would require, that a forwarding address be left for future contact. And I am almost sure that this isn't the last lawsuit against this defendant pending. He directed the Ala. State D.O.C. Classification dept. for several year's, And the results of some of his action's as to leadership would pass down to his successor. Whom would not accept the fault's of the defendant's prior actions. Prompting the whereabouts of the defendant to be known. The Plaintiff is not trained in Law. But request that the Court issue a federal writ of Mandamus. Compelling the State of Ala. Classification Division, also the Ala. Retirement System and Personnel Board to render Information of the defendents whereabouts, for court business. The Defendant is alleged to have committed a violation of State and Federal Laws. Intentionally or Unintentionally. And should be

Helded accountable, for his actions. The Plaintiff is a prisoner of the State of Alabama, and is unable to gain access of that information. Plus their is no Authority to compel the State of Alabama Legal Division, to keep and updated Listing of its personnel Governing the AL. D.O.C.. This is one of the few problems that Alabama Prisoner's have had to deal with. Because the AL. D.O.C. has been for year's allowed outside in to operate outside of the State and Federal Laws. The Plaintiff request that the Honorable Court appoint A Counsel and Investigator for the plaintiff. In order to assist the Plaintiff with his legal Complaint. Because it has elevated beyond the Plaintiff comprehension. There is no means available for the Plaintiff to comply with this order. It is Left to the discretion of the Court to deem what is appritiate.

Sincerely Submitted,
Cal. A. Lee #152056
1306 Brooks Ave
Mobile, AL 36605

## Certificate of Service

I Calvin A. Lee #152056 do hereby certify that a copy of the foregoing: Response To Court Order, filed January 06, 2008 has been served upon the Clerk of the Courts. And a copy has been also served upon the Defendants Attorney. By placing said same in the U.S. Mail, properly addressed and postage prepaid this the 17th Day of February 2008.