IN THE DISTRICT COURT OF THE UNITED STATES

Calvin Alphonse Lee # 152056

    Plaintiff

vs

Paul Whatley, et al,

    Defendants

Civil Action No. 2:07-CV-973-MEF

RECEIVED 2008 APR -7 A 11:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Request for Additional Extension of Time

Comes Now the plaintiff Calvin A. Lee in the above styles cause. In good faith, and for a legitimate reason, request of the Court, for and additional 90 day extension of time. In order to respond to the Court's prior order's as to the defendants. The Court is already aware of the plaintiff undue hardships, As to Reintergrating back into society. And the immediate problems that this transition has caused. Making it inadequate for the Plaintiff to respond adequately and responsibility. Plaintiff is notifying the Court of his request for, additional time. In order to get his priorities in order. Plaintiff prays that the Honorable Court will grant his request.

    Sincerely Submitted,

    Calvin A. Lee #152056
    Calvin A. Lee  Pro Se
    1306 Brooks Ave
    Mobile AL 36605

## CERTIFICATE OF SERVICE

I Calvin A. Lee do hereby Certify that A copy of the foregoing Request for Additional Extension of Time has been served upon the Clerk of the Courts, and the Defendants Attorneys, By placing said same in the U.S. Mail properly addressed and postage prepaid. This the 30th Day of March 2008.

Calvin A. Lee #152056
1306 Brucke Ave
Mobile, AL 36605

MOBILE AL 366
03 APR 2008 PM 2 L



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711