IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-973-MEF |
| | ) |
| PAUL WHATLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on April 7, 2008 (Court Doc. No. 50), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from March 31, 2008 to and including April 22, 2008 to file a response to the defendants' special reports in compliance with the directives of the order entered on February 25, 2008 (Court Doc. No. 44). The plaintiff is advised that the court will not entertain any additional requests for extension of time absent a showing of exceptional circumstances. The plaintiff is further advised that the allegations contained in his prior motions do not demonstrate exceptional circumstances warranting additional extensions of time.

Done this 7th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE