In The District Court of The United States

Colin A. Lee #182086
  Plaintiff

v.                                    Civil Action No. 2:07-cv-973-MEF

Paul Whatley, et. al.,
  Defendant

RECEIVED
2008 MAY -2 A 9:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

← Response In Opposition →

Upon Review, and consideration as to the defendants request, to the Court. That the plaintiff file sworn affidavit's as to evidentiary materials of truth. The plaintiff hereby files this Response. That on the date, that the Complaint was filed, The plaintiff included all evidentiary materials needed to support his claim. Those documents presented at that time, were the sole copie's of proof. That the plaintiff had available, And the plaintiff is requesting that the Court. Allow those documents, to serve the purpose of this current Court Order. Those documents contained sufficient legal proof, as to names, places of employments, and classification of other inmates. That were serving murder sentences, that were treated favorable and classified as less restricted, than the plaintiff. Thus constituting favorable treatment, which constitutes discrimination. In the classifying of the plaintiff and other inmates. Should the Court require more definite, proof. Plaintiff request the Court be more specific. And allow additional time for the plaintiff to search for documentation of evidence. If the Court will not allow this response to be granted. And the prior submitted evidentiary materials. The plaintiff may be forced to discontinue the 1983 Complaint, Because of a hardship to produce the same de-

cumentation again. And his ability to clearly understand what exactly the Court is ordering. The Plaintiff Prays that the Honorable Court will consider the Opposition in Response and Grant the Relief required.

Sincerely Submitted
Calvin A. Lee #152056, Pro Se
Calvin A. Lee
1306 Brooke Ave
Mobile, AL 36605

### Certificate of Service

I Calvin A. Lee #152056 hereby certify that a Copy of the foregoing Opposition In Response has been served upon the Clerk of the Courts. And the Attorney for the Defendant By placing said same in the U.S. Mail properly addressed and postage prepaid. This the 27 day of April 2008.

Calvin A. Lee
1306 Brickle Ave
Mobile, AL 36605



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

3610150711 B007

In The District Court of The United States
For The Middle District of Alabama
Northern Division

Calvin A. Lee #152056

        Plaintiff

v.             Civil Action No. 2:07-cv-973-MEF

Paul Whatley, Et. Al.

        Defendant

## SWORN STATEMENT

My name is Calvin Alphonse Lee and I am the plaintiff in the above cause. I am making this sworn statement as to the Discriminatory process by which I was subjected to them the period I indicated in my prison disposition. Furthermore I supplied the court with evidentiary materials as to the name of other inmates. That according to the Al. Dept. of Corr. Classification Manual. Where treated more favorable then myself. While I was at Frank Lee Youth Center. I am over the age of (21) twenty-one, And this is a truthful statement. I was subjected to bias and Due Process violations And the named Defendants have all conspired to cover-up the allegations. In Conclusion this complaint is with Merit

                        Calvin G. Lee #152056
                        Pro Se

Witness: [signature]

## Certificate Of Service

I Calvin A. Lee do hereby certify that a copy of the foregoing; Sworn Statement has been served upon the Clerk of Court. And the Attorney for the Defendants. By placing said same in the U.S. Mail properly addressed and postage prepaid. This the 27 Day of April 2008