IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN ALPHONSE LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07cv973-MEF |
| | ) | (WO) |
| ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 6, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 53). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge is ADOPTED.

2. That the plaintiff's claims for injunctive relief are DISMISSED as moot.

3. That, with respect to the plaintiff's remaining claims, the defendants' motions for summary judgment (docs. # 27 & 43) are GRANTED.

4. That judgement be and is hereby GRANTED in favor of the defendants and this case is DISMISSED.

5. That the costs of this proceeding are TAXED against the plaintiff.

Done this the 3rd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE